| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barry, Maryanne T. | US Court of Appeals 3rdCircuit | 8/24/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| USPO & Courthouse Bldg Newark, NJ 07101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ████ Trust #1 |
| 2. Co-Trustee | ████ Trust #2 |
| 3. Co-Trustee | ████ Trust #3 |
| 4. Co-Trustee | ████ Trust #6 |
| 5. Co-Trustee | ████ Trust #7 |
| 6. Co-Trustee | ████ Trust #19 |
| 7. Trustee | ████ Trust #20 |
| 8. Co-Trustee | ████ Trust #24 |
| 9. Trustee | ████ Trust #25 |
| 10 Trustee | ████ Trust #26 |

RECEIVED 2009 AUG 27 A 10: 47 DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

**Barry, Maryanne T**

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Barry, Maryanne T. | - | 8/24/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Rental Property #2 Brooklyn, NY | G | Rent | P1 | U | | | | | |
| 2.  Rental Property #16 Brooklyn, NY | G | Rent | O | U | | | | | |
| 3.  Rental Property #17 Brooklyn, NY | A | Rent | J | U | | | | | |
| 4.  Rental Property #22 Brooklyn, NY | A | Rent | J | U | | | | | |
| 5.  Rental Property #11 Brooklyn, NY | A | Rent | L | U | | | | | |
| 6.  Rental Property #10 Brooklyn, NY | A | Rent | J | U | | | | | |
| 7.  ▬▬ Trust #6 - List of Assets | F | Int./Div. | O | T | | | | | |
| 8.  - Cash JP MorganChase | | | | | | | | | |
| 9.  -CAPITAL INCOME BUILDER INC | | | | | Buy | 2/6 | P1 | | |
| 10. | | | | | Sold (part) | 6/6 | J | A | |
| 11. | | | | | Sold (part) | 8/6 | J | | |
| 12. | | | | | Sold (part) | 9/12 | J | | |
| 13. -TE MNY FUND OF AMERICA | | | | | Buy | 9/22 | K | | |
| 14. ▬▬ Trust #7 - List of assets: | E | Interest | P1 | T | | | | | |
| 15. - Cash JPMorganChase | | | | | | | | | |
| 16. ▬▬ Trust #15 - List of assets: | D | Int./Div. | N | T | | | | | |
| 17. - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less · B =$1,001 - $2,500 · C =$2,501 - $5,000 · D =$5,001 - $15,000 · E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,000 - $100,000 · G =$100,001 - $1,000,000 · H1 =$1,000,001 - $5,000,000 · H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less · K =$15,001 - $50,000 · L =$50,001 - $100,000 · M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000 · O =$500,001 - $1,000,000 · P1 =$1,000,001 - $5,000,000 · P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000 · P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal · R =Cost (Real Estate Only) · S =Assessment · T =Cash Market
   (See Column C2) U =Book Value · V =Other · W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 19. - I SHARES RUSSELL 1000 | | | | | Sold | 1/7 | J | B | |
| 20. - JPMORGAN TAX AWARE US EQUITY FUND | | | | | Sold (part) | 9/26 | J | | |
| 21. - JPMORGAN INTREPID AMERICA FU ND | | | | | Sold (part) | 4/11 | J | A | |
| 22. | | | | | Sold (part) | 10/22 | J | | |
| 23. - JPMORGAN EQUITY INCOME II FUND (TAX AWARE LG CAP VAL FD) | | | | | Sold | 12/19 | J | | |
| 24. - JPMORGAN SMALL CAP CORE (FOR MERLY EQUITY) FUND | | | | | | | | | |
| 25. - JPMORGAN INTL EQUITY FUND | | | | | Sold | 1/7 | J | B | |
| 26. -JPMORGAN INTREPID GROWTH FD | | | | | Sold (part) | 10/22 | J | | |
| 27. -JPMORGAN TAX AWARE REAL RE TURN FUND | | | | | Sold (part) | 12/19 | J | | · |
| 28. -JPMORGAN MUNICIPAL INCOME FUN D | · | | | | Sold (part) | 1/25 | J | A | |
| 29. | | | | | Sold (part) | 7/24 | J | | |
| 30. -THIRD AVENUE VALUE FUND | | | | | | | | | |
| 31. -MATTHEWS PACIFIC TIGER FUND | | | | | | | | | |
| 32. -HIGHBRIDGE STATISTICAL MARKET NEUTRAL FUND | | | | | | | | | |
| 33. -DODGE & COX INT'L STOCK | | | | | Buy | 1/7 | J | | |
| 34. | | | | | Sold (part) | 9/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Barry, Maryanne T. | | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -JPMORGAN ASIA EQUITY FUND | | | | | | | | | |
| 36. -JPMORGAN INTREPID INT'L FUND | | | | | Sold (part) | 9/26 | J | | |
| 37. -ISHARES RUSSELL MIDCAP GROWTH INDEX | | | | | Sold (part) | 4/11 | J | | |
| 38. | | | | | Buy | 9/26 | J | | |
| 39. -EATON VANCE SPL INVT | | | | | Buy | 10/22 | J | | |
| 40. | | | | | Buy | 12/19 | J | | |
| 41. -FMI FDS INC | | | | | Buy | 9/26 | J | | |
| 42. -JPMORGAN US LARGE CAP CORE PLUS FUND | | | | | Buy | 1/7 | J | | |
| 43. | | | | | Buy | 10/22 | J | | |
| 44. -MANNING & NAPIER FUND INC | | | | | Buy | 4/11 | K | | |
| 45. -SPDR TRUST SERIES 1 | | | | | Buy | 7/24 | J | | |
| 46. -JPMORGAN HIGH YIELD BOND FUND | | | | | Buy | 1/25 | J | | |
| 47. ███ Trust #16 - List of assets: | C | Int./Div. | M | T | | | | | |
| 48. - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |
| 49. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 50. - I SHARES RUSSELL 1000 | | | | | Sold | 1/7 | J | B | |
| 51. - JPMORGAN TAX AWARE US EQUITY FUND | | | | | Sold (part) | 9/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - JPMORGAN INTREPID AMERICA FUND | | | | | Sold (part) | 4/11 | J | A | |
| 53. | | | | | Sold (part) | 9/26 | J | | |
| 54. - JPMORGAN EQUITY INCOME II FUND (TAX AWARE LG CAP VAL) | | | | | Sold | 12/19 | J | | |
| 55. - JPMORGAN SMALL CAP CORE (FORMERLY EQUITY) FUND | | | | | | | | | |
| 56. - JPMORGAN INTL EQUITY FUND | | | | | Sold | 1/7 | J | A | |
| 57. -JPMORGAN INTREPID GWTH FD | | | | | Sold (part) | 4/11 | J | | |
| 58. | | | | | Sold (part) | 10/22 | J | | |
| 59. -JP MORGAN TAX AWARE REAL RETURN FUND | | | | | Sold (part) | 12/19 | J | | |
| 60. -JP MORGAN MUNICIPAL INCOME FUND | | | | | Sold (part) | 1/25 | J | | |
| 61. | | | | | Sold (part) | 7/24 | J | | |
| 62. -THIRD AVENUE VALUE FUND | | | | | | | | | |
| 63. -MATTHEWS PACIFIC TIGER FUND | | | | | | | | | |
| 64. -HIGHBRIDGE STATISTICAL MARKET NEUTRAL FUND | | | | | | | | | |
| 65. -DODGE & COX INT'L STOCK | | | | | Sold (part) | 9/26 | J | | |
| 66. -JP MORGAN ASIA EQUITY FUND | | | | | | | | | |
| 67. -JPMORGAN INTREPID INT'L FUND | | | | | Sold (part) | 9/26 | J | | |
| 68. -ISHARES RUSSELL MIDCAP GROWTH INDEX | | | | | Sold (part) | 4/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | --? | | | Buy | 9/26 | J | | |
| 70. -MANNING & NAPIER FUND | | | | | Buy | 4/11 | J | | |
| 71. | | | | | Sold (part) | 9/26 | J | | |
| 72. -JPMORGAN US LARGE CAP CORE PL US FUND | | | | | Buy | 10/22 | J | | |
| 73. -EATON VANCE SPL INV | | | | | Buy | 10/22 | J | | |
| 74. | | | | | Buy | 12/19 | J | | |
| 75. -FMI FDS INC | | | | | Buy | 9/26 | J | | |
| 76. -SPDR TRUST SERIES 1 | | | | | Buy | 7/24 | J | | |
| 77. -JPMORGAN HIGH YIELD BOND FUND | | | | | Buy | 1/25 | J | | |
| 78. ███ Trust #17 - List of assets: | E | Int./Div. | P1 | T | | | | | |
| 79. - Cash JPMorgan Tax Free Money Market | | | | | | | | | |
| 80. - JPMorgan Tax Aware US Equity Fund | | | | | Sold (part) | 4/11 | K | D | |
| 81. | | . | | | Sold (part) | 9/26 | L | C | |
| 82. - JPMorgan Intl Equity Fund | | | | | Sold | 1/7 | K | D | |
| 83. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 84. - JPMORGAN INTREPID AMERICA FU ND | | | | | Sold (part) | 10/22 | K | | |
| 85. - JPMORGAN SMALL CAP CORE (FOR MERLY EQUITY) FUND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -JPMORGAN INTREPID GWTH FD | | | | | Sold (part) | 10/22 | J | | |
| 87. -JP MORGAN TAX AWARE REAL RETURN FUND | | | | | | | | | |
| 88. -JP MORGAN MUNICIPAL INCOME FUND | | | | | Sold (part) | 1/25 | K | A | |
| 89. . | | | | | Sold (part) | 7/24 | K | | |
| 90. -THIRD AVENUE FUND INC | | | | | | | | | |
| 91. -MATTHEWS PACIFIC TIGER FUND | | | | | | | | | |
| 92. -HIGHBRIDGE STATISTICAL MARKET -NEUTRAL FUND | | | | | | | | | |
| 93. -ISHARES RUSSELL 1000 GROWTH INDEX | | | | | Sold | 1/7 | K | | |
| 94. -DODGE & COX INT'L STOCK | | | | | Sold (part) | 9/26 | K | | |
| 95. -JPMORGAN ASIA EQUITY FUND | | | | | | | | | |
| 96. -JPMORGAN INTREPID INT'L FUND | | | | | Sold (part) | 9/26 | K | | |
| 97. -ISHARES RUSSELL MIDCAP GROWTH INDEX | | | | | Sold (part) | 4/11 | L | | |
| 98. | | | | | Buy | 9/26 | K | | |
| 99. -EATON VANCE SPL INV | | | | | Buy | 10/22 | K | | |
| 100. -FMI FDS INC | | | | | Buy | 9/26 | L | | - |
| 101. -SPDR TRUST SERIES 1 | | | | | Buy | 7/24 | K | | |
| 102. -JPMORGAN HIGH YIELD BOND FUND | | | | | Buy | 1/25 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Metho Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -JPMORGAN US LARGE CAP CORE | | | | | Buy | 10/22 | L | | |
| 104.  -MANNING & NAPIER FUNDS | | | | | Buy | 1/25 | L | | |
| 105. ▉ Trust #1 - List of assets: | D | Int./Div. | N | T | | | | | |
| 106.  - NEW WORLDFUND | | | | | Sold (part) | 1/15 | J | A | |
| 107. | | | | | Sold (part) | 4/4 | K | B | |
| 108. | | | | | Sold (part) | 6/6 | J | A | |
| 109. | | | | | Sold (part) | 8/6 | J | A | |
| 110. | | | | | Sold (part) | 11/4 | J | | |
| 111.  -SMALLCAP WORLD FUND INC | | | | | Sold (part) | 4/4 | J | | |
| 112.  -T-E MNY FUND OF AMERICA | | | | | | | | | |
| 113. ▉ Trust #2 - List of assets: | D | Int./Div. | O | T | | | | | |
| 114.  - NEW WORLD FUND | | | | | Sold (part) | 1/15 | J | A | |
| 115. | | | | | Sold (part) | 4/4 | K | C | |
| 116. | | | | | Sold (part) | 6/6 | J | A | |
| 117. | | | | | Sold (part) | 8/6 | J | A | |
| 118. | | | | | Sold (part) | 11/4 | J | | |
| 119.  - SMALL CAP WORLD FUND | | | | | Sold (part) | 4/4 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -T-E MNY FUND OF AMERICA | | | | | | | | | |
| 121. ▮▮▮ Trust #3 - List of assets: | E | Interest | P1 | T | | | | | |
| 122. - Cash JPMorganChase | | | | | | | | | |
| 123. CHASE JP MORGAN | E | Interest | N | T | | | | | |
| 124. -CAPITAL GUARDIAN: | | | | | | | | | |
| 125. Heineken Holding NV | B | Dividend | | | Transferred (from line 1979) | 5/21 | K | | |
| 126. | | | | | Transferred (to line 2563) | 5/30 | M | | |
| 127. | | | | | Transferred (to line 3177) | 5/30 | M | | |
| 128. Unilever NV NY SHRS | C | Dividend | | | Transferred (from line 2287) | 5/21 | J | | |
| 129. | | | | | Transferred (to line 2902) | 5/30 | L | | |
| 130. | | | | | Transferred (to line 3507) | 5/30 | L | | |
| 131. Suncor Energy Inc | A | Dividend | | | Transferred (from line 2220) | 5/21 | K | | |
| 132. | | | | | Transferred (to line 2827) | 5/30 | M | | |
| 133. | | | | | Transferred (to line 3437) | 5/30 | M | | |
| 134. Sun Hung Kai Prop | B | Dividend | | | Sold (part) | 1/3 | L | E | |
| 135. | | | | | Sold (part) | 4/10 | M | E | |
| 136. | | | | | Transferred (to line 2826) | 5/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Transferred (to line 3436) | 5/30 | K | | |
| 138. Nestle SA | D | Dividend | | | Transferred (from line 2087) | 5/21 | L | | |
| 139. | | | | | Transferred (to line 2680) | 5/30 | N | | |
| 140. | | | | | Transferred (to line 3295) | 5/30 | N | | |
| 141. Wal Mart De Mexico | C | Dividend | | | Transferred (from line 2319) | 5/21 | K | | |
| 142. | | | | | Transferred (to line 2927) | 5/30 | M | | |
| 143. | | | | | Transferred (to line 3532) | 5/30 | M | | |
| 144. Holcim LTD | D | Dividend | | | Transferred (from line 1981) | 5/21 | K | | |
| 145. | | | | | Transferred (to line 2566) | 5/30 | M | | |
| 146. | | | | | Transferred (to line 3180) | 5/30 | M | | |
| 147. CRH PLC | C | Dividend | | | Transferred (from line 1877) | 5/21 | J | | |
| 148. | | | | | Transferred (to line 2470) | 5/30 | L | | |
| 149. | | | | | Transferred (to line 3081) | 5/30 | L | | |
| 150. Richemont | | None | | | Transferred (from line 2154) | 5/21 | L | | |
| 151. | | | | | Transferred (to line 2753) | 5/30 | M | | |
| 152. | | | | | Transferred (to line 3366) | 5/30 | M | | |
| 153. Novartis AG | C | Dividend | | | Sold | 4/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Samsung Elec Gds | D | Dividend | | | Sold (part) | 3/4 | M | | |
| 155. | | | | | Transferred (from line 2175) | 5/21 | J | | |
| 156. | | | | | Transferred (to line 2774) | 5/30 | M | | |
| 157. | | | | | Transferred (to line 3386) | 5/30 | M | | |
| 158. Bouygues | E | Dividend | | | Transferred (from line 1836) | 5/21 | K | | |
| 159. | | | | | Transferred (to line 2436) | 5/30 | N | | |
| 160. | | | | | Transferred (to line 3048) | 5/30 | N | | |
| 161. JC Decaux INTL | | None | | | Transferred (from line 2029) | 5/21 | J | | |
| 162. | | | | | Transferred (to line 2620) | 5/30 | L | | |
| 163. | | | | | Transferred (to line 3237) | 5/30 | L | | |
| 164. L'Air Liquide Bearer | D | Dividend | | | Transferred (from line 2052) | 5/21 | K | | |
| 165. | | | | | Transferred (to line 2646) | 5/30 | M | | |
| 166. | | | | | Transferred (to line 3263) | 5/30 | M | | |
| 167. HSBC Hldgs | D | Dividend | | | Transferred (from line 1991) | 5/21 | J | | |
| 168. | | | | | Transferred (to line 2575) | 5/30 | L | | |
| 169. | | | | | Transferred (to line 3194) | 5/30 | L | | |
| 170. LI & Fung | A | Dividend | | | Sold (part) | 1/4 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 3/25 | M | F | |
| 172. | | | | | Sold (part) | 3/26 | M | E | |
| 173. | | | | | Sold (part) | 3/27 | M | E | |
| 174. | | | | | Transferred (to line 2648) | 5/30 | J | | |
| 175. | | | | | Transferred (to line 3265) | 5/30 | J | | |
| 176. RECKITT BENCKISER | B | Dividend | | | Transferred (from line 2152) | 5/21 | K | | |
| 177. | | | | | Transferred (to line 2752) | 5/30 | M | | |
| 178. | | | | | Transferred (to line 3365) | 5/30 | M | | |
| 179. SANOFI-AVENTIS | E | Dividend | | | Transferred (from line 2177) | 5/21 | K | | |
| 180. | | | | | Transferred (to line 2776) | 5/30 | N | | |
| 181. | | | | | Transferred (to line 3388) | 5/30 | N | | |
| 182. AMERICA MOVIL | | None | | | Buy | 2/11 | L | | |
| 183. | | | | | Transferred (from line 1775) | 5/21 | K | | |
| 184. | | | | | Transferred (to line 2382) | 5/30 | M | | |
| 185. | | | | | Transferred (to line 2995) | 5/30 | M | | |
| 186. HOYA CORP | C | Dividend | | | Sold (part) | 3/21 | K | | |
| 187. | | | | | Sold (part) | 3/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 3/25 | L | | |
| 189. | | | | | Transferred (from line 1986) | 5/21 | K | | |
| 190. | | | | | Transferred (to line 2569) | 5/30 | M | | |
| 191. | | | | | Transferred (to line 3183) | 5/30 | M | | |
| 192. STANDARD CHARTERED | C | Dividend | | | Transferred (from line 2214) | 5/21 | K | | |
| 193. | | | | | Transferred (to line 2821) | 5/30 | M | | |
| 194. | | | | | Transferred (to line 3431) | 5/30 | M | | |
| 195. ROYAL BANK SCOTLAND | | None | | | Buy | 4/22 | L | | |
| 196. | | | | | Transferred (to line 2763) | 5/30 | K | | |
| 197. | | | | | Transferred (to line 3376) | 5/30 | K | | |
| 198. ESSILOR INTL | C | Dividend | | | Transferred (from line 1914) | 5/21 | K | | |
| 199. | | | | | Transferred (to line 2504) | 5/30 | M | | |
| 200. | | | | | Transferred (to line 3118) | 5/30 | M | | |
| 201. KONINKLIJKE KPN NV | D | Dividend | | | Transferred (to line 2644) | 5/30 | M | | |
| 202. | | | | | Transferred (to line 3261) | 5/30 | M | | |
| 203. BNP PARIBAS | E | Dividend | | | Buy | 3/4 | M | | |
| 204. | | | | | Buy | 3/28 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Transferred (from line 1829) | 5/21 | K | | |
| 206. | | | | | Transferred (to line 2430) | 5/30 | N | | |
| 207. | | | | | Transferred (to line 3042) | 5/30 | N | | |
| 208. GALLAGHER ARTHUR | B | Dividend | | | Sold | 5/15 | L | | |
| 209. CINCINNATI FINL CORP | B | Dividend | | | Sold (part) | 4/8 | K | A | |
| 210. | | | | | Sold (part) | 4/9 | K | | |
| 211. | | | | | Sold | 4/10 | J | A | |
| 212. EMERSON ELECTRIC | B | Dividend | | | Sold (part) | 2/25 | L | D | |
| 213. | | | | | Transferred (from line 1905) | 5/21 | J | | |
| 214. | | | | | Transferred (to line 2495) | 5/30 | L | | |
| 215. | | | | | Transferred (to line 3107) | 5/30 | L | | |
| 216. GENERAL ELECTRIC | D | Dividend | | | Transferred (from line 1953) | 5/21 | K | | |
| 217. | | | | | Transferred (to line 2542) | 5/30 | N | | |
| 218. | | | | | Transferred (to line 3155) | 5/30 | N | | |
| 219. ILLINOIS TOOL WORKS | C | Dividend | | | Sold (part) | 1/9 | K | A | |
| 220. | | | | | Transferred (from line 1998) | 5/21 | K | | |
| 221. | | | | | Transferred (to line 2581) | 5/30 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Transferred (to line 3196) | 5/30 | M | | |
| 223. INTEL CORP | C | Dividend | | | Buy | 1/17 | M | | |
| 224. | | | | | Transferred (from line 2014) | 5/21 | K | | |
| 225. | | | | | Transferred (to line 2599) | 5/30 | M | | |
| 226. | | | | | Transferred (to line 3214) | 5/30 | M | | |
| 227. PEPSICO | C | Dividend | | | Transferred (from line 2118) | 5/21 | K | | |
| 228. | | | | | Transferred (to line 2722) | 5/30 | M | | |
| 229. | | | | | Transferred (to line 3336) | 5/30 | M | | |
| 230. AT&T | D | Dividend | | | Sold (part) | 5/15 | K | A | |
| 231. | | | | | Transferred (from line 1789) | 5/21 | K | | |
| 232. | | | | | Transferred (to line 2395) | 5/30 | M | | |
| 233. | | | | | Transferred (to line 3009) | 5/30 | M | | |
| 234. SCHLUMBERGER LTD | B | Dividend | | | Sold (part) | 3/13 | K | D | |
| 235. | | | | | Sold (part) | 5/15 | L | E | |
| 236. | | | | | Transferred (from line 2186) | 5/21 | K | | |
| 237. | | | | | Transferred (to line 2783) | 5/30 | M | | |
| 238. | | | | | Transferred (to line 3395) | 5/30 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. SOUTHWEST AIRLINES | A | Dividend | | | Transferred (from line 2210) | 5/21 | J | | |
| 240. | | | | | Transferred (to line 2802) | 5/30 | K | | |
| 241. | | | | | Transferred (to line 3429) | 5/30 | K | | |
| 242. UNION PACIFIC | B | Dividend | | | Transferred (from line 2292) | 5/21 | K | | |
| 243. | | | | | Transferred (to line 2905) | 5/30 | M | | |
| 244. | | | | | Transferred (to line 3510) | 5/30 | M | | |
| 245. WILLIAMS SONOMA | A | Dividend | | | Sold (part) | 3/6 | J | | |
| 246. | | | | | Sold (part) | 3/7 | J | | |
| 247. | | | | | Transferred (to line 2946) | 5/30 | J | | |
| 248. | | | | | Transferred (to line 3551) | 5/30 | J | | |
| 249. AIR PRODUCTS & CHEMICALS | B | Dividend | | | Transferred (from line 1757) | 5/21 | K | | |
| 250. | | | | | Transferred (to line 2361) | 5/30 | L | | |
| 251. | | | | | Transferred (to line 2975) | 5/30 | L | | |
| 252. FLUOR CORP | A | Dividend | | | Sold (part) | 2/20 | K | E | |
| 253. | | | | | Transferred (from line 1928) | 5/21 | J | | |
| 254. | | | | | Transferred (to line 2516) | 5/30 | L | | |
| 255. | | | | | Transferred (to line 3131) | 5/30 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. INT'L BUSINESS MACHINES | B | Dividend | | | Transferred (from line 2018) | 5/21 | J | | |
| 257. | | | | | Transferred (to line 2601) | 5/30 | M | | |
| 258. | | | | | Transferred (to line 3219) | 5/30 | M | | |
| 259. MICROSOFT CORP | C | Dividend | | | Transferred (from line 2073) | 5/21 | K | | |
| 260. | | | | | Transferred (to line 2662) | 5/30 | M | | |
| 261. | | | | | Transferred (to line 3285) | 5/30 | M | | |
| 262. CAMPBELL SOUP CO | A | Dividend | | | Sold (part) | 4/10 | J | A | |
| 263. | | | | | Sold (part) | 4/11 | J | A | |
| 264. | | | | | Transferred (from line 1850) | 5/21 | J | | |
| 265. | | | | | Transferred (to line 2450) | 5/30 | K | | |
| 266. | | | | | Transferred (to line 3060) | 5/30 | K | | |
| 267. ROYAL DUTCH SHELL | E | Dividend | | | Transferred (from line 2169) | 5/21 | L | | |
| 268. | | | | | Transferred (to line 2768) | 5/30 | O | | |
| 269. | | | | | Transferred (to line 3383) | 5/30 | O | | |
| 270. UNITED TECHNOLOGIES | C | Dividend | | | Sold (part) | 1/7 | K | C | |
| 271. | | | | | Sold (part) | 5/15 | K | B | |
| 272. | | | | | Transferred (from line 2295) | 5/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Transferred (to line 2907) | 5/30 | M | | |
| 274. | | | | | Transferred (to line 3515) | 5/30 | M | | |
| 275. BAKER HUGHES | A | Dividend | | | Transferred (from line 1801) | 5/21 | J | | |
| 276. | | | | | Transferred (to line 2406) | 5/30 | L | | |
| 277. | | | | | Transferred (to line 3019) | 5/30 | L | | |
| 278. WELLS FARGO & CO | B | Dividend | | | Buy | 4/10 | L | | |
| 279. | | | | | Transferred (from line 2328) | 5/21 | J | | |
| 280. | | | | | Transferred (to line 2942) | 5/30 | L | | |
| 281. | | | | | Transferred (to line 3550) | 5/30 | L | | |
| 282. BERKSHIRE HATHAWAY | | None | | | Transferred (from line 1818) | 5/21 | J | | |
| 283. | | | | | Transferred (to line 2421) | 5/30 | J | | |
| 284. | | | | | Transferred (to line 3033) | 5/30 | J | | |
| 285. COSTCO | A | Dividend | | | Transferred (from line 1875) | 5/21 | K | | |
| 286. | | | | | Transferred (to line 2469) | 5/30 | L | | |
| 287. | | | | | Transferred (to line 3080) | 5/30 | L | | |
| 288. LOWES COS | C | Dividend | | | Buy | 1/11 | K | | |
| 289. | | | | | Transferred (from line 2058) | 5/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Transferred (to line 2652) | 5/30 | N | | |
| 291. | | | | | Transferred (to line 3272) | 5/30 | N | | |
| 292. UNITED PARCEL SERVICE | C | Dividend | | | Buy | 5/15 | L | | |
| 293. | | | | | Transferred (to line 2906) | 5/30 | M | | • |
| 294. | | | | | Transferred (to line 3514) | 5/30 | M | | |
| 295. EXXON MOBIL | A | Dividend | | | Transferred (from line 1916) | 5/21 | J | | |
| 296. | | | | | Transferred (to line 2505) | 5/30 | K | | |
| 297. | | | | | Transferred (to line 3119) | 5/30 | K | | |
| 298. FEDEX CORP | A | Dividend | | | Transferred (from line 1926) | 5/21 | K | | |
| 299. | | | | | Transferred (to line 2515) | 5/30 | L | | |
| 300. | | | | | Transferred (to line 3130) | 5/30 | L | | |
| 301. SIEMENS | B | Dividend | | | Sold (part) | 3/19 | L | D | |
| 302. | | | | | Sold | 3/20 | K | D | |
| 303. ALLERGAN INC | A | Dividend | | | Buy | 5/15 | J | | |
| 304. | | | | | Transferred (from line 1769) | 5/21 | K | | |
| 305. | | | | | Transferred (to line 2376) | 5/30 | M | | |
| 306. | | | | | Transferred (to line 2989) | 5/30 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. SLM CORP | | None | | | Sold (part) | 3/10 | L | | |
| 308. | | | | | Sold | 5/5 | L | D | |
| 309. WEATHERFORD INTL | | None | | | Transferred (to line 2938) | 5/30 | L | | |
| 310. | | | | | Transferred (to line 3546) | 5/30 | L | | |
| 311. RIO TINTO | C | Dividend | | | Sold (part) | 3/28 | M | G | |
| 312. | | | | | Sold (part) | 4/25 | K | E | |
| 313. | | | | | Transferred (from line 2160) | 5/21 | J | | |
| 314. | | | | | Transferred (to line 2759) | 5/30 | M | | |
| 315. | | | | | Transferred (to line 3375) | 5/30 | M | | |
| 316. SAP | | None | | | Transferred (from line 2180) | 5/21 | J | | |
| 317. | | | | | Transferred (to line 2779) | 5/30 | N | | |
| 318. | | | | | Transferred (to line 3394) | 5/30 | N | | |
| 319. Kinder morgan Management LLC | | None | | | Sold (part) | 2/14 | J | A | |
| 320. | | | | | Sold (part) | 5/15 | J | A | |
| 321. | | | | | Transferred (from line 2041) | 5/21 | J | | |
| 322. | | | | | Transferred (to line 2640) | 5/30 | L | | |
| 323. | | | | | Transferred (to line 3260) | 5/30 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. MITSUBISHI CORP | C | Dividend | | | Sold (part) | 2/26 | L | E | |
| 325. | | | | | Sold (part) | 3/21 | K | C | |
| 326. | | | | | Transferred (from line 2075) | 5/21 | K | | |
| 327. | | | | | Transferred (to line 2663) | 5/30 | M | | |
| 328. | | | | | Transferred (to line 3286) | 5/30 | M | | |
| 329. COMCAST | A | Dividend | | | Transferred (from line 1872) | 5/21 | K | | |
| 330. | | | | | Transferred (to line 2466) | 5/30 | L | | |
| 331. | | | | | Transferred (to line 3077) | 5/30 | K | | |
| 332. CANON | B | Dividend | | | Transferred (from line 1855) | 5/21 | J | | |
| 333. | | | | | Transferred (to line 2453) | 5/30 | M | | |
| 334. | | | | | Transferred (to line 3063) | 5/30 | M | | |
| 335. KRAFT FOODS | C | Dividend | | | Buy | 1/4 | M | | |
| 336. | | | | | Transferred (from line 2049) | 5/21 | K | | |
| 337. | | | | | Transferred (to line 2645) | 5/30 | L | | |
| 338. | | | | | Transferred (to line 3265) | 5/30 | M | | |
| 339. HONG KONG & CHINA GAS | C | Dividend | | | Transferred (from line 1984) | 5/21 | K | | |
| 340. | | | | | Transferred (to line 2568) | 5/30 | M | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Transferred (to line 3182) | 5/30 | M | | |
| 342. JPMORGAN CHASE | C | Dividend | | | Buy | 1/4 | L | | |
| 343. | | | | | Buy | 3/17 | K | | |
| 344. | | | | | Buy | 5/15 | L | | |
| 345. | | | | | Transferred (from line 2038) | 5/21 | K | | |
| 346. | | | | | Transferred (to line 2634) | 5/30 | M | | |
| 347. | | | | | Transferred (to line 3254) | 5/30 | M | | |
| 348. HBOS PLC | C | Dividend | | | Buy | 5/15 | K | | |
| 349. | | | | | Transferred (from line 1975) | 5/21 | J | | |
| 350. | | | | | Transferred (to line 2559) | 5/30 | K | | |
| 351. | | | | | Transferred (to line 3173) | 5/30 | K | | |
| 352. PROCTER & GAMBLE | A | Dividend | | | Sold | 2/22 | J | A | |
| 353. AUTONATION | | None | | | Transferred (to line 2397) | 5/30 | K | | |
| 354. | | | | | Transferred (to line 3011) | 5/30 | K | | |
| 355. AMERICAN INTL GROUP | B | Dividend | | | Buy | 5/12 | L | | |
| 356. | | | | | Buy | 5/13 | J | | |
| 357. | | | | | Buy | 5/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Transferred (from line 1778) | 5/21 | K | | |
| 359. | | | | | Transferred (to line 2385) | 5/30 | M | | |
| 360. | | | | | Transferred (to line 2998) | 5/30 | M | | |
| 361. SUMITOMO MITSUI FINL | | None | | | Sold | 2/8 | L | A | |
| 362. BHP BILLITON | A | Dividend | | | Transferred (from line 1822) | 5/21 | J | | |
| 363. | . | | | | Transferred (to line 2424) | 5/30 | L | | |
| 364. | | | | | Transferred (to line 3036) | 5/30 | L | | |
| 365. GENERAL GROWTH PPTYS | | None | | | Sold (part) | 1/8 | J | | |
| 366. | | | | | Sold (part) | 1/9 | K | | |
| 367. | | | | | Sold (part) | 1/10 | J | | |
| 368. | | | | | Sold | 1/11 | L | | |
| 369. OMNICOM GROUP | A | Dividend | | | Transferred (from line 2113) | 5/21 | J | | |
| 370. | | | | | Transferred (to line 2720) | 5/30 | L | | |
| 371. | | | | | Transferred (to line 3337) | 5/30 | L | | |
| 372. DAVITA | | None | | | Transferred (from line 1883) | 5/21 | J | | |
| 373. | | | | | Transferred (to line 2474) | 5/30 | M | | |
| 374. | | | | | Transferred (to line 3085) | 5/30 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. TIME WARNER | A | Dividend | | | Transferred (from line 2262) | 5/21 | J | | |
| 376. | | | | | Transferred (to line 2880) | 5/30 | K | | |
| 377. | | | | | Transferred (to line 3488) | 5/30 | K | | |
| 378. FANUC | C | Dividend | | | Sold (part) | 5/15 | L | D | |
| 379. | | | | | Transferred (from line 1918) | 5/21 | K | | |
| 380. | | | | | Transferred (to line 2506) | 5/30 | L | | |
| 381. | | | | | Transferred (to line 3120) | 5/30 | L | | |
| 382. FOREST LABS | | None | | | Transferred (from line 1930) | 5/21 | J | | |
| 383. | | | | | Transferred (to line 2517) | 5/30 | L | | |
| 384. | | | | | Transferred (to line 3132) | 5/30 | L | | |
| 385. VERIZON COMM | A | Dividend | | | Spinoff (from line 936) | 4/1 | J | | |
| 386. | | | | | Sold | 4/4 | K | D | |
| 387. SMITH & NEPHEW | A | Dividend | | | Sold | 5/2 | M | E | |
| 388. CISCO | | None | | | Buy | 1/3 | M | | |
| 389. | | | | | Buy | 3/18 | M | | |
| 390. | | | | | Sold (part) | 2/4 | L | | |
| 391. | | | | | Sold (part) | 2/5 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Transferred (from line 1864) | 5/21 | K | | |
| 393. | | | | | Transferred (to line 2461) | 5/30 | M | | |
| 394. | | | | | Transferred (to line 3072) | 5/30 | M | | |
| 395. AGILENT TECH | | None | | | Buy | 2/19 | K | | |
| 396. | | | | | Buy | 2/20 | L | | |
| 397. | | | | | Buy | 2/21 | L | | |
| 398. | | | | | Buy | 2/22 | L | | |
| 399. | | | | | Transferred (from line 1755) | 5/21 | K | | |
| 400. | | | | | Transferred (to line 2360) | 5/30 | M | | |
| 401. | | | | | Transferred (to line 2974) | 5/30 | M | | |
| 402. HANG LUNG PROP | A | Dividend | | | Sold (part) | 1/24 | M | F | |
| 403. | | | | | Sold | 4/21 | K | E | |
| 404. ACCOR | C | Dividend | | | Transferred (to line 2356) | 5/30 | K | | |
| 405. | | | | | Transferred (to line 2969) | 5/30 | K | | |
| 406. COCA-COLA AMATIL | B | Dividend | | | Transferred (from line 1867) | 5/21 | J | | |
| 407. | | | | | Transferred (to line 2463) | 5/30 | K | | |
| 408. | | | | | Transferred (to line 3074) | 5/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $2 0,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. SINGAPORE TELECOM | C | Dividend | | | Sold (part) | 5/15 | K | D | |
| 410. | | | | | Transferred (from line 410) | 5/21 | J | | |
| 411. | | | | | Transferred (to line 2796) | 5/30 | M | | |
| 412. | | | | | Transferred (to line 3411) | 5/30 | M | | |
| 413. TESCO | C | Dividend | | | Transferred (from line 2256) | 5/21 | J | | |
| 414. | | | | | Transferred (to line 2871) | 5/30 | L | | |
| 415. | | | | | Transferred (to line 3479) | 5/30 | L | | |
| 416. WOOLWORTHS | C | Dividend | | | Buy | 2/28 | K | | |
| 417. | | | | | Transferred (from line 2340) | 5/21 | K | | |
| 418. | | | | | Transferred (to line 2951) | 5/30 | L | | |
| 419. | | | | | Transferred (to line 3559) | 5/30 | L | | |
| 420. SUZUKI MOTOR | A | Dividend | | | Buy | 3/28 | L | | |
| 421. | | | | | Buy | 3/31 | L | | |
| 422. | | | | | Transferred (from line 2232) | 5/21 | K | | |
| 423. | | | | | Transferred (to line 2838) | 5/30 | M | | |
| 424. | | | | | Transferred (to line 3450) | 5/30 | M | | |
| 425. L'OREAL | D | Dividend | | | Transferred (from line 2056) | 5/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Transferred (to line 2650) | 5/30 | M | | |
| 427. | | | | | Transferred (to line 3270) | 5/30 | M | | |
| 428. POTASH CORP SK C$ | A | Dividend | | | Sold (part) | 3/20 | M | G | |
| 429. | | | | | Sold (part) | 3/25 | K | E | |
| 430. | | | | | Sold (part) | 4/28 | M | F | |
| 431. | | | | | Transferred (from line 2137) | 5/21 | J | | |
| 432. | | | | | Transferred (to line 2736) | 5/30 | M | | |
| 433. | | | | | Transferred (to line 3353) | 5/30 | M | | |
| 434. POTASH CORP SK US$ | A | Dividend | | | Sold (part) | 1/3 | J | D | |
| 435. | | | | | Sold (part) | 2/26 | M | G | |
| 436. | | | | | Sold (part) | 2/27 | L | E | |
| 437. | | | | | Sold (part) | 3/25 | K | D | |
| 438. | | | | | Sold (part) | 5/15 | K | E | |
| 439. | | | | | Transferred (to line 2737) | 5/30 | M | | |
| 440. | | | | | Transferred (to line 3354) | 5/30 | M | | |
| 441. NATIONAL INSTRUMENTS CORP | A | Dividend | | | Transferred (from line 2085) | 5/21 | J | | |
| 442. | | | | | Transferred (to line 2679) | 5/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Transferred (to line 3297) | 5/30 | K | | |
| 444.  SEPRACOR INC | | None | | | Sold (part) | 4/22 | J | | |
| 445. | | | | | Sold (part) | 423 | K | | |
| 446. | | | | | Sold (part) | 4/24 | K | | |
| 447. | | | | | Sold | 4/25 | J | | |
| 448.  WASHINGTON MUT INC | A | Dividend | | | Buy | 3/12 | K | | |
| 449. | | | | | Sold | 3/18 | M | | |
| 450.  TOLL HLDGS LTD | C | Dividend | | | Buy | 4/4 | J | | |
| 451. | | | | | Transferred (from line 2270) | 5/21 | J | | |
| 452. | | | | | Transferred (to line 2881) | 5/30 | L | | |
| 453. | | | | | Transferred (to line 3489) | 5/30 | L | | |
| 454.  MILLENNIUM PHARMACEUTICALS INC | | None | | | Sold (part) | 4/14 | M | F | |
| 455. | | | | | Sold | 5/12 | M | F | |
| 456.  EAST WEST BANCORP INC | A | Dividend | | | Buy | 1/4 | K | | |
| 457. | | | | | Transferred (from line 1895) | 5/21 | J | | |
| 458. | | | | | Transferred (to line 2485) | 5/30 | K | | |
| 459. | | | | | Transferred (to line 3096) | 5/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. FORTIS | C | Dividend | | | Sold (part) | 3/12 | K | | |
| 461. | | | | | Transferred (from line 1933) | 5/21 | J | | |
| 462. | | | | | Transferred (to line 2525) | 5/30 | L | | |
| 463. | | | | | Transferred (to line 3139) | 5/30 | L | | |
| 464. SUMITOMO REAL ESTATE SALES | A | Dividend | | | Transferred (to line 2823) | 5/30 | K | | |
| 465. | | | | | Transferred (to line 3436) | 5/30 | K | | |
| 466. INDITEX | | None | | | Transferred (from line 2007) | 5/21 | K | | |
| 467. | | | | | Transferred (to line 2594) | 5/30 | K | | |
| 468. | | | | | Transferred (to line 3209) | 5/30 | K | | |
| 469. CANADIAN NATURAL RESOURCES | B | Dividend | | | Sold (part) | 3/6 | L | E | |
| 470. | | | | | Sold (part) | 5/15 | M | F | |
| 471. | | | | | Transferred (from line 1852) | 5/21 | K | | |
| 472. | | | | | Transferred (to line 2451) | 5/30 | M | | |
| 473. | | | | | Transferred (to line 3061) | 5/30 | M | | |
| 474. ALLIANZ | C | Dividend | | | Transferred (to line 2378) | 5/30 | K | | |
| 475. | | | | | Transferred (to line 2991) | 5/30 | K | | |
| 476. BAYER AG BEARER | C | Dividend | | | Buy | 2/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. | | | | | Buy | 2/15 | L | | |
| 478. | | | | | Transferred (to line 2420) | 5/30 | L | | |
| 479. | | | | | Transferred (to line 3032) | 5/30 | L | | |
| 480. BMW | B | Dividend | | | Transferred (to line 2427) | 5/30 | K | | |
| 481. | | | | | Transferred (to line 3039) | 5/30 | K | | |
| 482. BANCO SANTANDER CENTRAL HIS PANO | | None | | | Merged (with line 774) | 5/21 | K | | |
| 483. VEOLIA ENVIRONMENT | E | Dividend | | | Buy | 3/26 | L | | |
| 484. | | | | | Buy | 5/15 | L | | |
| 485. | | | | | Transferred (from line 2307) | 5/21 | K | | |
| 486. | | | | | Transferred (to line 2917) | 5/30 | 'N | | |
| 487. | | | | | Transferred (to line 3525) | 5/30 | N | | |
| 488. KINGFISHER PLC | B | Dividend | | | Transferred (from line 2045) | 5/21 | J | | |
| 489. | | | | | Transferred (to line 2643) | 5/30 | K | | |
| 490. | | | | | Transferred (to line 3263) | 5/30 | K | | |
| 491. SCOTTISH AND SOUTHERN ENERGY | C | Dividend | | | Sold (part) | 5/15 | L | A | |
| 492. | | | | | Transferred (from line 2191) | 5/21 | J | | |
| 493. | | | | | Transferred (to line 2787) | 5/30 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Transferred (to line 3402) | 5/30 | M | | |
| 495. TREND MICRO | D | Dividend | | | Sold (part) | 1/8 | L | C | |
| 496. | | | | | Transferred (to line 2893) | 5/30 | K | | |
| 497. | | | | | Transferred (to line 3501) | 5/30 | K | | |
| 498. MCDONALDS CORP | B | Dividend | | | Transferred (from line 2063) | 5/21 | J | | |
| 499. | | | | | Transferred (to line 2655) | 5/30 | L | | |
| 500. | | | | | Transferred (to line 3278) | 5/30 | L | | |
| 501. IMCLONE | | None | | | Sold (part) | 3/12 | J | B | |
| 502. | | | | | Sold | 3/13 | J | C | |
| 503. AVON PRODUCTS INC | A | Dividend | | | Transferred (to line 2400) | 5/30 | K | | |
| 504. | | | | | Transferred (to line 3013) | 5/30 | K | | |
| 505. CAPITAL ONE FINANCIAL CORP | A | Dividend | | | Sold | 4/16 | L | | |
| 506. DANAHER CORP | A | Dividend | | | Transferred (to line 2472) | 5/30 | L | | |
| 507. | | | | | Transferred (to line 3083) | 5/30 | L | | |
| 508. ALCOA INC | A | Dividend | | | Sold | 2/22 | K | C | |
| 509. DELTA PETROLEUM | | None | | | Sold (part) | 4/16 | K | C | |
| 510. | | | | | Transferred (from line 1889) | 5/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Transferred (to line 2478) | 5/30 | M | | |
| 512. | | | | | Transferred (to line 3089) | 5/30 | M | | |
| 513. ZYMOGENETICS INC | | None | | | Transferred (from line 2344) | 5/21 | J | | |
| 514. | | | | | Transferred (to line 2956) | 5/30 | K | | |
| 515. | | | | | Transferred (to line 3562) | 5/30 | K | | |
| 516. NEWCREST MINING NPV | | None | | | Transferred (from line 2090) | 5/21 | K | | |
| 517. | | | | | Transferred (to line 2682) | 5/30 | L | | |
| 518. | | | | | Transferred (to line 3300) | 5/30 | L | | |
| 519. BRAMBLES IND LTD | B | Dividend | | | Transferred (from line 1843) | 5/21 | J | | |
| 520. | | | | | Transferred (to line 2446) | 5/30 | L | | |
| 521. | | | | | Transferred (to line 3056) | 5/30 | L | | |
| 522. BARRICK GOLD CORP | | None | | | Buy | 2/27 | L | | |
| 523. | | | | | Sold (part) | 2/27 | L | E | |
| 524. | | | | | Transferred (from line 1809) | 5/21 | K | | |
| 525. | | | | | Transferred (to line 2415) | 5/30 | M | | |
| 526. | | | | | Transferred (to line 3027) | 5/30 | M | | |
| 527. TOTAL SA | D | Dividend | | | Transferred (from line 2276) | 5/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Transferred (to line 2886) | 5/30 | M | | |
| 529. | | | | | Transferred (to line 3500) | 5/30 | M | | |
| 530. NOKIA OYJ | C | Dividend | | | Sold (part) | 5/13 | L | E | |
| 531. | | | | | Transferred (from line 2092) | 5/21 | J | | |
| 532. | | | | | Transferred (to line 2684) | 5/30 | L | | |
| 533. | | | | | Transferred (to line 3306) | 5/30 | L | | |
| 534. MELCO INT'L | | None | | | Sold | 4/22 | M | | |
| 535. SOFTBANK CORP | A | Dividend | | | Buy | 5/15 | K | | |
| 536. | | | | | Transferred (from line 2205) | 5/21 | K | | |
| 537. | | | | | Transferred (to line 2798) | 5/30 | M | | |
| 538. — | | | | | Transferred (to line 3428) | 5/30 | M | | |
| 539. The Walt Disney (OLD NAME:DISNEY WALT CO) | B | Dividend | | | Transferred (to line 2878) | 5/30 | L | | |
| 540. | | | | | Transferred (to line 3486) | 5/30 | L | | |
| 541. CORNING INC COM | A | Dividend | | | Sold (part) | 1/10 | M | | |
| 542. | | | | | Sold | 4/11 | L | D | |
| 543. MEDTRONIC INC | B | Dividend | | | Buy | 5/15 | L | | |
| 544. | | | | | Transferred (from line 2066) | 5/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Transferred (to line 2657) | 5/30 | M | | |
| 546. | | | | | Transferred (to line 3280) | 5/30 | M | | |
| 547. NY Empire UDC 5% 1/1/13 | D | Interest | N | T | | | | | |
| 548. NY DORM AUTH SVC 4.375% 4/1/11 | D | Interest | N | T | | | | | |
| 549. NYS TWY AMBA 5% 4/1/09 | E | Interest | N | T | | | | | |
| 550. NYS TWY 5% 4/1/19 | E | Interest | N | T | | | | | |
| 551. NYC HLTH/HOSP CORP 4.05% 2/15/11 | D | Interest | N | T | | | | | |
| 552. NYS DORM AUTH 4.5% 7/1/09 | D | Interest | N | T | | | | | |
| 553. NYS DORM 5.25% 11/15/23 | E | Interest | O | T | Transferred (from line 1739) | 5/21 | N | | |
| 554. SUFFOLK CO NY MBI 4% 6/15/11 | D | Interest | N | T | | | | | |
| 555. NY ST ENVIRON FAC CL 5.25% 6/15/12 | D | Interest | M | T | | | | | |
| 556. NYC GO 5% 8/1/15 | D | Interest | N | T | | | | | |
| 557. MET TRANS AUTH NY 5.25% 11/15/17 | D | Interest | | | Sold | 12/4 | N | | |
| 558. NY CITY TFA A 5.5% 11/1/26 | E | Interest | N | T | | | | | |
| 559. NY SALES TAX RECEIV 5% 10/15/21 | E | Interest | O | T | Transferred (from line 1736) | 5/21 | N | | |
| 560. NEW YORK CITY GO M 5% 4/1/13 | E | Interest | N | T | | | | | |
| 561. NY ST DORM AUTH ST 5% 7/1/15 | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. NY ST TWY AU FSA 5% 4/1/15 | D | Interest | N | T | | | | | |
| 563. ING GROUP NV CVA | D | Dividend | | | Buy | 3/4 | K | | |
| 564. | | | | | Transferred (from line 2009) | 5/21 | K | | |
| 565. | | | | | Transferred (to line 2595) | 5/30 | M | | |
| 566. | | | | | Transferred (to line 3210) | 5/30 | M | | |
| 567. BAE SYSTEMS PLC | D | Dividend | | | Sold (part) | 5/15 | L | D | |
| 568. | | | | | Transferred (from line 1798) | 5/21 | K | | |
| 569. | | | | | Transferred (to line 2404) | 5/30 | M | | |
| 570. | | | | | Transferred (to line 3017) | 5/30 | M | | |
| 571. WACHOVIA CORP | C | Dividend | | | Buy | 5/15 | L | | |
| 572. | | | | | Transferred (from line 2315) | 5/21 | J | | |
| 573. | | | | | Transferred (to line 2924) | 5/30 | L | | |
| 574. | | | | | Transferred (to line 3532) | 5/30 | L | | |
| 575. TARGET CORP | B | Dividend | | | Buy | 1/7 | L | | |
| 576. | | | | | Transferred (from line 2241) | 5/21 | K | | |
| 577. | | | | | Transferred (to line 2849) | 5/30 | M | | |
| 578. | | | | | Transferred (to line 3460) | 5/30 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. DELL INC | | None | | | Transferred (from line 1885) | 5/21 | J | | |
| 580. | | | | | Transferred (to line 2475) | 5/30 | L | | |
| 581. | | | | | Transferred (to line 3086) | 5/30 | L | | |
| 582. PUERTO RICO COMM 5% 12/1/2013 | E | Interest | N | T | | | | | |
| 583. SARA LEE CORP | B | Dividend | | | Transferred (from line 2184) | 5/21 | J | | |
| 584. | | | | | Transferred (to line 2782) | 5/30 | K | | |
| 585. | | | | | Transferred (to line 3397) | 5/30 | K | | |
| 586. JARDEN CORP | | None | | | Transferred (to line 2614) | 5/30 | L | | |
| 587. | | | | | Transferred (to line 3234) | 5/30 | L | | |
| 588. CAMECO CORP | A | Dividend | | | Transferred (from line 1847) | 5/21 | J | | |
| 589. | | | | | Transferred (to line 2448) | 5/30 | L | | |
| 590. | | | | | Transferred (to line 3058) | 5/30 | L | | |
| 591. TORONTO-DOMINION BANK | B | Dividend | | | Transferred (from line 2274) | 5/21 | J | | |
| 592. | | | | | Transferred (to line 2885) | 5/30 | L | | |
| 593. | | | | | Transferred (to line 3499) | 5/30 | L | | |
| 594. AXA | D | Dividend | | | Transferred (from line 1795) | 5/21 | J | | |
| 595. | | | | | Transferred (to line 2402) | 5/30 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A·H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Transferred (to line 3015) | 5/30 | M | | |
| 597. ICICI BANK LTD | | None | | | Sold (part) | 5/15 | L | E | |
| 598. | | | | | Transferred (from line 1996) | 5/21 | J | | |
| 599. | | | | | Transferred (to line 2580) | 5/30 | K | | |
| 600. | | | | | Transferred (to line 3195) | 5/30 | K | | |
| 601. AMAZON.COM | | None | | | Sold (part) | 5/15 | K | E | |
| 602. | | | | | Transferred (from line 1773) | 5/21 | J | | |
| 603. | | | | | Transferred (to line 2381) | 5/30 | K | | |
| 604. | | | | | Transferred (to line 2994) | 5/30 | K | | |
| 605. CERNER CORP | | None | | | Transferred (from line 1861) | 5/21 | K | | |
| 606. | | | | | Transferred (to line 2460) | 5/30 | M | | |
| 607. | | | | | Transferred (to line 3071) | 5/30 | M | | |
| 608. HANESBRANDS INC | | None | | | Transferred (to line 2557) | 5/30 | K | | |
| 609. | | | | | Transferred (to line 3171) | 5/30 | K | | |
| 610. ARCH COAL INC | | None | | | Sold (part) | 2/13 | L | E | |
| 611. | | | | | Sold | 2/14 | L | E | |
| 612. UCB SA | C | Dividend | | | Sold (part) | 1/2 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Transferred (from line 2284) | 5/21 | J | | |
| 614. | | | | | Transferred (to line 2898) | 5/30 | K | | |
| 615. | | | | | Transferred (to line 3506) | 5/30 | K | | |
| 616. SABMILLER PLC | | None | | | Transferred (from line 2171) | 5/21 | J | | |
| 617. | | | | | Transferred (to line 2770) | 5/30 | M | | |
| 618. | | | | | Transferred (to line 3385) | 5/30 | M | | |
| 619. SWIRE PACIFIC LTD | C | Dividend | | | Transferred (to line 2844) | 5/30 | L | | |
| 620. | | | | | Transferred (to line 3455) | 5/30 | L | | |
| 621. JOHNSON CONTROLS LTD | A | Dividend | | | Buy | 2/27 | L | | |
| 622. | | | | | Buy | 2/28 | J | | |
| 623. | | | | | Buy | 2/29 | J | | |
| 624. | | | | | Transferred (from line 2035) | 5/21 | J | | |
| 625. | | | | | Transferred (to line 2629) | 5/30 | L | | |
| 626. | | | | | Transferred (to line 3249) | 5/30 | L | | |
| 627. MET TRANS AUTH NY 5% 11/15/2015 | E | Interest | N | T | | | | | |
| 628. AFLAC INC | A | Dividend | | | Transferred (to line 2358) | 5/30 | K | | |
| 629. | | | | | Transferred (to line 2972) | 5/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 . | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  NY ST DORM AUTH 5% 3/15/2018 | E | Interest | N | T | | | | | |
| 631.  NY CITY TFA 98C 5/1/2028 | C | Interest | | | Sold | 9/12 | M | | |
| 632.  COCA-COLA CO | B | Dividend | | | Sold (part) | 3/12 | K | D | |
| 633. | | | | | Transferred (from line 1869) | 5/21 | J | | |
| 634. | | | | | Transferred (to line 2464) | 5/30 | L | | |
| 635. | | | | | Transferred (to line 3075) | 5/30 | L | | |
| 636.  UNILEVER PLC | D | Dividend | | | Transferred (from line 2284) | 5/21 | K | | |
| 637. | | | | | Transferred (to line 2903) | 5/30 | M | | |
| 638. | | | | | Transferred (to line 3511) | 5/30 | M | | |
| 639.  MONEY MARKET-FEDERATED NY M UNI | E | Interest | O | T | | | | | |
| 640.  NEW YORK NY GO 5% 1/1/20222 | F | Dividend | | | Transferred (from line 1734) | 5/21 | N | | |
| 641. | | | | | Sold (part) | 10/22 | O | | |
| 642. | | | | | Sold | 12/2 | L | | |
| 643.  Billabong Int'l LTD | B | Dividend | | | Transferred (from line 1824) | 5/21 | J | | |
| 644. | | | | | Transferred (to line 2426) | 5/30 | K | | |
| 645. | | | | | Transferred (to line 3038) | 5/30 | K | | |
| 646.  Omega Pharma SA | B | Dividend | | | Sold (part) | 1/4 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Transferred (from line 2104) | 5/21 | J | | |
| 648. | | | | | Transferred (to line 2703) | 5/30 | K | | |
| 649. | | | | | Transferred (to line 3320) | 5/30 | K | | |
| 650. Dassault Systemes SA | | None | | | Transferred (to line 2473) | 5/30 | K | | |
| 651. | | | | | Transferred (to line 3084) | 5/30 | K | | |
| 652. Banco Bilbao Vizcaya Argentina SA | C | Dividend | | | Transferred (from line 1803) | 5/21 | J | | |
| 653. | | | | | Transferred (to line 2408) | 5/30 | L | | |
| 654. | | | | | Transferred (to line 3021) | 5/30 | L | | |
| 655. Hankyu Hanshin Holdings Inc | A | Dividend | | | Transferred (from line 1973) | 5/21 | J | | |
| 656. | | | | | Transferred (to line 2558) | 5/30 | K | | |
| 657. | | | | | Transferred (to line 3172) | 5/30 | K | | |
| 658. Telenor ASA | C | Dividend | | | Buy | 5/15 | L | | |
| 659. | | | | | Transferred (from line 2249) | 5/21 | J | | |
| 660. | | | | | Transferred (to line 2862) | 5/30 | L | | |
| 661. | | | | | Transferred (to line 3471) | 5/30 | L | | |
| 662. American Medical Sys Hldgs | | None | | | Transferred (from line 1783) | 5/21 | J | | |
| 663. | | | | | Transferred (to line 2389) | 5/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Transferred (to line 3003) | 5/30 | K | | |
| 665. SAP AG Spon ADR | | None | | | Transferred (from line 2181) | 5/21 | J | | |
| 666. | | | | | Transferred (to line 2781) | 5/30 | L | | |
| 667. | | | | | Transferred (to line 3395) | 5/30 | L | | |
| 668. Siemens AG Namen | B | Dividend | | | Sold | 3/20 | L | D | |
| 669. Arizon A Health Facs 2/1/2042 | E | Interest | N | T | | | J | | |
| 670. Walgreen Co | A | Dividend | | | Buy | 5/15 | L | | |
| 671. | | | | | Transferred (from line 2323) | 5/21 | J | | |
| 672. | | | | | Transferred (to line 2936) | 5/30 | L | | |
| 673. | | | | | Transferred (to line 3543) | 5/30 | L | | |
| 674. New York NYC Transitional 5% 11/1/2017 | E | Interest | O | T | | | | | |
| 675. Hyundai Motor Com GDR | A | Dividend | | | Sold | 3/26 | L | B | |
| 676. Progressive Corp Ohio | B | Dividend | | | Buy | 1/1 | K | | |
| 677. | | | | | Transferred (from line 2140) | 5/21 | J | | |
| 678. | | | | | Transferred (to line 2739) | 5/30 | L | | |
| 679. | | | | | Transferred (to line 3356) | 5/30 | L | | |
| 680. PR HWY Rev 5.5% 7/1/2030 | E | Interest | | | Sold | 3/11 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. ST Lawrence NY Clarkson 4.25 7/1/2021 | E | Interest | O | T | | | | | |
| 682. Genentech Inc | | None | | | Buy | 5/15 | K | | |
| 683. | | | | | Transferred (from line 1950) | 5/21 | K | | |
| 684. | | | | | Transferred (to line 2539) | 5/30 | M | | |
| 685. | | | | | Transferred (to line 3152) | 5/30 | M | | |
| 686. NY ST Dorm Manhattan 5% 7/1/2027 | E | Interest | | | Sold | 3/11 | N | | |
| 687. NY ST Dorm Auth Mental 5% 8/15/2014 | E | Interest | O | T | | | | | |
| 688. NY ST Go 4.5% 3/1/2022 | E | Interest | | | Sold | 3/14 | P1 | | |
| 689. Roche Holding AG | D | Dividend | | | Buy | 2/22 | L | | |
| 690. | | | | | Transferred (from line 2162) | 5/21 | J | | |
| 691. | | | | | Transferred (to line 2760) | 5/30 | M | | |
| 692. | | | | | Transferred (to line 3376) | 5/30 | M | | |
| 693. Suntrust Banks Inc | B | Dividend | | | Buy | 5/15 | M | | |
| 694. | | | | | Transferred (from line 2228) | 5/21 | J | | |
| 695. | | | | | Transferred (to line 2834) | 5/30 | M | | |
| 696. | | | | | Transferred (to line 3446) | 5/30 | M | | |
| 697. Google Inc Cl | | None | | | Buy | 2/27 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy | 2/27 | J | | |
| 699. | | | | | Transferred (from line 1966) | 5/21 | K | | |
| 700. | | | | | Transferred (to line 2550) | 5/30 | M | | |
| 701. | | | | | Transferred (to line 3167) | 5/30 | M | | |
| 702. Paychex Inc | D | Dividend | | | Buy | 4/3 | K | | |
| 703. | | | | | Buy | 4/4 | K | | |
| 704. | | | | | Buy | 4/7 | J | | |
| 705. | | | | | Transferred (from line 2115) | 5/21 | K | | |
| 706. | | | | | Transferred (to line 2721) | 5/30 | M | | |
| 707. | | | | | Transferred (to line 3338) | 5/30 | M | | |
| 708. Ebay Inc | | None | | | Buy | 5/15 | L | | |
| 709. | | | | | Transferred (from line 1897) | 5/21 | J | | |
| 710. | | | | | Transferred (to line 2486) | 5/30 | L | | |
| 711. | | | | | Transferred (to line 3097) | 5/30 | L | | |
| 712. Wyeth | A | Dividend | | | Transferred (to line 2953) | 5/30 | K | | |
| 713. | | | | | Transferred (to line 3560) | 5/30 | K | | |
| 714. NY City Tra Recovery 11/1/2022 | B | Interest | | | Sold | 12/2 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. Boeing Co | C | Dividend | | | Buy | 1/25 | L | | |
| 716. | | | | | Transferred (from line 1831) | 5/21 | K | | |
| 717. | | | | | Transferred (to line 2432) | 5/30 | M | | |
| 718. | | | | | Transferred (to line 3044) | 5/30 | M | | |
| 719. Adidas AG | B | Dividend | | | Transferred (from line 1750) | 5/21 | J | | |
| 720. | | | | | Transferred (to line 2357) | 5/30 | K | | |
| 721. | | | | | Transferred (to line 2970) | 5/30 | K | | |
| 722. Conocophillips | C | Dividend | | | Transferred (to line 2467) | 5/30 | M | | |
| 723. | | | | | Transferred (to line 3078) | 5/30 | M | | |
| 724. Baxter Int'l Inc | A | Dividend | | | Buy | 1/4 | J | | |
| 725. | | | | | Buy | 1/9 | L | | |
| 726. | | | | | Buy | 1/10 | J | | |
| 727. | | | | | Transferred (from line 1815) | 5/21 | J | | |
| 728. | | | | | Transferred (to line 2419) | 5/30 | L | | |
| 729. | | | | | Transferred (to line 3031) | 5/30 | L | | |
| 730. Genpact LTD | | None | | | Buy | 5/2 | L | | |
| 731. | | | | | Transferred (from line 1956) | 5/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Transferred (to line 2545) | 5/30 | K | | |
| 733. | | | | | Transferred (to line 3158) | 5/30 | K | | |
| 734. Jabil circuit | A | Dividend | | | Buy | 1/7 | J | | |
| 735. | | | | | Buy | 1/8 | J | | |
| 736. | | | | | Buy | 1/9 | J | | |
| 737. | | | | | Buy | 1/11 | J | | |
| 738. | | | | | Buy | 1/14 | J | | |
| 739. | | | | | Buy | 1/16 | J | | |
| 740. | | | | | Transferred (to line 2613) | 5/30 | K | | |
| 741. | | | | | Transferred (to line 3233) | 5/30 | K | | |
| 742. Pinnacle West Capital Corp | D | Dividend | | | Transferred (from line 2131) | 5/21 | J | | |
| 743. | | | | | Transferred (to line 2734) | 5/30 | L | | |
| 744. | | | | | Transferred (to line 3351) | 5/30 | L | | |
| 745. Emerging Markets growth fund | | None | | | Transferred (to line 3104) | 5/30 | N | | |
| 746. | | | | | | | | | |
| 747. UnitedHealth Group | A | Dividend | | | Buy | 4/23 | L | | |
| 748. | | | | | Transferred (from line 2297) | 5/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Transferred (to line 2908) | 5/30 | M | | |
| 750. | | | | | Transferred (to line 3516) | 5/30 | M | | |
| 751. Allegheny Tech | B | Dividend | | | Buy | 2/11 | M | | |
| 752. | | | | | Buy | 2/19 | L | | |
| 753. | | | | | Buy | 5/15 | L | | |
| 754. | | | | | Transferred (from line 1761) | 5/21 | K | | |
| 755. | | | | | Transferred (to line 2363) | 5/30 | M | | |
| 756. | | | | | Transferred (to line 2977) | 5/30 | M | | |
| 757. NY ST Dorm MT Sinai 4% 7/1/2011 | D | Interest | M | T | | | | | |
| 758. Westpac Banking Corp | B | Dividend | | | Transferred (from line 2332) | 5/21 | J | | |
| 759. | | | | | Transferred (to line 2945) | 5/30 | K | | |
| 760. | | | | | Transferred (to line 3553) | 5/30 | K | | |
| 761. Nobel Biocare Holding AG | C | Dividend | | | Buy | 1/18 | L | | |
| 762. | | | | | Sold (part) | 5/2 | L | | |
| 763. | | | | | Sold (part) | 5/5 | L | | |
| 764. | | | | | Sold (part) | 5/6 | K | | |
| 765. | | | | | Sold | 5/7 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. Raiffeisen Intl Bank Holding | | None | | | Buy | 3/25 | J | | |
| 767. | | | | | Buy | 3/31 | J | | |
| 768. | | | | | Buy | 4/21 | J | | |
| 769. | | | | | Buy | 4/22 | J | | |
| 770. | | | | | Transferred (from line 2148) | 5/21 | J | | |
| 771. | | | | | Transferred (to line 2746) | 5/30 | M | | |
| 772. | | | | | Transferred (to line 3363) | 5/30 | M | | |
| 773. | | | | | Sold | 5/30 | L | | |
| 774. Banco Santander S.A | C | Dividend | | | Transferred (from line 1806) | 5/21 | K | | |
| 775. | | | | | Transferred (to line 2411) | 5/30 | L | | |
| 776. | | | | | Transferred (to line 3024) | 5/30 | L | | |
| 777. Pernod Ricard SA | | None | | | Buy | 1/10 | L | | |
| 778. | | | | | Buy | 1/25 | J | | |
| 779. | | | | | Transferred (from line 2120) | 5/21 | J | | |
| 780. | | | | | Transferred (to line 2723) | 5/30 | M | | |
| 781. | | | | | Transferred (to line 3340) | 5/30 | M | | |
| 782. Groupe Danone | C | Dividend | | | Buy | 3/25 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Transferred (from line 1969) | 5/21 | K | | |
| 784. | | | | | Transferred (to line 2555) | 5/30 | M | | |
| 785. | | | | | Transferred (to line 3169) | 5/30 | M | | |
| 786. Wolseley Plc | A | Dividend | | | Buy | 4/17 | K | | |
| 787. | | | | | Transferred (from line 2337) | 5/21 | J | | |
| 788. | | | | | Transferred (to line 2949) | 5/30 | K | | |
| 789. | | | | | Transferred (to line 3557) | 5/30 | K | | |
| 790. Fujifilm Holding Corp | A | Dividend | | | Buy | 3/28 | K | | |
| 791. | | | | | Buy | 3/31 | K | | |
| 792. | | | | | Buy | 4/1 | J | | |
| 793. | | | | | Transferred (from line 1937) | 5/21 | J | | |
| 794. | | | | | Transferred (to line 2929) | 5/30 | M | | |
| 795. | | | | | Transferred (to line 3142) | 5/30 | M | | |
| 796. AMBAC FINL GROUP INC | | None | | | Sold | 1/17 | J | | |
| 797. POLYCOM INC | | None | | | Transferred (from line 2135) | 5/21 | J | | |
| 798. | | | | | Transferred (to line 2735) | 5/30 | K | | |
| 799. | | | | | Transferred (to line 3352) | 5/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. BEST BUY INC | A | Dividend | | | Transferred (from line 1820) | 5/21 | J | | |
| 801. | | | | | Transferred (to line 2423) | 5/30 | L | | |
| 802. | | | | | Transferred (to line 3035) | 5/30 | L | | |
| 803. EMPIRE ST DEV CORP 4.25% 3/15/2027 | E | Interest | | | Sold | 12/1 | N | | |
| 804. GANNETT CO INC | B | Dividend | | | Buy | 1/10 | K | | |
| 805. | | | | | Transferred (from line 1941) | 5/21 | J | | |
| 806. | | | | | Transferred (to line 2532) | 5/30 | K | | |
| 807. | | | | | Transferred (to line 3145) | 5/30 | K | | |
| 808. DC GO C FSA 5.0% 6/1/17 | E | Interest | | | Sold | 11/4 | N | | |
| 809. SPECTRA ENERGY CORP | A | Dividend | | | Transferred (to line 2803) | 5/30 | K | | |
| 810. | | | | | Transferred (to line 3433) | 5/30 | K | | |
| 811. ASCIANO GROUP NPV | B | Dividend | | | Sold | 3/25 | K | | |
| 812. NYC GO SER G 5% 8/1/19 | E | Interest | | | Sold | 11/4 | O | | |
| 813. PETROPLUS HOLDING AG | | None | | | Buy | 1/31 | L | | |
| 814. | | | | | Transferred (from line 2124) | 5/21 | J | | |
| 815. | | | | | Transferred (to line 2729) | 5/30 | K | | |
| 816. | | | | | Transferred (to line 3346) | 5/30 | K | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. PEUGEOT SA | | None | | | Buy | 2/28 | K | | |
| 818. | | | | | Buy | 2/29 | K | | |
| 819. | | | | | Transferred (to line 2730) | 5/30 | K | | |
| 820. | | | | | Transferred (to line 3347) | 5/30 | K | | |
| 821. NORDSTROM INC | B | Dividend | | | Buy | 1/10 | L | | |
| 822. | | | | | Buy | 1/11 | M | | |
| 823. | | | | | Buy | 2/13 | M | | |
| 824. | | | | | Buy | 5/15 | L | | |
| 825. | | | | | Transferred (from line 2094) | 5/21 | K | | |
| 826. | | | | | Transferred (to line 2685) | 5/30 | M | | |
| 827. | | | | | Transferred (to line 3307) | 5/30 | M | | |
| 828. MICROCHIP TECHNOLOGY INC | B | Dividend | | | Buy | 1/28 | K | | |
| 829. | | | | | Buy | 1/29 | K | | |
| 830. | | | | | Buy | 1/31 | J | | |
| 831. | | | | | Buy | 2/5 | K | | |
| 832. | | | | | Buy | 2/6 | J | | |
| 833. | | | | | Transferred (from line 2070) | 5/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Transferred (to line 2660) | 5/30 | L | | |
| 835. | | | | | Transferred (to line 3283) | 5/30 | L | | |
| 836. CARNIVAL CORP | B | Dividend | | | Buy | 2/21 | K | | |
| 837. | | | | | Buy | 2/22 | K | | |
| 838. | | | | | Buy | 3/5 | K | | |
| 839. | | | | | Buy | 5/15 | L | | |
| 840. | | | | | Transferred (from line 1857) | 5/21 | J | | |
| 841. | | | | | Transferred (to line 2454) | 5/30 | L | | |
| 842. | | | | | Transferred (to line 3064) | 5/30 | L | | |
| 843. VULCAN MATERIALS CO | A | Dividend | | | Buy | 3/6 | K | | |
| 844. | | | | | Buy | 5/15 | K | | |
| 845. | | | | | Transferred (from line 2312) | 5/21 | J | | |
| 846. | | | | | Transferred (to line 2921) | 5/30 | K | | |
| 847. | | | | | Transferred (to line 3529) | 5/30 | K | | |
| 848. GOLDMAN SACHS GROUP INC | A | Dividend | | | Buy | 3/13 | M | | |
| 849. | | | | | Buy | 3/18 | M | | |
| 850. | | | | | Transferred (from line 1960) | 5/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Transferred (to line 2546) | 5/30 | M | | |
| 852. | | | | | Transferred (to line 3162) | 5/30 | M | | |
| 853. NYC TFA B 5.0% 8/1/2021 | D | Interest | N | T | Buy | 3/6 | N | | |
| 854. NY MTA TRIB 5% 11/15/16 | E | Interest | O | T | Buy | 3/14 | O | | |
| 855. NY TOBACCO SETTLE 08b 5% 6/1/2012 | D | Interest | N | T | Buy | 3/19 | N | | |
| 856. SCHNEIDER ELECTRIC SA | C | Dividend | | | Sold (part) | 1/24 | L | E | |
| 857. | | | | | Transferred (from line 2189) | 5/21 | J | | |
| 858. | | | | | Transferred (to line 2786) | 5/30 | K | | |
| 859. | | | | | Transferred (to line 3401) | 5/30 | K | | |
| 860. SHOPPERS DRUG MART CORP | | None | | | Buy | 3/28 | M | | |
| 861. | | | | | Transferred (from line 2195) | 5/21 | J | | |
| 862. | | | | | Transferred (to line 2790) | 5/30 | L | | |
| 863. | | | | | Transferred (to line 3405) | 5/30 | L | | |
| 864. UBS AG NAMEN | | None | | | Buy | 4/10 | K | | |
| 865. | | | | | Buy | 5/20 | K | | |
| 866. | | | | | | | | | |
| 867. | | | | | Transferred (to line 2894) | 5/30 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Transferred (to line 3502) | 5/30 | K | | |
| 869. IMPERIAL TOBACCO PLC | | None | | | Buy | 5/23 | K | | |
| 870. | | | | | Buy | 5/27 | K | | |
| 871. | | | | | Buy | 5/28 | J | | |
| 872. | | | | | Buy | 5/29 | J | | |
| 873. | | | | | Buy | 5/30 | J | | |
| 874. | | | | | Buy | 6/2 | J | | |
| 875. | | | | | Transferred (to line 2591) | 5/30 | K | | |
| 876. | | | | | Transferred (to line 3206) | 5/30 | K | | |
| 877. TELEFONOS DE MEXICO SAB DE | | None | | | Buy | 4/18 | N | | |
| 878. | | | | | Transferred (from line 2243) | 5/21 | K | | |
| 879. | | | | | Transferred (to line 2850) | 5/30 | M | | |
| 880. | | | | | Transferred (to line 3466) | 5/30 | M | | |
| 881. ERICSSON (LM) B | | None | | | Buy | 4/14 | K | | |
| 882. | | | | | Transferred (from line 1908) | 5/21 | J | | |
| 883. | | | | | Transferred (to line 2497) | 5/30 | K | | |
| 884. | | | | | Transferred (to line 3111) | 5/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. SINGAPORE EXCHANGE LTD | A | Dividend | | | Buy | 4/4 | M | | |
| 886. | | ` | | | Transferred (from line 2198) | 5/21 | J | | |
| 887. | | | | | Transferred (to line 2794) | 5/30 | L | | |
| 888. | | | | | Transferred (to line 3409) | 5/30 | L | | |
| 889. IN HLTH-CLARIAN HLTH B FSA 2/15/2021 | A | Interest | | | Buy | 4/16 | M | | |
| 890. | | | | | Sold | 5/15 | M | | |
| 891. ABBOTT LABORATORIES | | None | | | Buy | 4/15 | L | | |
| 892. | | | | | Transferred (from line 1743) | 5/21 | J | | |
| 893. | | | | | Transferred (to line 2352) | 5/30 | K | | |
| 894. | | | | | Transferred (to line 2965) | 5/30 | K | | |
| 895. FEDERAL NATIONAL MORTGAGE | B | Dividend | | | Buy | 4/17 | L | | |
| 896. | | | | | Transferred (to line 2508) | 5/30 | K | | |
| 897. | | | | | Transferred (to line 3128) | 5/30 | K | | |
| 898. AMERICAN TOWER CORP | | None | | | Buy | 4/18 | L | | |
| 899. | | | | | Buy | 4/28 | L | | |
| 900. | | | | | Buy | 4/29 | K | | |
| 901. | | | | | Buy | 5/1 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Transferred (from line 1785) | 5/21 | J | | |
| 903. - .. | | | | | Transferred (to line 2390) | 5/30 | M | | |
| 904. | | | | | Transferred (to line 3004) | 5/30 | M | | |
| 905. PHILIP MORRIS INT'L | | None | | | Buy | 4/29 | L | | |
| 906. | | | | | Transferred (from line 2129) | 5/21 | J | | |
| 907. | | | | | Transferred (to line 2733) | 5/30 | L | | |
| 908. | | | | | Transferred (to line 3350) | 5/30 | L | | |
| 909. GAZPROM OAO ADR | | None | | | Buy | 5/9 | K | | |
| 910. | | | | | Buy | 5/12 | K | | |
| 911. | | | | | Buy | 5/13 | J | | |
| 912. | | | | | Transferred (from line 1945) | 5/21 | J | | |
| 913. | | | | | Transferred (to line 2535) | 5/30 | L | | |
| 914. | | | | | Transferred (to line 3148) | 5/30 | L | | |
| 915. MSCI INC CL A | | None | | | Buy | 5/14 | J | | |
| 916. | | | | | Buy | 5/15 | J | | |
| 917. | | | | | Buy | 5/16 | K | | |
| 918. | | | | | Buy | 5/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Buy | 5/20 | K | | |
| 920. | | | | | Transferred (to line 2669) | 5/30 | K | | |
| 921. | | | | | Transferred (to line 3292) | 5/30 | K | | |
| 922. ENERGIZER HOLDINGS INC | | None | | | Buy | 5/21 | L | | |
| 923. | | | | | Buy | 5/22 | K | | |
| 924. | | | | | Transferred (to line 2496) | 5/30 | K | | |
| 925. | | | | | Transferred (to line 3108) | 5/30 | K | | |
| 926. NY ST URB DEV CORP 5% 3/15/33 | D | Interest | O | T | Buy | 7/23 | O | | |
| 927. NY LGAC 5% 4/1/2013 | | None | O | T | Buy | 8/13 | O | | |
| 928. OHIO CLEVELAND 5.125% 1/1/2028 | | None | O | T | Buy | 9/10 | O | | |
| 929. NJ EDA PRINCETON UNIV 4.75% 7/1/23 | | None | O | T | Buy | 10/29 | O | | |
| 930. GA HIED FIN 6.0% 6/15/2028 | | None | N | T | Buy | 11/20 | N | | |
| 931. MO ST HWY 5% 5/1/2024 | | None | N | T | Buy | 11/19 | N | | |
| 932. SAN ANTONIO 5% 2/1/18 | | None | N | T | Buy | 11/13 | N | | |
| 933. WI ST CLEAN WTR 5.125% 6/1/2026 | | None | N | T | Buy | 11/25 | N | | |
| 934. UBS AG RTS | | None | | | Spinoff (from line 864) | 5/21 | J | | |
| 935. | | | | | Transferred (to line 2894) | 5/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. FAIRPOINT COMMUNICATION | | None | | | Spinoff (from line 385) | 4/1 | J | | |
| 937. | | | | | Sold | 4/11 | J | A | |
| 938. ROYAL BANK SCOT GRP ORD RTS | | None | | | Spinoff (from line 195) | 5/15 | J | | |
| 939. | | | | | Transferred (to line 2767) | 5/30 | J | | |
| 940. Rental Property #14, Norfolk, VA | E | Rent | N | U | | | | | |
| 941. Rental Property #15, Norfolk, VA | E | Rent | N | U | | | | | |
| 942. AMERICAN FUNDS IRA - LIST OF ASSETS | E | Dividend | M | T | | | | | |
| 943. -EUROPACIFIC GROWTH | | | | | | | | | |
| 944. -THE GROWTH FUND OF AMERICA | | | | | | | | | |
| 945. -SMALLCAP WORLD | | | | | | | | | |
| 946. -CAPITAL INCOME BUILDER | | | | | | | | | |
| 947. ▮▮▮▮ Trust #19 - List of Assets: | H1 | Int./Div. | P3 | T | | | | | |
| 948. - LI & FUNG | | | | | Sold (part) | 1/4 | K | E | |
| 949. | | | | | Sold (part) | 3/25 | L | F | |
| 950. | | | | | Sold (part) | 3/26 | L | F | |
| 951. | | | | | Sold (part) | 3/27 | M | F | |
| 952. | | | | | Buy | 7/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. - SAP | | | | | | | | | |
| 954. - HONG KONG & CHINA GAS | | | | | | | | | |
| 955. - HANG LUNG PROPERTIES | | | | | Sold | 1/24 | M | F | |
| 956. - AMERICAN INTL GROUP | | | | | Buy | 5/12 | L | | |
| 957. | | | | | Buy | 5/13 | J | | |
| 958. | | | | | Buy | 5/15 | K | | |
| 959. | | | | | Sold (part) | 6/16 | L | | |
| 960. | | | | | Sold (part) | 6/25 | L | | |
| 961. | | | | | Sold (part) | 6/26 | L | | |
| 962. | | | | | Sold | 7/1 | K | | |
| 963. - CINCINNATI FINL | | | | | Sold (part) | 4/8 | K | | |
| 964. | | | | | Sold (part) | 4/9 | K | | |
| 965. | | | | | Sold | 4/10 | J | | |
| 966. - COCA-COLA AMATIL | | | | | | | | | |
| 967. - EMERSON ELEC | | | | | Sold (part) | 2/25 | L | E | |
| 968. -GENERAL ELECTRIC CO | | | | | Sold (part) | 5/27 | K | | |
| 969. | | | | | Buy | 10/2 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Sold (part) | 12/22 | K | | |
| 971. - ILLINOIS TOOL WORKS | | | | | | | | | |
| 972. - IBM | | | | | | | | | |
| 973. - NESTLE SA | | | | | Sold (part) | 7/2 | L | E | |
| 974. | | | | | Sold (part) | 12/23 | L | E | |
| 975. -PEPSICO INC | | | | | Sold (part) | 5/15 | J | B | |
| 976. - RECKITT BENCKISER | | | | | Sold | 12/23 | K | D | |
| 977. - SCHLUMBERGER | | | | | Buy | 10/17 | K | | |
| 978. | | | | | Buy | 10/27 | J | | |
| 979. - SOUTHWEST AIRLINES | | | | | | | | | |
| 980. - TIME WARNER | | | | | | | | | |
| 981. - UNION PACIFIC | | | | | Sold (part) | 1/2 | K | E | |
| 982. | | | | | Sold (part) | 1/3 | J | D | |
| 983. | | | | | Sold (part) | 2/25 | K | D | |
| 984. | | | | | Sold (part) | 12/22 | J | C | |
| 985. - HSBC HLDGS | | | | | | | | | |
| 986. - AIR PRODUCTS & CHEMS | | | | | Buy | 10/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. - BHP BILLITON | | | | | Buy | 12/18 | K | | |
| 988. - CAMPBELL SOUP | | | | | Sold (part) | 4/10 | J | B | |
| 989. | | | | | Sold (part) | 4/11 | J | B | |
| 990. - NOVARTIS AG | | | | | Sold | 4/17 | M | A | |
| 991. - RIO TINTO | | | | | Sold (part) | 2/26 | L | F | |
| 992. | | | | | Sold (part) | 3/28 | M | F | |
| 993. | | | | | Sold (part) | 4/25 | J | D | |
| 994. - ROYAL DUTCH | | | | | Buy | 3/12 | K | | |
| 995. | | | | | Sold (part) | 12/22 | L | | |
| 996. - TESCO | | | | | Buy | 7/9 | K | | |
| 997. | | | | | Buy | 7/10 | K | | |
| 998. | | | | | Buy | 7/11 | J | | |
| 999. | | | | | Buy | 7/23 | K | | |
| 1000. | | | | | Buy | 8/19 | K | | |
| 1001. | | | | | Sold (part) | 12/3 | K | | |
| 1002. - UNITED TECHNOLOGIES | | | | | Sold (part) | 1/7 | K | D | |
| 1003. | | | | | Sold (part) | 5/15 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. - RICHEMONT | | | | | Sold (part) | 10/27 | K | D | |
| 1005. - BAKER HUGHES | | | | | Sold (part) | 11/6 | J | | |
| 1006. - L'AIR LIQUIDE BEARER | | | | | Sold (part) | 5/15 | K | D | |
| 1007. | | | | | Sold (part) | 8/1 | J | A | |
| 1008. | | | | | Sold (part) | 12/23 | K | C | |
| 1009. - ACCOR | | | | | | | | | |
| 1010. - HEINEKEN | | | | | | | | | |
| 1011. - WELLS FARGO & CO | | | | | Buy | 4/10 | L | | |
| 1012. | | | | | Buy | 11/6 | K | | |
| 1013. | | | | | Sold (part) | 12/8 | K | B | |
| 1014. - BERKSHIRE HATHAWAY | | | | | | | | | |
| 1015. - SANOFI-AVENTIS | | | | | Sold (part) | 6/30 | M | | |
| 1016. | | | | | Sold (part) | 7/1 | L | | |
| 1017. - COSTCO | | | | | | | | | |
| 1018. - LOWES COMPANIES INC | | | | | Buy | 1/11 | K | | |
| 1019. | | | | | Sold (part) | 6/16 | K | | |
| 1020. | | | | | Sold (part) | 6/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. - OMNICOM GROUP | | | | | | | | | |
| 1022. - AGILENT TECH | | | | | Buy | 2/19 | K | | |
| 1023. | | | | | Buy | 2/20 | K | | |
| 1024. | | | | | Buy | 2/21 | K | | |
| 1025. | | | | | Buy | 2/22 | K | | |
| 1026. - EXXON MOBIL | | | | | | | | | |
| 1027. - FEDEX | | | | | | | | | |
| 1028. - SIEMENS | | | | | Sold (part) | 3/19 | L | E | |
| 1029. | | | | | Sold | 3/20 | K | D | |
| 1030. -SIEMENS AG NAMEN | | | | | Sold | 3/20 | K | D | |
| 1031. - SINGAPORE TELECOMM | | | | | Sold (part) | 5/15 | L | E | |
| 1032. | | | | | Sold (part) | 9/16 | L | E | |
| 1033. - KRAFT FOODS | | | | | Buy | 1/4 | L | | |
| 1034. - JC DECAUX | | | | | Sold (part) | 6/30 | K | B | |
| 1035. | | | | | Sold (part) | 7/25 | K | B | |
| 1036. | | | | | Sold (part) | 7/28 | J | A | |
| 1037. | | | | | Sold (part) | 7/30 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Sold (part) | 8/5 | J | A | |
| 1039. | | | | | Sold (part) | 8/14 | J | A | |
| 1040. | | | | | Sold (part) | 8/26 | J | | |
| 1041. | | | | | Sold (part) | 8/29 | J | | |
| 1042. | | | | | Sold | 9/2 | J | | |
| 1043. - SUNCOR ENERGY | | | | | Buy | 10/29 | L | | |
| 1044. | | | | | Buy | 10/30 | L | | |
| 1045. | | | | | Buy | 11/26 | M | | |
| 1046. | | | | | Sold (part) | 12/29 | J | | |
| 1047. | | | | | Sold (part) | 12/30 | L | | |
| 1048. | | | | | Sold (part) | 12/31 | M | | |
| 1049. - HBOS PLC | | | | | Buy | 5/15 | K | | |
| 1050. | | | | | Sold | 8/21 | K | | |
| 1051. - BNP PARIBAS | | | | | Buy | 3/4 | K | | |
| 1052. | | | | | Buy | 3/28 | M | | |
| 1053. | | | | | Sold (part) | 7/9 | L | D | |
| 1054. - SCHNEIDER ELECTRIC | | | | | Sold (part) | 1/24 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. - COMCAST | | | | | | | | | |
| 1056. - SLM CORP | | | | | Sold (part) | 3/10 | K | | |
| 1057. | | | | | Sold | 5/5 | K | C | |
| 1058. - WEATHERFORD INTL | | | | | Sold (part) | 9/26 | J | C | |
| 1059. | | | | | Sold (part) | 9/30 | J | D | |
| 1060. | | | | | Sold | 10/2 | K | D | |
| 1061. - INDITEX | | | | | | | | | |
| 1062. - HOLCIM LTD | | | | | Sold (part) | 6/30 | L | E | |
| 1063. - GENERAL GROWTH PRO | | | | | Sold (part) | 1/9 | J | B | |
| 1064. | | | | | Sold (part) | 1/10 | J | A | |
| 1065. | | | | | Sold | 1/11 | K | C | |
| 1066. - HOYA | | | | | Sold (part) | 3/21 | K | | |
| 1067. | | | | | Sold (part) | 3/24 | K | | |
| 1068. | | | | | Sold (part) | 3/25 | K | | |
| 1069. | | | | | Sold (part) | 7/1 | K | | |
| 1070. | | | | | Sold (part) | 7/16 | K | | |
| 1071. | | | | | Sold (part) | 7/18 | K | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. | | | | | Sold (part) | 7/22 | J | | |
| 1073. | | | | | Sold | 9/5 | K | | |
| 1074. - BMW AG | | | | | Buy | 9/22 | K | | |
| 1075. | | | | | Sold (part) | 8/15 | K | | |
| 1076. - VERIZON | | | | | Sold | 4/4 | K | D | |
| 1077. - MITSUBISHI CORP | | | | | Sold (part) | 2/26 | K | E | |
| 1078. | | | | | Sold (part) | 3/21 | K | D | |
| 1079. | | | | | Sold (part) | 8/18 | K | D | |
| 1080. | | | | | Sold (part) | 8/19 | K | D | |
| 1081. | | | | | Sold (part) | 8/21 | K | D | |
| 1082. | | | | | Sold (part) | 8/26 | K | E | |
| 1083. | | | | | Sold (part) | 8/27 | J | D | |
| 1084. | | | | | Sold (part) | 8/28 | J | D | |
| 1085. | | | | | Sold | 11/27 | K | A | |
| 1086. - CANON | | | | | | | | | |
| 1087. - SUMITOMO MITSUI FINL | | | | | Sold | 2/8 | L | D | |
| 1088. - ROYAL BANK SCOTLAND | | | | | Buy | 4/22 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,000 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | Sold (part) | 9/15 | J | | |
| 1090. | | | | | Sold | 9/26 | K | | |
| 1091. - WOOLWORTHS | | | | | Buy | 2/28 | K | | |
| 1092. -WAL MART DE MEXICO | | | | | Sold (part) | 9/26 | J | B | |
| 1093. | | | | | Sold (part) | 9/29 | K | D | |
| 1094. | | | | | Sold (part) | 9/30 | K | D | |
| 1095. | | | | | Sold (part) | 10/1 | K | D | |
| 1096. | | | | | Sold (part) | 10/2 | J | C | |
| 1097. | | | | | Sold (part) | 10/3 | J | C | |
| 1098. | | | | | Sold (part) | 10/6 | J | D | |
| 1099. | | | | | Sold (part) | 10/8 | J | A | |
| 1100. - FOREST LABS | | | | | Sold (part) | 9/12 | J | | |
| 1101. | | | | | Sold (part) | 9/15 | J | | |
| 1102. | | | | | Sold (part) | 9/17 | J | | |
| 1103. | | | | | Sold (part) | 9/19 | J | | |
| 1104. | | | | | Sold (part) | 9/24 | J | | |
| 1105. | | | | | Sold (part) | 9/30 | J | | |

1. Income Gain Codes:  A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)  U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Sold | 10/1 | J | | |
| 1107. - UNILEVER NV | | | | | | | | | |
| 1108. - ASTRAZENECA | | | | | Sold | LY | N | | |
| 1109. - ALLERGAN | | | | | Buy | 5/15 | K | | |
| 1110. | | | | | Buy | 10/23 | K | | |
| 1111. - SUZUKI MOTOR | | | | | Buy | 3/28 | K | | |
| 1112. | | | | | Buy | 3/31 | K | | |
| 1113. | | | | | Buy | 10/29 | K | | |
| 1114. | | | | | Buy | 10/31 | J | | |
| 1115. | | | | | Buy | 11/4 | J | | |
| 1116. | | | | | Sold (part) | 12/9 | K | | |
| 1117. | | | | | Sold (part) | 12/10 | J | | |
| 1118. - FLUOR CORP | | | | | Sold (part) | 1/10 | L | E | |
| 1119. | | | | | Sold (part) | 2/21 | L | E | |
| 1120. - POTASH CORP | | | | | Sold (part) | 3/20 | L | F | |
| 1121. | | | | | Sold (part) | 3/25 | K | E | |
| 1122. | | | | | Sold (part) | 1/3 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. | | | | | Sold (part) | 2/26 | M | G | |
| 1124. | | | | | Sold (part) | 2/27 | K | E | |
| 1125. | | | | | Sold (part) | 4/28 | L | F | |
| 1126. | | | | | Sold (part) | 12/22 | K | D | |
| 1127. | | | | | Sold (part) | 12/12 | K | E | |
| 1128. - L'OREAL | | | | | Buy | 8/19 | K | | |
| 1129. - SUFFOLK NY 4% 6/15/11 | | | | | | | | | |
| 1130. - NYS DORM 5.25% 11/15/26 | | | | | | | | | |
| 1131. - NYS ENVIRON 5.25% 6/15/12 | | | | | | | | | |
| 1132. - NYC GO 5% 8/1/15 | | | | | | | | | |
| 1133. - MET TRANS AUTH 5.25% 11/15/17 | | | | | Sold | 12/4 | O | | |
| 1134. - NY ST DORM 5.25% 3/15/16 | | | | | | | | | |
| 1135. - NY ST ENVIR 4.25% 11/15/19 | | | | | | | | | |
| 1136. - NY SALES TAX 5% 10/15/21 | | | | | | | | | |
| 1137. - NYC GO 5% 6/1/17 | | | | | | | | | |
| 1138. - TOLL HLDGS | | | | | Buy | 4/4 | J | | |
| 1139. | | | | | Sold (part) | 4/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. | | | | | Sold (part) | 7/4 | K | | |
| 1141. | | | | | Sold (part) | 7/9 | K | B | |
| 1142. | | | | | Sold | 7/10 | K | | |
| 1143. - JPMORGAN CHASE | | | | | Buy | 1/19 | J | | |
| 1144. | | | | | Buy | 3/20 | K | | |
| 1145. | | | | | Buy | 5/15 | K | | |
| 1146. | | | | | Buy | 9/26 | K | | |
| 1147. - CRH | | | | | Buy | 10/29 | K | | |
| 1148. | | | | | Sold (part) | 12/23 | K | | |
| 1149. - DAVITA | | | | | Sold (part) | 12/22 | J | B | |
| 1150. - CISCO | | | | | Buy | 1/3 | L | | |
| 1151. | | | | | Buy | 3/18 | M | | |
| 1152. | | | | | Sold (part) | 2/4 | K | D | |
| 1153. | | | | | Sold (part) | 2/5 | K | C | |
| 1154. | | | | | Buy | 10/16 | L | | |
| 1155. - NATIONAL INST | | | | | | | | | |
| 1156. - SAMSUNG | | | | | Sold (part) | 3/4 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. | | | | | Buy | 12/19 | K | | |
| 1158. - SEPRACOR | | | | | Sold (part) | 4/22 | J | | |
| 1159. | | | | | Sold (part) | 4/23 | K | | |
| 1160. | | | | | Sold (part) | 4/24 | K | | |
| 1161. | | | | | Sold (part) | 4/25 | J | | |
| 1162. | | | | | Buy | 7/31 | K | | |
| 1163. | | | | | Buy | 8/1 | J | | |
| 1164. - AMERICA MOVIL | | | | | Buy | 2/11 | K | | |
| 1165. | | | | | Sold (part) | 1/3 | L | E | -- |
| 1166. | | | | | Sold (part) | 7/16 | K | C | |
| 1167. | | | | | Sold (part) | 7/17 | J | E | |
| 1168. - BOUYGUES | | | | | Sold (part) | 9/29 | K | | |
| 1169. | | | | | Sold (part) | 9/30 | K | | |
| 1170. | | | | | Buy | 11/6 | L | | |
| 1171. | | | | | Sold (part) | 10/1 | K | | |
| 1172. | | | | | Sold (part) | 12/9 | K | | |
| 1173. | | | | | Sold (part) | 12/23 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | - | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. - WASHINGTON MUTUAL | | | | | Buy | 3/12 | K | | |
| 1175. | | | | | Sold | 3/18 | L | | |
| 1176. - FANUC | | | | | Sold (part) | 5/15 | L | E | |
| 1177. | | | | | Buy | 6/30 | L | | |
| 1178. - GENERAL DYNAMICS | | | | | Sold | LY | K | D | |
| 1179. - AT&T INC | | | | | Sold (part) | 5/15 | K | B | |
| 1180. | | | | | Sold (part) | 8/11 | L | | |
| 1181. - MICROSOFT | | | | | | | | | |
| 1182. - MILLENNIUM PHARM | | | | | Sold (part) | 4/14 | M | F | |
| 1183. | | | | | Sold | 5/8 | L | F | |
| 1184. - SCOTTISH & STHN ENERGY | | | | | Sold (part) | 5/15 | L | D | |
| 1185. - UNITED PARCEL SERVICE | | | | | Buy | 5/15 | K | | |
| 1186. - EAST WEST BANCORP | | | | | Buy | 1/4 | J | | |
| 1187. - FORTIS | | | | | Sold (part) | 3/12 | K | | |
| 1188. | | | | | Sold (part) | 5/10 | K | | |
| 1189. | | | | | Sold (part) | 7/2 | K | | |
| 1190. | | | | | Sold | 7/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. - GALLAGHER ARTHUR | | | | | Sold | 5/15 | K | | |
| 1192. - KONINKLIJKE KPN (FORMERLY KPN) | | | | | Buy | 4/21 | M | | |
| 1193. - ESSILOR | | | | | | | | | |
| 1194. - SUN HUNG KAI | | | | | Sold (part) | 1/3 | L | E | |
| 1195. | | | | | Sold (part) | 4/10 | L | E | |
| 1196. - STANDARD CHARTERED | | | | | Buy | 12/18 | J | | |
| 1197. - SMITH & NEPHEW | | | | | Sold (part) | 5/2 | M | E | |
| 1198. | | | | | Buy | 10/30 | J | | |
| 1199. | | | | | Buy | 10/31 | J | | |
| 1200. | | | | | Buy | 11/5 | K | | |
| 1201. | | | | | Buy | 11/6 | J | | |
| 1202. - CANADIAN NATURAL RES | | | | | Sold (part) | 3/6 | K | D | |
| 1203. | | | | | Sold (part) | 5/15 | L | E | |
| 1204. | | | | | Sold (part) | 5/27 | K | D | |
| 1205. | | | | | Sold (part) | 5/28 | J | D | |
| 1206. | | | | | Buy | 11/24 | K | | |
| 1207. - VEOLIA | | | | | Buy | 5/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. | | | | | Buy | 7/15 | K | | |
| 1209. | | | | | Sold (part) | 9/30 | L | | |
| 1210. | | | | | Buy | 11/6 | L | | |
| 1211. - CAMECO | | | | | Sold (part) | 10/6 | K | | |
| 1212. - BANCO SANTANDER | | | | | Sold (part) | 9/23 | K | D | |
| 1213. | | | | | Sold (part) | 9/24 | J | C | |
| 1214. | | | | | Sold | 9/25 | K | C | |
| 1215. - DANAHER | | | | | | | | | |
| 1216. - CAPITAL ONE | | | | | Sold | 4/16 | L | | |
| 1217. -AVON | | | | | Sold | 10/30 | K | | |
| 1218. - ALLIANCE SE (FORMERLY ALLIANZ) | | | | | Buy | 11/4 | K | | |
| 1219. - KINGFISHER | | | | | | | | | |
| 1220. - TREND MICRO | | | | | Sold (part) | 1/8 | L | D | |
| 1221. | | | | | Sold (part) | 12/24 | K | D | |
| 1222. - SUMITOMO REAL ESTATE SALES | | | | | Sold (part) | 9/5 | J | | |
| 1223. | | | | | Sold | 9/8 | J | | |
| 1224. - AUTONATION | | | | | Sold (part) | 11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. | | | | | Sold | 11/18 | J | | |
| 1226. - WILLIAMS SONOMA | | | | | Sold (part) | 11/17 | J | | |
| 1227. | | | | | Sold | 11/18 | J | | |
| 1228. - COCA COLA | | | | | Sold (part) | 3/12 | K | D | |
| 1229. | | | | | Buy | 7/24 | K | | |
| 1230. - MCDONALDS | | | | | Sold (part) | 7/1 | K | D | |
| 1231. - IMCLONE | | | | | Sold (part) | 3/12 | K | D | |
| 1232. | | | | | Sold (part) | 3/13 | L | D | |
| 1233. | | | | | Buy | 7/15 | J | | |
| 1234. | | | | | Buy | 7/16 | J | | |
| 1235. | | | | | Buy | 7/17 | K | | |
| 1236. | | | | | Buy | 7/18 | J | | |
| 1237. | | | | | Buy | 7/21 | K | | |
| 1238. | | | | | Sold (part) | 9/11 | J | B | |
| 1239. | | | | | Sold (part) | 9/12 | J | B | |
| 1240. | | | | | Sold (part) | 9/15 | J | B | |
| 1241. | | | | | Sold (part) | 10/30 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. | | | | | Sold | 10/31 | K | E | |
| 1243. -BRAMBLES LTD | | | | | Sold (part) | 6/3 | K | | |
| 1244. | | | | | Sold | 8/15 | L | | |
| 1245. -NEWCREST MINING NPV | | | | | Buy | 12/17 | L | | |
| 1246. -BARRICK GOLD CORP | | | | | Sold (part) | 2/27 | L | E | |
| 1247. | | | | | Sold (part) | 10/6 | K | A | |
| 1248. | | | | | Sold (part) | 10/7 | K | A | |
| 1249. -ADIDAS AG | | | | | | | | | |
| 1250. -TOTAL SA | | | | | Sold (part) | 5/26 | L | E | |
| 1251. | | | | | Buy | 7/15 | K | | |
| 1252. -NOKIA OYJ | | | | | Sold (part) | 5/13 | L | E | |
| 1253. -MELCO INT'L | | | | | Sold | 4/22 | M | | |
| 1254. -SOFTBANK CORP | | | | | Buy | 9/17 | L | | |
| 1255. | | | | | Buy | 9/24 | K | | |
| 1256. | | | | | Sold (part) | 8/15 | M | | |
| 1257. | | | | | Sold (part) | 12/24 | K | A | |
| 1258. -THE WALT DISNEY CO | | | | | Buy | 12/2 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. -CORNING INC | | | | | Sold | 1/10 | M | D | |
| 1260. -INTEL CORP | | | | | Buy | 1/17 | L | | |
| 1261. | | | | | Sold (part) | 10/15 | K | | |
| 1262. | | | | | Sold (part) | 10/16 | K | | |
| 1263. -MEDTRONIC INC | | | | | Buy | 5/15 | L | | |
| 1264. | | | | | Sold (part) | 9/26 | K | | |
| 1265. | | | | | Sold (part) | 9/30 | L | | |
| 1266. - ING GROUP NV CVA | | | | | Buy | 3/4 | K | | |
| 1267. | | | | | Buy | 10/29 | K | | |
| 1268. | | | | | Sold (part) | 12/2 | K | | |
| 1269. | | | | | Sold (part) | 12/3 | K | | |
| 1270. - BAE SYSTEMS PLC | | | | | Sold (part) | 5/15 | L | D | |
| 1271. | | | | | Sold (part) | 12/9 | J | | |
| 1272. | | | | | Sold (part) | 12/23 | K | | |
| 1273. -WACHOVIA CORP | | | | | Buy | 5/15 | L | | |
| 1274. | | | | | Sold (part) | 6/25 | K | | |
| 1275. | | | | | Sold | 9/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. - TARGET CORP | | | | | Buy | 1/7 | L | | |
| 1277. - DELL INC | | | | | Sold (part) | 9/23 | K | | |
| 1278. | | | | | Sold (part) | 11/13 | J | | |
| 1279. - PUERTO RICO COMWLTH 5% 12/1/2013 | | | | | | | | | |
| 1280. - SARA LEE CORP | | | | | Buy | 5/15 | K | | |
| 1281. - JARDEN CORP | | | | | Sold (part) | 10/15 | J | | |
| 1282. | | | | | Sold (part) | 10/20 | J | | |
| 1283. | | | | | Sold (part) | 10/21 | J | | |
| 1284. | | | | | Sold (part) | 10/30 | K | | |
| 1285. | | | | | Sold | 10/31 | K | | |
| 1286. -TORONTO-DOMINION BANK | | | | | Sold (part) | 5/15 | K | C | |
| 1287. -AXA | | | | | Buy | 10/29 | K | | |
| 1288. | | | | | Buy | 11/2 | K | | |
| 1289. -RAIFFEISEN INTL | | | | | Sold (part) | 9/17 | J | | |
| 1290. | | | | | Sold (part) | 9/19 | J | | |
| 1291. | | | | | Sold (part) | 10/7 | J | | |
| 1292. | | | | | Sold (part) | 12/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. | | | | | Sold | 12/22 | J | | |
| 1294. -ICICI BANK LTD | | | | | Sold (part) | 5/15 | K | E | |
| 1295. -AMAZON.COM | | | | | Sold (part) | 5/15 | J | D | |
| 1296. -CERNER CORP | | | | | Buy | 6/3 | K | | |
| 1297. | | | | | Buy | 6/4 | J | | |
| 1298. | | | | | Buy | 6/9 | J | | |
| 1299. | | | | | Buy | 6/10 | J | | |
| 1300. -HANESBRANDS INC | | | | | | | | | |
| 1301. -ARCH COAL INC | | | | | Sold (part) | 2/13 | L | E | |
| 1302. | | | | | Sold (part) | 2/14 | L | E | |
| 1303. -UCB | | | | | Sold (part) | 1/2 | K | | |
| 1304. | | | | | Sold (part) | 7/17 | J | | |
| 1305. | | | | | Sold (part) | 7/18 | J | | |
| 1306. | | | | | Sold (part) | 7/21 | J | | |
| 1307. | | | | | Sold | 7/22 | J | | |
| 1308. -LEGAL & GENERAL GROUP PLC | | | | | Sold | LY | L | | |
| 1309. -SABMILLER PLC | | | | | Buy | 10/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. | | | | | Buy | 10/30 | J | | |
| 1311. | | | | | Sold (part) | 12/3 | K | | |
| 1312. -JOHNSON CONTROLS INC | | | | | Buy | 2/27 | K | | |
| 1313. | | | | | Buy | 2/29 | J | | |
| 1314. | | | | | Sold (part) | 11/6 | J | | |
| 1315. | | | | | Sold (part) | 11/7 | J | | |
| 1316. | | | | | Sold (part) | 11/10 | J | | |
| 1317. | | | | | Sold (part) | 11/11 | J | | |
| 1318. -AFLAC INC | | | | | Buy | 8/15 | K | | |
| 1319. -NY ST DORM 5% 3/15/18 | | | | | | | | | |
| 1320. -FREEPORT NY FREE 4.5% 12/1/2020 | | | | | Sold | 11/4 | O | | |
| 1321. -NEW YORK NY GO 5% 1/1/2022 | | | | | Sold (part) | 10/22 | N | | |
| 1322. | | | | | Sold | 12/2 | N | | |
| 1323. - DELTA PETROLEUM | | | | | Sold (part) | 4/16 | K | D | |
| 1324. | | | | | Sold (part) | 5/28 | K | B | |
| 1325. | | | | | Sold (part) | 5/29 | J | A | |
| 1326. | | | | | Sold (part) | 10/31 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1327. | | | | | Sold (part) | 11/4 | K | | |
| 1328. | | | | | Sold (part) | 11/26 | J | | |
| 1329. | | | | | Sold (part) | 12/4 | J | | |
| 1330. | | | | | Sold (part) | 12/8 | J | | |
| 1331. - ZYMOGENETICS | | | | | Sold (part) | 9/5 | J | | |
| 1332. | | | | | Sold (part) | 9/10 | J | | |
| 1333. | | | | | Sold (part) | 9/11 | J | | |
| 1334. | | | | | Sold (part) | 9/12 | J | | |
| 1335. | | | | | Sold | 9/17 | K | | |
| 1336. - BILLABONG INT'L LTD | | | | | | | | | |
| 1337. - OMEGA PHARMA SA | | | | | Sold (part) | 1/4 | J | | |
| 1338. | | | | | Buy | 7/22 | J | | |
| 1339. | | | | | Buy | 7/23 | J | | |
| 1340. | | | | | Buy | 7/24 | J | | |
| 1341. | | | | | Buy | 7/25 | J | | |
| 1342. | | | | | Buy | 7/28 | J | | |
| 1343. | | | | | Buy | 7/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1344. | | | | | Buy | 8/1 | J | | |
| 1345. | | | | | Buy | 8/5 | J | | |
| 1346. | | | | | Buy | 8/21 | J | | |
| 1347. | | | | | Buy | 8/22 | J | | |
| 1348. | | | | | Sold (part) | 9/25 | J | | |
| 1349. | | | | | Sold (part) | 10/1 | J | | |
| 1350. | | | | | Sold (part) | 10/2 | J | | |
| 1351. | | | | | Sold (part) | 10/17 | K | | |
| 1352. | | | | | Sold (part) | 10/21 | J | | |
| 1353. - DASSAULT SYSTEMES SA | | | | | Buy | 5/15 | K | | |
| 1354. - BANCO BILBAO VIZCAYA SA | | | | | Sold (part) | 6/26 | K | | |
| 1355. | | | | | Sold | 6/27 | K | | |
| 1356. - UNILEVER PLC | | | | | Sold (part) | 8/12 | K | | |
| 1357. - HANKYU HANSHIN HOLDING INC | | | | | | | | | |
| 1358. -TELENOR ASA | | | | | Buy | 5/15 | K | | |
| 1359. | | | | | Buy | 9/23 | L | | |
| 1360. | | | | | Buy | 9/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. | | | | | Buy | 9/25 | K | | |
| 1362. | | | | | Sold (part) | 8/15 | K | | |
| 1363. | | | | | Sold (part) | 8/18 | J | | |
| 1364. | | | | | Sold (part) | 8/19 | K | | |
| 1365. | | | | | Sold | 11/26 | K | | |
| 1366. -KINDER MORGAN MANAGEMENT L LC | | | | | Sold (part) | 2/14 | J | A | |
| 1367. | | | | | Sold (part) | 5/15 | J | A | |
| 1368. | | | | | Sold (part) | 8/14 | J | A | |
| 1369. | | | | | Sold (part) | 11/14 | J | A | |
| 1370. -AMERICAN MEDICAL SYS HLDGS | | | | | | | | | |
| 1371. -WALGREEN CO | | | | | Buy | 5/15 | L | | |
| 1372. | | | | | Sold (part) | 10/27 | J | | |
| 1373. | | | | | Sold (part) | 10/28 | K | | |
| 1374. -HYUNDAI MOTOR COM GDR | | | | | Sold | 3/26 | K | B | |
| 1375. -PROGRESSIVE CORP OHIO | | | | | Buy | 10/14 | K | | |
| 1376. | | | | | Buy | 10/15 | K | | |
| 1377. | | | | | Buy | 10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. -ST LAWRENCE NY CLARKSON 4.25% 7/1/2020 | | | | | Sold | 11/4 | O | | |
| 1379. -GENENTECH INC | | | | | Buy | 5/15 | K | | |
| 1380. | | | | | Sold (part) | 8/14 | L | E | |
| 1381. | | | | | Sold | 8/15 | L | D | |
| 1382. -NY ST DORM MANHATTAN CLG 5% 7/1/2027 | | | | | Sold | 3/11 | O | | |
| 1383. -NY ST GO 4.5% 3/1/2022 | | | | | Sold | 3/14 | P1 | | |
| 1384. -LIPA NY/98 SER 1B DRFN 5/1/2033 | | | | | Redeemed | 2/21 | N | | |
| 1385. -ROCHE HOLDING AG | | | | | Buy | 2/22 | L | | |
| 1386. | | | | | Buy | 6/30 | L | | |
| 1387. | | | | | Buy | 8/19 | K | | |
| 1388. | | | | | Buy | 9/4 | K | | |
| 1389. -SUNTRUST BANKS | | | | | Buy | 5/15 | L | | |
| 1390. | | | | | Sold (part) | 11/13 | K | | |
| 1391. | | | | | Sold (part) | 11/14 | K | | |
| 1392. | | | | | Sold | 11/18 | K | | |
| 1393. -GOOGLE INC | | | | | Buy | 2/27 | M | | |
| 1394. | | | | | Buy | 11/3 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. -PAYCHEX | | | | | Buy | 4/3 | K | | |
| 1396. | | | | | Buy | 4/4 | J | | |
| 1397. | | | | | Buy | 4/7 | J | | |
| 1398. -LEES SUMMIT MO INDL 5.125% 8/15/2026 | | | | | Sold | 4/2 | O | | |
| 1399. -EBAY INC | | | | | Buy | 5/15 | K | | |
| 1400. | | | | | Buy | 10/17 | K | | |
| 1401. | | | | | Sold (part) | 11/28 | K | | |
| 1402. | | | | | Sold (part) | 12/1 | J | | |
| 1403. -WYETH | | | | | Sold | 9/24 | K | | |
| 1404. -NY CITY TRA RECOVERY 11/1/2022 | | | | | Redeemed | 2/21 | O | | |
| 1405. -BOEING CO | | | | | Buy | 1/23 | J | | |
| 1406. | | | | | Buy | 1//25 | L | | |
| 1407. | | | | | Buy | 6/17 | J | | |
| 1408. | | | | | Buy | 6/18 | J | | |
| 1409. | | | | | Sold (part) | 9/23 | J | | |
| 1410. | | | | | Sold (part) | 9/24 | M | | |
| 1411. | | | | | Buy | 10/28 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1412. -CONOCOPHILLIPS | | | | | | | | | |
| 1413. -BAXTER INT'L | | | | | Buy | 1/4 | J | | |
| 1414. | | | | | Buy | 1/9 | K | | |
| 1415. | | | | | Buy | 1/10 | J | | |
| 1416. -GENPACT LTD | | | | | | | | | |
| 1417. -JABIL CIRCUIT INC | | | | | Buy | 1/7 | J | | |
| 1418. | | | | | Buy | 1/8 | J | | |
| 1419. | | | | | Buy | 1/9 | J | | |
| 1420. | | | | | Buy | 1/15 | J | | |
| 1421. -PINNACLE WEST CAPITAL CORP | | | | | Sold (part) | 6/4 | J | | |
| 1422. | | | | | Sold (part) | 6/5 | J | | |
| 1423. | | | | | Sold (part) | 6/10 | K | | |
| 1424. | | | | | Sold (part) | 6/12 | J | | |
| 1425. | | | | | Sold (part) | 6/13 | J | | |
| 1426. | | | | | Sold (part) | 6/16 | J | | |
| 1427. -EMERGING MARKETS GROWTH FUND INC | | | | | Sold (part) | 11/7 | O | | |
| 1428. | | | | | Buy | 12/19 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS  - income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. -UNITEDHEALTH GROUP INC | | | | | Buy | 4/23 | K | | |
| 1430. | | | | | Sold (part) | 6/3 | K | | |
| 1431. | | | | | Sold (part) | 6/4 | M | | |
| 1432. | | | | | Sold | 6/5 | L | | |
| 1433. -ALLEGHENY TECHNOLOGIES INC | | | | | Buy | 2/11 | L | | |
| 1434. | | | | | Buy | 2/19 | K | | |
| 1435. | | | | | Buy | 5/15 | K | | |
| 1436. | | | | | Buy | 8/13 | K | | |
| 1437. | | | | | Buy | 8/14 | K | | |
| 1438. | | | | | Buy | 8/15 | K | | |
| 1439. | | | | | Buy | 8/18 | K | | |
| 1440. | | | | | Buy | 8/19 | K | | |
| 1441. | | | | | Buy | 8/21 | K | | |
| 1442. | | | | | Buy | 8/22 | J | | |
| 1443. | | | | | Sold (part) | 9/23 | J | | |
| 1444. | | | | | Sold (part) | 9/24 | L | | |
| 1445. | | | | | Sold (part) | 12/1 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001  $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appr isal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. | | | | | Sold (part) | 12/2 | J | | |
| 1447. -WESTPAC | | | | | | | | | |
| 1448. -NOBEL BIOCARE HOLDING AG (CHF) | | | | | Buy | 1/18 | L | | |
| 1449. | | | | | Sold (part) | 5/2 | K | | |
| 1450. | | | | | Sold (part) | 5/5 | K | | |
| 1451. | | | | | Sold (part) | 5/6 | K | | |
| 1452. | | | | | Sold | 5/7 | J | | |
| 1453. -PERNOD RICARD SA | | | | | Buy | 1/10 | L | | |
| 1454. | | | | | Buy | 1/25 | J | | |
| 1455. | | | | | Buy | 10/7 | J | | |
| 1456. | | | | | Buy | 10/8 | K | | |
| 1457. | | | | | Sold (part) | 12/2 | J | | |
| 1458. | | | | | Sold (part) | 12/4 | J | | |
| 1459. | | | | | Sold (part) | 12/8 | J | | |
| 1460. -GROUPE DANONE | | | | | Buy | 3/25 | L | | |
| 1461. | | | | | Buy | 7/1 | L | | |
| 1462. -WOLSELEY PLC | | | | | Buy | 4/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | -<br>8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1463. | | | | | Sold | 7/9 | K | | |
| 1464. -SWIRE PACIFIC LTD CL A | | | | | | | | | |
| 1465. -FUJIFILM HOLDNG CORP | | | . | | Buy | 3/28 | K | | |
| 1466. | | | | | Buy | 3/31 | J | | |
| 1467. | | | | | Buy | 4/1 | J | | |
| 1468. | | | | | Sold<br>(part) | 10/29 | L | | |
| 1469. | | | | | Buy | 12/5 | K | | |
| 1470. -AMBAC FINL GROUP INC | | | | | Sold | 1/17 | J | | |
| 1471. -POLYCOM INC | | | | | | | | | |
| 1472. -BEST BUY INC | | | | | | | | | |
| 1473. -GANNETT CO INC | | | | | Buy | 1/10 | J | | |
| 1474. | | | | | Sold<br>(part) | 9/3 | J | | |
| 1475. | | | | | Sold | 9/5 | K | | |
| 1476. -DC GO C FSA 5% 6/1/17 | | | | | Sold | 11/4 | N | | |
| 1477. -NY CITY TFA LRECOVERY FY 03 3B 1<br>1/1/2022 | | | | | Sold | 2/21 | M | | |
| 1478. -NYC GO SER G 5% 8/1/19 | | | | | Sold<br>(part) | 10/22 | N | | |
| 1479. | | | | | Sold | 11/4 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1480. -SPECTRA ENERGY CORP | | | | | Sold (part) | 12/22 | J | | |
| 1481. -ASCIANO GROUP NVP | | | | | Sold | 3/25 | K | | |
| 1482. -CITADEL BROADCASTING CORP WI | | | | | Sold | LY | J | | |
| 1483. -PETROPLUS HOLDINGS AG | | | | | Buy | 1/31 | K | | |
| 1484. -BAYER AG BEARER | | | | | Buy | 2/13 | K | | |
| 1485. | | | | | Buy | 2/15 | L | | |
| 1486. -PEUGEOT SA | | | | | Buy | 2/28 | K | | |
| 1487. | | | | | Buy | 2/29 | K | | |
| 1488. | | | | | Sold (part) | 9/24 | K | | |
| 1489. | | | | | Buy | 11/5 | K | | |
| 1490. -NORDSTROM INC | | | | | Buy | 1/10 | K | | |
| 1491. | | | | | Buy | 1/11 | M | | |
| 1492. | | | | | Buy | 2/13 | M | | |
| 1493. | | | | | Buy | 5/15 | K | | |
| 1494. | | | | | Sold (part) | 10/29 | L | | |
| 1495. | | | | | Sold (part) | 10/30 | J | | |
| 1496. -MICROCHIP TECHNOLOGY INC | | | | | Buy | 1/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. | | | | | Buy | 1/29 | K | | |
| 1498. | | | | | Buy | 1/31 | J | | |
| 1499. | | | | | Buy | 2/6 | K | | |
| 1500. | | | | | Buy | 10/7 | J | | |
| 1501. -MTA NY 5% 11/15/23 | | | | | Buy | 2/13 | O | | |
| 1502. -CARNIVAL CORP | | | | | Buy | 2/21 | K | | |
| 1503. | | | | | Buy | 2/22 | K | | |
| 1504. | | | | | Buy | 3/5 | K | | |
| 1505. | | | | | Buy | 5/15 | K | | |
| 1506. | | | | | Buy | 6/3 | K | | |
| 1507. -ERIE CO IDA FSA 5% 5/1/12 | | | | | Buy | 2/14 | O | | |
| 1508. -VULCAN MATERIALS CO | | | | | Buy | 3/6 | K | | |
| 1509. | | | | | Buy | 5/15 | K | | |
| 1510. | | | | | Buy | 10/14 | K | | |
| 1511. | | | | | Buy | 10/15 | J | | |
| 1512. -GOLDMAN SACHS GROUP | | | | | Buy | 3/13 | L | | |
| 1513. | | | | | Buy | 3/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1514. | | | | | Buy | 9/17 | J | | |
| 1515. | | | | | Buy | 9/24 | K | | |
| 1516. | | | | | Buy | 9/29 | K | | |
| 1517. | | | | | Buy | 11/3 | L | | |
| 1518. | | | | | Buy | 11/18 | K | | |
| 1519. -NY CITY TFA 5.0% 8/1/2021 | | | | | Buy | 3/6 | O | | |
| 1520. -SHOPPERS DRUG MART CORP | | | | | Buy | 3/28 | M | | |
| 1521. -UBS AG NAMEN | | | | | Buy | 4/10 | L | | |
| 1522. | | | | | Buy | 5/20 | K | | |
| 1523. | | | | | Sold (part) | 5/19 | J | | |
| 1524. | | | | | Sold (part) | 6/17 | J | | |
| 1525. | | | | | Sold | 7/8 | L | | |
| 1526. -IMPERIAL TOBACCO PLC | | | | | Buy | 5/23 | K | | |
| 1527. | | | | | Buy | 5/27 | J | | |
| 1528. | | | | | Buy | 5/28 | J | | |
| 1529. | | | | | Buy | 5/30 | J | | |
| 1530. | | | | | Buy | 6/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. | | | | | Buy | 6/5 | J | | |
| 1532. | | | | | Buy | 8/19 | K | | |
| 1533. | | | | | Buy | 10/29 | J | | . |
| 1534. -JGC CORP | | | | | Buy | 6/5 | K | | .. |
| 1535. | | | | | Buy | 6/6 | K | | |
| 1536. | | | | | Buy | 11/25 | J | | |
| 1537. | | | | | Buy | 11/26 | K | | |
| 1538. -TELEFONOS DE MEXICO | | | | | Buy | 4/18 | M | | |
| 1539. | | | | | Sold (part) | 6/10 | J | B | |
| 1540. | | | | | Sold (part) | 6/11 | K | B | |
| 1541. | | | | . | Sold (part) | 6/12 | K | B | |
| 1542. | | | | | Sold (part) | 7/7 | J | A | |
| 1543. | | | | | Sold (part) | 7/8 | J | A | |
| 1544. | | | | | Sold (part) | 7/11 | K | B | |
| 1545. | | | | | Sold (part) | 7/16 | K | B | |
| 1546. | | | | | Sold (part) | 7/18 | K | B | |
| 1547. | | | | | Sold (part) | 7/21 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1548. | | | | | Sold (part) | 7/25 | J | A | |
| 1549. | | | | | Sold | 7/29 | J | A | |
| 1550. -ERICSSON | | | | | Buy | 4/14 | K | | |
| 1551. | | | | | Buy | 7/17 | K | | |
| 1552. | | | | | Buy | 7/22 | L | | |
| 1553. | | | | | Buy | 7/23 | L | | |
| 1554. | | | | | Buy | 9/4 | K | | |
| 1555. | | | | | Buy | 10/21 | K | | |
| 1556. | | | | | Buy | 11/27 | J | | |
| 1557. -SINGAPORE EXCHANGE LTD | | | | | Buy | 4/4 | L | | |
| 1558. | | | | | Sold | 8/14 | L | | |
| 1559. -IN HLTH-CLARIAN HLTH B FSA 2/15/ 2021 | | | | | Buy | 4/16 | M | | |
| 1560. | | | | | Redeemed | 5/15 | M | | |
| 1561. -ABBOTT LABORATORIES | | | | | Buy | 4/15 | K | | |
| 1562. | | | | | Buy | 6/4 | L | | |
| 1563. | | | | | Buy | 6/24 | K | | |
| 1564. | | | | | Buy | 6/27 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1565. | | | | | Buy | 7/1 | K | | |
| 1566. -FEDERAL NATIONAL MORTGAGE | | | | | Buy | 4/17 | L | | |
| 1567. | | | | | Sold | 7/8 | K | | |
| 1568. -AMERICAN TOWER CORP | | | | | Buy | 4/18 | K | | |
| 1569. | | | | | Buy | 4/28 | K | | |
| 1570. | | | | | Buy | 4/29 | K | | |
| 1571. | | | | | Buy | 5/1 | J | | |
| 1572. | | | | | Buy | 7/15 | K | | |
| 1573. | | | | | Buy | 11/26 | L | | |
| 1574. -PHILIP MORRIS INT'L INC | | | | | Buy | 4/29 | L | | |
| 1575. -GAZPROM OAO ADR | | | | | Buy | 5/9 | K | | |
| 1576. | | | | | Buy | 5/12 | K | | |
| 1577. | | | | | Buy | 5/13 | J | | |
| 1578. | | | | | Buy | 10/29 | K | | |
| 1579. | | | | | Sold (part) | 11/28 | J | | |
| 1580. | | | | | Sold | 12/9 | K | | |
| 1581. -MSCI INC | | | | | Buy | 5/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1582. | | | | | Buy | 5/15 | J | | |
| 1583. | | | | | Buy | 5/16 | J | | |
| 1584. | | | | | Buy | 5/20 | J | | |
| 1585. | | | | | Sold (part) | 9/30 | J | | |
| 1586. | | | | | Sold (part) | 9/30 | J | | |
| 1587. | | | | | Sold (part) | 10/1 | J | | |
| 1588. | | | | | Sold (part) | 10/2 | J | | |
| 1589. | | | | | Sold | 10/3 | J | | |
| 1590. -ENERGIZER HOLDINGS INC | | | | | Buy | 5/21 | K | | |
| 1591. | | | | | Buy | 5/22 | K | | |
| 1592. -MARATHON OIL CORP | | | | | Buy | 6/3 | L | | |
| 1593. | | | | | Buy | 7/1 | K | | |
| 1594. | | | | | Buy | 7/2 | J | | |
| 1595. | | | | | Buy | 10/7 | J | | |
| 1596. -AETNA INC | | | | | Buy | 6/4 | K | | |
| 1597. | | | | | Buy | 6/5 | K | | |
| 1598. | | | | | Buy | 6/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. | | | | | Buy | 6/9 | J | | |
| 1600. -NY ST HSG PIT 5% 9/15/2025 | | | | | Buy | 6/6 | O | | |
| 1601. -SYNTHES INC | | | | | Buy | 6/27 | K | | |
| 1602. | | | | | Buy | 6/30 | K | | |
| 1603. | | | | | Buy | 7/1 | K | | |
| 1604. | | | | | Buy | 7/2 | K | | |
| 1605. | | | | | Buy | 7/3 | J | | |
| 1606. -GIVAUDAN | | | | | Buy | 7/1 | K | | |
| 1607. | | | | | Buy | 7/2 | K | | |
| 1608. | | | | | Buy | 10/24 | J | | |
| 1609. -VALLOUREC SA | | | | | Buy | 8/22 | K | | |
| 1610. | | | | | Buy | 8/25 | K | | |
| 1611. | | | | | Buy | 10/29 | K | | |
| 1612. -TOSHIBA CORP | | | | | Buy | 6/30 | L | | |
| 1613. | | | | | Buy | 7/10 | L | | |
| 1614. | | | | | Sold (part) | 10/7 | J | | |
| 1615. | | | | | Sold (part) | 10/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1616. | | | | | Sold (part) | 10/24 | J | | |
| 1617. | | | | | Sold (part) | 10/30 | J | | |
| 1618. | | | | | Sold | 10/31 | J | | |
| 1619. -SMC CORP | | | | | Buy | 8/18 | K | | |
| 1620. | | | | | Buy | 8/19 | J | | |
| 1621. | | | | | Buy | 8/20 | J | | |
| 1622. | | | | | Buy | 8/22 | J | | |
| 1623. | | | | | Buy | 8/26 | K | | |
| 1624. | | | | | Buy | 8/27 | J | | |
| 1625. | | | | | Buy | 9/5 | J | | |
| 1626. | | | | | Buy | 9/9 | K | | |
| 1627. | | | | | Buy | 9/12 | J | | |
| 1628. -ST LOUIS UNIV HLTH 500,000 PAR | | | | | Buy | 7/2 | N | | |
| 1629. | | | | | Sold | 7/22 | N | | |
| 1630. -FEDERAL HOME LOAN MORTGAGE | | | | | Buy | 7/8 | J | | |
| 1631. | | | | | Buy | 7/9 | K | | |
| 1632. | | | | | Buy | 7/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | - | Date of Report |
|---|---|---|
| Barry, Maryanne T. | | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1633. | | | | | Sold (part) | 8/18 | K | | |
| 1634. | | | | | Sold | 8/19 | J | | |
| 1635. -QUALCOMM INC | | | | | Buy | 7/16 | L | | |
| 1636. | | | | | Buy | 7/23 | K | | |
| 1637. | | | | | Buy | 11/25 | L | | |
| 1638. -TRIBOROUGH 5% 11/15/27 | | | | | Buy | 7/16 | O | | |
| 1639. -CELGENE CORP | | | | | Buy | 7/30 | K | | |
| 1640. | | | | | Buy | 7/31 | K | | |
| 1641. | | | | | Buy | 9/4 | K | | |
| 1642. | | | | | Buy | 10/6 | K | | |
| 1643. | | | | | Buy | 12/16 | J | | |
| 1644. -KIMBERLY-CLARK CORP | | | | | Buy | 8/12 | L | | |
| 1645. | | | | | Buy | 8/13 | J | | |
| 1646. | | | | | Buy | 9/12 | K | | |
| 1647. | | | | | Buy | 9/15 | K | | |
| 1648. -NINTENDO CO LTD | | | | | Buy | 8/25 | M | | |
| 1649. | | | | | Buy | 12/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1650. | | | | | Buy | 12/3 | J | | |
| 1651. | | | | | Buy | 12/4 | J | | |
| 1652. -ELECTRICITE DE FRANCE | | | | | Buy | 10/8 | K | | |
| 1653. | | | | | Buy | 10/29 | K | | |
| 1654. -MUENCHENER RUECK | | | | | Buy | 12/5 | K | | |
| 1655. -BP PLC | | | | | Buy | 10/7 | L | | |
| 1656. -BG GROUP PLC | | | | | Buy | 11/27 | J | | |
| 1657. | | | | | Buy | 11/28 | K | | |
| 1658. | | | | | Buy | 12/1 | K | | |
| 1659. -SMITH GROUP | | | | | Buy | 12/16 | J | | |
| 1660. | | | | | Buy | 12/18 | K | | |
| 1661. | | | | | Buy | 12/19 | J | | |
| 1662. -SHANGRI-LA ASIA | | | | | Buy | 11/21 | K | | |
| 1663. | | | | | Buy | 11/26 | J | | |
| 1664. -OLAM INT'L LTD | | | | | Buy | 10/22 | J | | |
| 1665. | | | | | Buy | 10/23 | K | | |
| 1666. | | | | | Buy | 10/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1667. | | | | | Buy | 10/30 | J | | |
| 1668. | | | | | Sold (part) | 11/26 | K | | |
| 1669. | | | | | · Sold (part) | 11/28 | K | | |
| 1670. | | | | | Sold | 12/1 | J | | |
| 1671. -NUCOR CORP | | | | | Buy | 10/14 | K | | |
| 1672. | | | | | Buy | 10/15 | K | | |
| 1673. -IRON MOUNTAIN | | | | | Buy | 10/17 | J | | |
| 1674. | | | | | Buy | 10/20 | K | | |
| 1675. | | | | | Buy | 10/21 | J | | |
| 1676. | | | | | Buy · | 10/22 | K | | |
| 1677. | | | | | Buy | 10/24 | J | | |
| 1678. | | | | | Buy | 10/27 | J | | |
| 1679. | | | | | Buy | 10/28 | J | | |
| 1680. | | | | | Buy | 10/29 | J | | |
| 1681. | | | | | Buy | 10/30 | J | | |
| 1682. | | | | | Buy | 10/31 | J | | |
| 1683. | | | | | Buy | 11/4 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1684. -APPLE INC | | | | | Buy | 10/24 | K | | |
| 1685. -ISHARES TR MSCI EMERGING | | | | | Buy | 11/11 | O | | |
| 1686. | | | | | Sold | 12/17 | O | F | |
| 1687. -KEAN UNIV NJ ED 9.24% 7/1/37 | | | | | Buy | 11/13 | N | | |
| 1688. -ECOLAB INC | | | | | Buy | 11/12 | K | | |
| 1689. | | | | | Buy | 12/4 | K | | |
| 1690. | | | | | Buy | 12/5 | J | | |
| 1691. -HUDSON CITY BANCORP | | | | | Buy | 11/13 | K | | |
| 1692. | | | | | Buy | 11/14 | J | | |
| 1693. | | | | | Buy | 11/24 | K | | |
| 1694. | | | | | Buy | 11/25 | J | | |
| 1695. -HEWLETT-PACKARD CO | | | | | Buy | 11/14 | K | | |
| 1696. | | | | | Buy | 11/18 | K | | |
| 1697. -URBAN OUTFITTERS INC | | | | | Buy | 11/17 | K | | |
| 1698. | | | | | Buy | 11/18 | J | | |
| 1699. | | | | | Buy | 11/24 | J | | |
| 1700. | | | | | Buy | 11/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1701. -ARIZONA SCH 11/25/08 5.25% 09/01/23 | | | | | Buy | 11/14 | N | | |
| 1702. -MASS GO SER A 5.0% 9/1/2014 | | | | | Buy | 11/20 | N | | |
| 1703. -PALM BEACH SOLID WASTE 5.5% 10/1/25 | | | | | Buy | 11/14 | N | | |
| 1704. -GA HIED FIN 6.0% 6/15/2028 | | | | | Buy | 11/20 | N | | |
| 1705. -SAN ANTONIO 5.0% 2/1/18 | | | | | Buy | 11/13 | N | | |
| 1706. -WA ST GO 5.0% 1/1/18 | | | | | Buy | 12/5 | N | | |
| 1707. -NY CITY MUNI WTR 5.375% 6/15/25 | | | | | Buy | 12/4 | N | | |
| 1708. -VA PUB BLDG 5.25% 8/1/23 | | | | | Buy | 12/4 | N | | |
| 1709. -WI ST CLEAN WTR 5.125% 6/1/2026 | | | | | Buy | 11/25 | N | | |
| 1710. -FAIRPOINT COMMUNICATION | | | | | Spinoff (from line 1076) | 4/1 | J | | |
| 1711. | | | | | Sold | 4/11 | J | A | |
| 1712. -ROYAL BANK SCOT GRP ORD RTS | | | | | Spinoff (from line 1088) | 5/15 | J | | |
| 1713. | | | | | Sold | 6/2 | J | | |
| 1714. -TELMEX INTERNACIONAL | | | | | Spinoff (from line 1538) | 6/10 | L | | |
| 1715. -UBS AG RTS | | | | | Spinoff (from line 1521) | 4/28 | J | | |
| 1716. -GOLDMAN SACHS FNSQ TREASURY | | | | | Buy | 9/30 | O | | |
| 1717. - HBOS PLC RTS | | | | | Spinoff (from line 1049) | 7/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1718. | | | | | Sold | 7/16 | J | A | |
| 1719. - REINET INVESTMENTS | | | | | Spinoff (from line 1004) | 10/21 | L | | |
| 1720. | | | | | Sold | 11/7 | J | | |
| 1721. - BRITISH AMERICAN TOBACCO PLC | | | | | Spinoff (from line 1717) | 11/3 | L | | |
| 1722. | | | | | Sold | 11/13 | L | | |
| 1723. - NJ EDA PRINCETON UNIV 4.75% 7/1/23 | | | | | Buy | 10/29 | N | | |
| 1724. - SSGA MONEY MARKET FD | | | | | | | | | |
| 1725. - Rental Property #24, Brooklyn NY | G | Rent | J | U | | | | | |
| 1726. ▇▇ Trust #20 - List of Assets: | D | Dividend/Int | | | Distributed | 4/9 | | | |
| 1727. - CASH - MONEY MARKET FEDERATED NY MUNI | | | | | Sold | 4/9 | O | | |
| 1728. - NYC TRA 98C DFRN VAR 5/1/2028 | | | | | Sold | 4/9 | O | | |
| 1729. ▇▇ BUSINESS #3, BROOKLYN, NY | A | Int./Div. | M | U | | | | | |
| 1730. ▇▇ Trust #24 - List of Assets: | G | Int./Div. | P1 | T | | | | | |
| 1731. - Rental Property #29 | | | | | Sold | 4/22 | P2 | H2 | See Part VIII |
| 1732. - NYC GO 5% 8/1/15 | | | | | Buy | 5/19 | N | | |
| 1733. - NY NY GO 5% 1/1/2022 | | | | | Buy | 5/19 | N | | |
| 1734. | | | | | Transferred (to line 640) | 5/21 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) -Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1735. -NY SALES TAX RECEIVABLE 5% 10/15/21 | | | | | Buy | 5/19 | N | | |
| 1736. | | | | | Transferred (to line 559) | 5/21 | N | | |
| 1737. -NY ST DORM AUTH 5% 3/15/2018 | | | | | Buy | 5/19 | N | | |
| 1738. -NY ST DORM ST 5.25% 11/15/23/12 | | | | | Buy | 5/19 | N | | |
| 1739. | | | | | Transferred (to line 553) | 5/21 | N | | |
| 1740. -NY ST HSG PIT 5% 9/15/2025 | | | | | Buy | 6/6 | M | | |
| 1741. -IL STATE TOLL HWY 5.5% 1/1/2033 | | | | | Buy | 11/7 | L | | |
| 1742. -ABBOTT LABORATORIES | | | | | Buy | 5/15 | J | | |
| 1743. | | | | | Transferred (to line 892) | 5/21 | J | | |
| 1744. | | | | | Buy | 6/4 | J | | |
| 1745. | | | | | Buy | 6/24 | J | | |
| 1746. | | | | | Buy | 7/1 | J | | |
| 1747. -ABB LTD | | | | | Buy | 12/18 | J | | |
| 1748. -ACCOR | | | | | Buy | 5/29 | J | | |
| 1749. -ADIDAS AG | | | | | Buy | 5/15 | J | | |
| 1750. | | | | | Transferred (to line 719) | 5/21 | J | | |
| 1751. -AETNA INC | | | | | Buy | 6/9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1752. -AFLAC INC | | | | | Buy | 5/15 | J | | |
| 1753. | | | | | Buy | 8/15 | J | | |
| 1754. -AGILENT TECHNOLOGIES INC | | | | | Buy | 5/15 | K | | |
| 1755. | | | | | Transferred (to line 399) | 5/21 | K | | |
| 1756. -AIR PRODUCTS & CHEMICALS INC | | | | | Buy | 5/15 | K | | |
| 1757. | | | | | Transferred (to line 249) | 5/21 | K | | |
| 1758. | | | | | Buy | 10/30 | J | | |
| 1759. | | | | | Sold (part) | 12/22 | J | | |
| 1760. -ALLEGHENY TECHNOLOGIES INC | | | | | Buy | 5/15 | K | | |
| 1761. | | | | | Transferred (to line 754) | 5/21 | K | | |
| 1762. | | | | | Buy | 8/14 | J | | |
| 1763. | | | | | Buy | 8/15 | J | | |
| 1764. | | | | | Buy | 8/21 | J | | |
| 1765. | | | | | Sold (part) | 9/23 | J | | |
| 1766. | | | | | Sold (part) | 9/24 | J | | |
| 1767. | | | | | Sold (part) | 12/1 | J | | |
| 1768. -ALLERGAN INC | | | | | Buy | 5/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50, 000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1769. | | | | | Transferred (to line 304) | 5/21 | K | | |
| 1770. | | | | | Buy | 10/23 | J | | |
| 1771. -ALLIANZ SE | | | | | Buy | 5/15 | K | | |
| 1772. -AMAZON.COM INC | | | | | Buy | 5/15 | J | | |
| 1773. | | | | | Transferred (to line 602) | 5/21 | J | | |
| 1774. -AMERICA MOVIL | | | | | Buy | 5/15 | K | | |
| 1775. | | | | | Transferred (to line 183) | 5/21 | K | | |
| 1776. | | | | | Sold (part) | 7/17 | J | C | |
| 1777. -AMERICAN INT'L GROUP | | | | | Buy | 5/15 | L | | |
| 1778. | | | | | Transferred (to line 358) | 5/21 | K | | |
| 1779. | | | | | Sold (part) | 6/25 | J | | |
| 1780. | | | | | Sold (part) | 6/26 | J | | |
| 1781. | | | | | Sold | 7/1 | J | | |
| 1782. -AMERICAN MEDICAL SYS HLDGS | | | | | Buy | 5/15 | J | | |
| 1783. | | | | | Transferred (to line 662) | 5/21 | J | | |
| 1784. -AMERICAN TOWER CORP | | | | | Buy | 5/15 | K | | |
| 1785. | | | | | Transferred (to line 902) | 5/21 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1786. | | | | | Buy | 11/26 | J | | |
| 1787. -APPLE INC | | | | | Buy | 10/24 | J | | |
| 1788. -AT&T INC | | | | | Buy | 5/15 | K | | |
| 1789. | | | | | Transferred (to line 231) | 5/21 | K | | |
| 1790. | | | | | Sold (part) | 8/11 | J | B | |
| 1791. -AUTONATION INC | | | | | Buy | 5/15 | J | | |
| 1792. | | | | | Sold (part) | 11/17 | J | | |
| 1793. | | | | | Sold | 11/18 | J | | |
| 1794. -AXA | | | | | Buy | 5/15 | K | | |
| 1795. | | | | | Transferred (to line 594) | 5/21 | J | | |
| 1796. | | | | | Buy | 10/29 | J | | |
| 1797. -BAE SYSTEMS PLC | | | | | Buy | 5/15 | K | | |
| 1798. | | | | | Transferred (to line 568) | 5/21 | K | | |
| 1799. | | | | | Sold (part) | 12/23 | J | | |
| 1800. -BAKER HUGHES INC | | | | | Buy | 5/15 | K | | |
| 1801. | | | | | Transferred (to line 275) | 5/21 | J | | |
| 1802. -BANCO BILBAO VIZCAYA ARGENTINA | | | | | Buy | 5/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1803. | | | | | Transferred (to line 652) | 5/21 | J | | |
| 1804. | | | | | Sold | 6/27 | J | | |
| 1805. -BANCO SASNTANDER | | | | | Buy | 5/15 | K | | |
| 1806. | | | | | Transferred (to line 774) | 5/21 | K | | |
| 1807. | | | | | Sold | 9/25 | J | B | |
| 1808. -BARRICK GOLD | | | | | Buy | 5/15 | L | | |
| 1809. | | | | | Transferred (to line 524) | 5/21 | K | | |
| 1810. | | | | | Buy | 11/14 | J | | |
| 1811. | | | | | Buy | 12/22 | J | | |
| 1812. | | | | | Sold (part) | 10/6 | J | | |
| 1813. | | | | | Sold (part) | 12/22 | J | A | |
| 1814. -BAXTER INT'L INC | | | | | Buy | 5/15 | J | | |
| 1815. | | | | | Transferred (to line 727) | 5/21 | J | | |
| 1816. -BAYER AG BEARER | | | | | Buy | 5/15 | J | | |
| 1817. -BERKSHIRE HATHAWAY INC | | | | | Buy | 5/15 | K | | |
| 1818. | | | | | Transferred (to line 282) | 5/21 | J | | |
| 1819. -BEST BUY INC | | | | | Buy | 5/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1820. | | | | | Transferred (to line 800) | 5/21 | J | | |
| 1821. -BHP BILLITON LTD | | | | | Buy | 5/15 | J | | |
| 1822. | | | | | Transferred (to line 362) | 5/21 | J | | |
| 1823. -BILLABONG INT'L LTD | | | | | Buy | 5/15 | J | | |
| 1824. | | | | | Transferred (to line 643) | 5/21 | J | | |
| 1825. -BMW AG | | | | | Buy | 5/15 | J | | |
| 1826. | | | | | Buy | 9/22 | J | | |
| 1827. | | | | | Sold (part) | 8/15 | J | | |
| 1828. -BNP PARIBAS | | | | | Buy | 5/15 | L | | |
| 1829. | | | | | Transferred (to line 205) | 5/21 | K | | |
| 1830. -BOEING CO | | | | | Buy | 5/15 | K | | |
| 1831. | | | | | Transferred (to line 716) | 5/21 | K | | |
| 1832. | | | | | Buy | 6/18 | J | | |
| 1833. | | | | | Sold (part) | 9/24 | J | | |
| 1834. | | | | | Buy | 10/28 | J | | |
| 1835. -BOUYGUES | | | | | Buy | 5/15 | L | | |
| 1836. | | | | | Transferred (to line 158) | 5/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1837. | | | | | Sold (part) | 9/30 | J | | |
| 1838. | | | | | Buy | 11/6 | J | | |
| 1839. | | | | | Sold (part) | 10/1 | J | | |
| 1840. -BP PLC | | | | | Buy | 10/7 | J | | |
| 1841. -BG GROUP PLC | | | | | Buy | 12/1 | J | | |
| 1842. -BRAMBLES LTD | | | | | Buy | 5/15 | K | | |
| 1843. | | | | | Transferred (to line 519) | 5/21 | J | | |
| 1844. | | | | | Sold (part) | 6/3 | J | | |
| 1845. | | | | | Sold | 9/15 | J | | |
| 1846. -CAMECO CORP C$ | | | | | Buy | 5/15 | K | | |
| 1847. | | | | | Transferred (to line 588) | 5/21 | J | | |
| 1848. | | | | | Sold (part) | 10/6 | J | | |
| 1849. -CAMPBELL SOUP CO | | | | | Buy | 5/15 | J | | |
| 1850. | | | | | Transferred (to line 264) | 5/21 | J | | |
| 1851. -CANADIAN NATURAL RESOURCES LTD C$ | | | | | Buy | 5/15 | K | | |
| 1852. | | | | | Transferred (to line 471) | 5/21 | K | | |
| 1853. | | | | | Buy | 11/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1854. -CANON INC | | | | | Buy | 5/15 | K | | |
| 1855. | | | | | Transferred (to line 332) | 5/21 | J | | |
| 1856. -CARNIVAL CORP | | | | | Buy | 5/15 | K | | |
| 1857. | | | | | Transferred (to line 840) | 5/21 | J | | |
| 1858. -CELGENE CORP | | | | | Buy | 8/14 | J | | |
| 1859. | | | | | Buy | 10/9 | J | | |
| 1860. -CERNER CORP | | | | | Buy | 5/15 | K | | |
| 1861. | | | | | Transferred (to line 605) | 5/21 | K | | |
| 1862. | | | | | Buy | 6/9 | J | | |
| 1863. -CISCO SYSTEMS INC | | | | | Buy | 5/15 | K | | |
| 1864. | | | | | Transferred (to line 392) | 5/21 | K | | |
| 1865. | | | | | Buy | 10/16 | J | | |
| 1866. -COCA-COLA AMATIL LTD | | | | | Buy | 5/15 | J | | |
| 1867. | | | | | Transferred (to line 406) | 5/21 | J | | |
| 1868. -COCA-COLA CO | | | | | Buy | 5/15 | J | | |
| 1869. | | | | | Transferred (to line 633) | 5/21 | J | | |
| 1870. | | | | | Buy | 7/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1871. -COMCAST CORP | ... | | | | Buy | 5/15 | K | | |
| 1872. | | | | | Transferred (to line 329) | 5/21 | K | | |
| 1873. -CONOCOPHILLIPS | | | | | Buy | 5/29 | J | | |
| 1874. -COSTCO WHOLESALE | | | | | Buy | 5/15 | K | | |
| 1875. | | | | | Transferred (to line 285) | 5/21 | K | | |
| 1876. -CRH PLC | | | | | Buy | 5/15 | L | | |
| 1877. | | | | | Transferred (to line 147) | 5/21 | J | | |
| 1878. | | | | | Buy | 10/29 | J | | |
| 1879. | | | | | Sold (part) | 12/23 | K | A | |
| 1880. -DANAHER CORP | | | | | Buy | 5/29 | J | | |
| 1881. -DASSAULT SYSTEMES SA | | | | | Buy | 5/15 | J | | |
| 1882. -DAVITA INC | | | | | Buy | 5/15 | K | | |
| 1883. | | | | | Transferred (to line 372) | 5/21 | J | | |
| 1884. -DELL INC | | | | | Buy | 5/15 | J | | |
| 1885. | | | | | Transferred (to line 579) | 5/21 | J | | |
| 1886. | | | | | Sold (part) | 9/23 | J | | |
| 1887. | | | | | Sold (part) | 11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1888. -DELTA PETROLEUM CORP | | | | | Buy | 5/15 | L | | |
| 1889. | | | | | Transferred (to line 510) | 5/21 | K | | |
| 1890. | | | | | Sold (part) | 10/30 | J | | |
| 1891. | | | | | Sold (part) | 10/31 | J | | |
| 1892. | | | | | Sold (part) | 11/3 | J | | |
| 1893. | | | | | Sold (part) | 11/4 | J | | |
| 1894. -EAST WEST BANCORP INC | | | | | Buy | 5/15 | J | | |
| 1895. | | | | | Transferred (to line 457) | 5/21 | J | | |
| 1896. -EBAY INC | | | | | Buy | 5/15 | K | | |
| 1897. | | | | | Transferred (to line 709) | 5/21 | J | | |
| 1898. | | | | | Buy | 10/17 | J | | |
| 1899. | | | | | Sold (part) | 11/28 | J | | |
| 1900. | | | | | Sold (part) | 12/1 | J | | |
| 1901. -ECOLAB INC | | | | | Buy | 11/12 | J | | |
| 1902. | | | | | Buy | 12/4 | J | | |
| 1903. -ELECTRICITE DE FRANCE | | | | | Buy | 10/8 | J | | |
| 1904. -EMERSON ELECTRIC CO | | | | | Buy | 5/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1905. | | | | | Transferred (to line 213) | 5/21 | J | | |
| 1906. -ENERGIZER HOLDINGS INC | | | | | Buy | 5/29 | J | | |
| 1907. -ERICSSON | | | | | Buy | 5/15 | J | | |
| 1908. | | | | | Transferred (to line 882) | 5/21 | J | | |
| 1909. | | | | | Buy | 7/23 | K | | |
| 1910. | | | | | Buy | 9/4 | J | | |
| 1911. | | | | | Buy | 10/21 | J | | |
| 1912. | | | | | Buy | 11/27 | J | | |
| 1913. -ESSILOR INTL | | | | | Buy | 5/15 | K | | |
| 1914. | | | | | Transferred (to line 198) | 5/21 | K | | |
| 1915. -EXXON MOBIL CORP | | | | | Buy | 5/15 | J | | |
| 1916. | | | | | Transferred (to line 295) | 5/21 | J | | |
| 1917. -FANUC CO | | | | | Buy | 5/15 | K | | |
| 1918. | | | | | Transferred (to line 379) | 5/21 | K | | |
| 1919. -FEDERAL HOME LOAN MORTGAGE | | | | | Buy | 7/8 | J | | |
| 1920. | | | | | Buy | 7/10 | J | | |
| 1921. | | | | | Sold (part) | 8/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1922. | | | | | Sold | 8/19 | J | | |
| 1923. -FEDERAL NATIONAL MORTGAGE A | | | | | Buy | 5/15 | J | | |
| 1924. | | | | | Sold | 7/8 | J | | |
| 1925. -FEDEX CORP | | | | | Buy | 5/15 | K | | |
| 1926. | | | | | Transferred (to line 298) | 5/21 | K | | |
| 1927. -FLUOR CORP | | | | | Buy | 5/15 | K | | |
| 1928. | | | | | Transferred (to line 252) | 5/21 | J | | |
| 1929. -FOREST LABS INC | | | | | Buy | 5/15 | J | | |
| 1930. | | | | | Transferred (to line 382) | 5/21 | J | | |
| 1931. | | | | | Sold | 10/1 | J | | |
| 1932. -FORTIS | | | | | Buy | 5/15 | K | | |
| 1933. | | | | | Transferred (to line 461) | 5/21 | J | | |
| 1934. | | | | | Sold (part) | 7/2 | J | | |
| 1935. | | | | | Sold | 7/3 | J | | |
| 1936. -FUJIFILM HOLDINGS CORP | | | | | Buy | 5/15 | K | | |
| 1937. | | | | | Transferred (to line 793) | 5/21 | J | | |
| 1938. | | | | | Buy | 12/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1939. | | | | | Sold (part) | 10/29 | J | | |
| 1940. -GANNETT CO INC | | | | | Buy | 5/15 | J | | |
| 1941. | | | | | Transferred (to line 805) | 5/21 | J | | |
| 1942. | | | | | Sold (part) | 9/3 | J | | |
| 1943. | | | | | Sold | 9/5 | J | | |
| 1944. -GAZPROM OAO ADR | | | | | Buy | 5/15 | J | | |
| 1945. | | | | | Transferred (to line 912) | 5/21 | J | | |
| 1946. | | | | | Buy | 10/29 | J | | |
| 1947. | | | | | Sold (part) | 12/8 | J | | |
| 1948. | | | | | Sold | 12/9 | J | A | |
| 1949. -GENENTECH INC | | | | | Buy | 5/15 | K | | |
| 1950. | | | | | Transferred (to line 683) | 5/21 | K | | |
| 1951. | | | | | Sold (part) | 8/15 | J | B | |
| 1952. -GENERAL ELECTRIC CO | | | | | Buy | 5/15 | L | | |
| 1953. | | | | | Transferred (to line 216) | 5/21 | K | | |
| 1954. | | | | | Sold (part) | 12/22 | J | | |
| 1955. -GENPACT LTD | | | | | Buy | 5/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1956. | | | | | Transferred (to line 731) | 5/21 | J | | |
| 1957. -GIVAUDAN | | | | | Buy | 7/2 | J | | |
| 1958. | | | | | Buy | 10/24 | J | | |
| 1959. -GOLDMAN SACHS GROUP INC | | | | | Buy | 5/15 | L | | |
| 1960. | | | | | Transferred (to line 850) | 5/21 | K | | |
| 1961. | | | | | Buy | 9/17 | J | | |
| 1962. | | | | | Buy | 9/24 | J | | |
| 1963. | | | | | Buy | 11/3 | J | | |
| 1964. | | | | | Buy | 11/18 | J | | |
| 1965. -GOOGLE INC | | | | | Buy | 5/15 | L | | |
| 1966. | | | | | Transferred (to line 699) | 5/21 | K | | |
| 1967. | | | | | Buy | 11/3 | J | | |
| 1968. -GROUPE DANONE | | | | | Buy | 5/15 | K | | |
| 1969. | | | | | Transferred (to line 783) | 5/21 | K | | |
| 1970. | | | | | Buy | 7/1 | J | | |
| 1971. -HANESBRANDS INC | | | | | Buy | 5/15 | J | | |
| 1972. -HANKYU HANSHIN HOLDINGS INC | | | | | Buy | 5/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1973. | | | | | Transferred (to line 655) | 5/21 | J | | |
| 1974. -HBOS PLC | | | | | Buy | 5/15 | J | | |
| 1975. | | | | | Transferred (to line 349) | 5/21 | J | | |
| 1976. | | | | | Sold | 8/21 | J | | |
| 1977. -HEWLETT-PACKARD CO | | | | | Buy | 11/14 | J | | |
| 1978. -HEINEKEN NV | | | | | Buy | 5/15 | K | | |
| 1979. | | | | | Transferred (to line 125) | 5/21 | K | | |
| 1980. -HOLCIM LTD | | | | | Buy | 5/15 | L | | |
| 1981. | | | | | Transferred (to line 144) | 5/21 | K | | |
| 1982. | | | | | Sold (part) | 6/30 | J | B | |
| 1983. -HONG KONG /CHINA GAS | | | | | Buy | 5/15 | K | | |
| 1984. | | | | | Transferred (to line 339) | 5/21 | K | | |
| 1985. -HOYA CORP | | | | | Buy | 5/15 | K | | |
| 1986. | | | | | Transferred (to line 189) | 5/21 | K | | |
| 1987. | | | | | Sold (part) | 7/1 | J | | |
| 1988. | | | | | Sold (part) | 7/18 | J | | |
| 1989. | | | | | Sold | 9/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1990. -HSBC HOLDINGS PLC | | | | | Buy | 5/15 | K | | |
| 1991. | | | | | Transferred (to line 167) | 5/21 | J | | |
| 1992. -HUDSON CITY | | | | | Buy | 11/13 | J | | |
| 1993. | | | | | Buy | 11/14 | J | | |
| 1994. | | | | | Buy | 11/24 | J | | |
| 1995. -ICICI BANK LTD SPON | | | | | Buy | 5/15 | J | | |
| 1996. | | | | | Transferred (to line 598) | 5/21 | J | | |
| 1997. -ILLINOIS TOOL WORKS INC | | | | | Buy | 5/15 | J | | |
| 1998. | | | | | Transferred (to line 220) | 5/21 | K | | |
| 1999. | | | | | Sold (part) | 12/22 | J | | |
| 2000. -IMCLONE SYS INC | | | | | Buy | 7/17 | J | | |
| 2001. | | | | | Buy | 7/21 | J | | |
| 2002. | | | | | Sold (part) | 10/30 | J | B | |
| 2003. | | | | | Sold | 10/31 | J | B | |
| 2004. -IMPERIAL TOBACCO | | | | | Buy | 6/6 | J | | |
| 2005. | | | | | Buy | 8/19 | J | | |
| 2006. -INDITEX | | | | | Buy | 5/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" a ter each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2007. | | | | | Transferred (to line 466) | 5/21 | K | | |
| 2008. -ING GROUP NV | | | | | Buy | 5/15 | L | | |
| 2009. | | | | | Transferred (to line 564) | 5/21 | K | | |
| 2010. | | | | | Buy | 10/29 | J | | |
| 2011. | | | | | Sold (part) | 12/2 | J | | |
| 2012. | | | | | Sold (part) | 12/3 | J | | |
| 2013. -INTEL CORP | | | | | Buy | 5/15 | K | | |
| 2014. | | | | | Transferred (to line 224) | 5/21 | K | | |
| 2015. | | | | | Sold (part) | 10/15 | J | | |
| 2016. | | | | | Sold (part) | 10/16 | J | | |
| 2017. -INTL BUSINESS MACHINES CORP | | | | | Buy | 5/15 | K | | |
| 2018. | | | | | Transferred (to line 256) | 5/21 | J | | |
| 2019. -IRON MOUNTAIN INC | | | | | Buy | 10/20 | J | | |
| 2020. | | | | | Buy | 10/21 | J | | |
| 2021. | | | | | Buy | 10/22 | J | | |
| 2022. | | | | | Buy | 10/28 | J | | |
| 2023. | | | | | Buy | 11/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2024... | | | | | Sold (part) | 12/22 | J | | |
| 2025. -JABIL CIRCUIT INC | | | | | Buy | 5/29 | J | | |
| 2026. -JARDEN CORP | | | | | Buy | 5/15 | J | | |
| 2027. | | | | | Sold | 10/31 | J | | |
| 2028. -JC DECAUX INTL | | | | | Buy | 5/15 | K | | |
| 2029. | | | | | Transferred (to line 161) | 5/21 | J | | |
| 2030. | | | | | Sold (part) | 10/21 | J | A | |
| 2031. | | | | | Sold (part) | 10/31 | K | A | |
| 2032. | | | | | Sold (part) | 8/5 | J | A | |
| 2033. | | | | | Sold | 9/2 | J | A | |
| 2034. -JOHNSON CONTROLS INC | | | | | Buy | 5/15 | J | | |
| 2035. | | | | | Transferred (to line 624) | 5/21 | J | | |
| 2036. | | | | | Sold (part) | 11/10 | J | | |
| 2037. -JP MORGAN CHASE & CO | | | | | Buy | 5/15 | K | | |
| 2038. | | | | | Transferred (to line 345) | 5/21 | K | | |
| 2039. | | | | | Buy | 9/26 | J | | |
| 2040. -KINDER MORGAN MANAGEMENT L LC | | | | | Buy | 5/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2041. | | | | | Transferred (to line 321) | 5/21 | J | | |
| 2042. | | | | | Sold (part) | 8/14 | J | A | |
| 2043. | | | | | Sold (part) | 11/14 | J | A | |
| 2044. -KINGFISHER PLC NEW | | | | | Buy | 5/15 | J | | |
| 2045. | | | | | Transferred (to line 488) | 5/21 | J | | |
| 2046. -KIMBERLY-CLARK CORP | | | | | Buy | 8/12 | J | | |
| 2047. | | | | | Buy | 9/12 | J | | |
| 2048. -KRAFT FOODS INC | | | | | Buy | 5/15 | K - | | |
| 2049. | | | | | Transferred (to line 336) | 5/21 | K | | |
| 2050. -KONINKLIJKE KPN | | | | | Buy | 5/29 | K | | |
| 2051. -L'AIR LIQUIDE | | | | | Buy | 5/15 | L | | |
| 2052. | | | | | Transferred (to line 164) | 5/21 | K | | |
| 2053. | | | | | Sold (part) | 8/1 | J | A | |
| 2054. -LI & F0NG | | | | | Buy | 7/15 | J | | |
| 2055. -L'OREAL | | | | | Buy | 5/15 | K | | |
| 2056. | | | | - | Transferred (to line 425) | 5/21 | K | | |
| 2057. -LOWES COMPANIES INC | | | | | Buy | 5/15 | L | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2058. | | | | | Transferred (to line 289) | 5/21 | K | | |
| 2059. | | | | | Sold (part) | 6/16 | J | | |
| 2060. -MARATHON OIL CORP | | | | | Buy | 6/3 | J | | |
| 2061. | | | | | Buy | 7/1 | J | | |
| 2062. -MCDONALDS CORP | | | | | Buy | 5/15 | J | | |
| 2063. | | | | | Transferred (to line 498) | 5/21 | J | | |
| 2064. | | | | | Sold (part) | 7/1 | J | A | |
| 2065. -MEDTRONIC INC | | | | | Buy | 5/15 | K | | |
| 2066. | | | | | Transferred (to line 544) | 5/21 | K | | |
| 2067. | | | | | Sold (part) | 9/26 | J | | |
| 2068. | | | | | Sold (part) | 9/30 | J | | |
| 2069. -MICROCHIP TECHNOLOGY INC | | | | | Buy | 5/15 | K | | |
| 2070. | | | | | Transferred (to line 833) | 5/21 | J | | |
| 2071. | | | | | Buy | 10/7 | J | | |
| 2072. -MICROSOFT CORP | | | | | Buy | 5/15 | K | | |
| 2073. | | | | | Transferred (to line 259) | 5/21 | K | | |
| 2074. -MITSUBISHI CORP | | | | | Buy | 5/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2075. | | | | | Transferred (to line 326) | 5/21 | K | | |
| 2076. | | | | | Sold (part) | 8/18 | J | B | |
| 2077. | | | | | Sold (part) | 8/19 | J | B | |
| 2078. | | | | | Sold (part) | 8/21 | J | B | |
| 2079. | | | | | Sold (part) | 8/26 | J | B | |
| 2080. | | | | | Sold | 11/27 | J | A | |
| 2081. -MSCI INC | | | | | Buy | 7/30 | J | | |
| 2082. | | | | | Sold | 12/23 | J | | |
| 2083. -MUENCHENER RUECK | | | | | Buy | 12/5 | J | | |
| 2084. -NATIONAL INSTRUCMENTS CORP | | | - | | -- Buy | 5/15 | K | | |
| 2085. | | | | | Transferred (to line 441) | 5/21 | J | | |
| 2086. -NESTLE SA REG | | | | | Buy | 5/15 | L | | |
| 2087. | | | | | Transferred (to line 138) | 5/21 | L | | |
| 2088. | | | | | Sold (part) | 12/23 | J | A | |
| 2089. -NEWCREST MINING NPV | | | | | Buy | 5/15 | K | | |
| 2090. | | | | | Transferred (to line 516) | 5/21 | K | | |
| 2091. -NOKIA OYJ | | | | | Buy | 5/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2092. | | | | | Transferred (to line 531) | 5/21 | J | | |
| 2093. -NORDSTROM INC | | | | | Buy | 5/15 | L | | |
| 2094. | | | | | Transferred (to line 825) | 5/21 | K | | |
| 2095. | -- | | | | Sold (part) | 10/29 | J | | |
| 2096. | | | | | Sold (part) | 10/30 | J | | |
| 2097. -NINTENDO CO LTD | | | | | Buy | 8/25 | J | | |
| 2098. -NUCOR CORP | | | | | Buy | 10/14 | J | | |
| 2099. -OLAM INT'L LTD | | | | | Buy | 10/29 | J | | |
| 2100. | | | | | Buy | 10/30 | J | | |
| 2101. | | | | | Sold (part) | 11/27 | J | | |
| 2102. | | | | | Sold | 12/1 | J | | |
| 2103. -OMEGA PHARMA SA | | | | | Buy | 5/15 | J | | |
| 2104. | | | | | Transferred (to line 647) | 5/21 | J | | |
| 2105. | | | | | Buy | 7/28 | J | | |
| 2106. | | | | | Buy | 8/1 | J | | |
| 2107. | | | | | Buy | 8/5 | J | | |
| 2108. | | | | | Buy | 8/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2109. | | | | | Sold (part) | 9/25 | J | | |
| 2110. | | | | | Sold (part) | 10/20 | J | | |
| 2111. | | | | | Sold (part) | 10/21 | J | | |
| 2112. -OMNICOM GROUP INC | | | | | Buy | 5/15 | K | | |
| 2113. | | | | | Transferred (to line 369) | 5/21 | J | | |
| 2114. -PAYCHEX INC | | | | | Buy | 5/15 | L | | |
| 2115. | | | | | Transferred (to line 705) | 5/21 | K | | |
| 2116. | | | | | Buy | 10/7 | J | | |
| 2117. -PEPSICO INC | | | | | Buy | 5/15 | K | | |
| 2118. | | | | | Transferred (from line 227) | 5/21 | K | | |
| 2119. -PERNOD RICARD SA | | | | | Buy | 5/15 | K | | |
| 2120. | | | | | Transferred (to line 779) | 5/21 | J | | |
| 2121. | | | | | Buy | 10/8 | J | | |
| 2122. | | | | | Sold (part) | 12/8 | J | | |
| 2123. -PETROPLUS HOLDINGS AG | | | | | Buy | 5/15 | J | | |
| 2124. | | | | | Transferred (to line 814) | 5/21 | J | | |
| 2125. -PEUGEOT SA | | | | | Buy | 5/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2126. | | | | | Sold (part) | 9/24 | J | | |
| 2127. | | | | | Buy | 11/5 | J | | |
| 2128. -PHILIP MORRIS INT'L INC | | | | | Buy | 5/15 | K | | |
| 2129. | | | | | Transferred (to line 906) | 5/21 | J | | |
| 2130. -PINNACLE WEST CAPITAL CORP | | | | | Buy | 5/15 | J | | |
| 2131. | | | | | Transferred (to line 743) | 5/21 | J | | |
| 2132. | | | | | Sold (part) | 6/12 | J | | |
| 2133. | | | | | Sold (part) | 6/13 | J | | |
| 2134. -POLYCOM INC | | | | | Buy | 5/15 | J | | |
| 2135. | | | | | Transferred (to line 797) | 5/21 | J | | |
| 2136. -POTASH CORP OF SASKATCHEWAN INC C$ | | | | | Buy | 5/15 | K | | |
| 2137. | | | | | Transferred (to line 431) | 5/21 | J | | |
| 2138. | | | | | Sold (part) | 12/22 | J | C | |
| 2139. -PROGRESSIVE CORP OHIO | | | | | Buy | 5/15 | K | | |
| 2140. | | | | | Transferred (to line 677) | 5/21 | J | | |
| 2141. | | | | | Buy | 10/13 | J | | |
| 2142. | | | | | Buy | 10/14 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2143. | | | | | Buy | 10/15 | J | | |
| 2144. | | | | | Buy | 10/17 | J | | |
| 2145. -QUALCOMM INC | | | | | Buy | 7/16 | J | | |
| 2146. | | | | | Buy | 11/25 | J | | |
| 2147. -RAIFFEISEN INTL BANK HOLDING AG | | | | | Buy | 5/15 | K | | |
| 2148. | | | | | Transferred (to line 770) | 5/21 | J | | |
| 2149. | | | | | Sold (part) | 12/16 | J | | |
| 2150. | | | | | Sold | 12/22 | J | | |
| 2151. -RECKITT BECHISER GROUP PLC | | | | | Buy | 5/15 | K | | |
| 2152. | | | | | Transferred (to line 176) | 5/21 | K | | |
| 2153. -RICHEMONT AG | | | | | Buy | 5/15 | M | | |
| 2154. | | | | | Transferred (to line 150) | 5/21 | M | | |
| 2155. -REINET INVESTMENT | | | | | Spinoff (from line 2153) | 10/21 | J | | |
| 2156. | | | | | Sold | 11/7 | J | | |
| 2157. -BRITISH AMERICAN TOBACCO | | | | | Spinoff (from line 2155) | 11/3 | J | | |
| 2158. | | | | | Sold | 11/13 | J | | |
| 2159. -RIO TINTO PLC | | | | | Buy | 5/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2160. | | | | | Transferred (to line 313) | 5/21 | J | | |
| 2161. -ROCHE HOLDING AG | | | | | Buy | 5/15 | K | | |
| 2162. | | | | | Transferred (to line 690) | 5/21 | J | | |
| 2163. | | | | | Buy | 8/19 | J | | |
| 2164. | | | | | Buy | 9/4 | J | | |
| 2165. -ROYAL BANK OF SCOTLAND GROUP | | | | | Buy | 5/15 | J | | |
| 2166. | | | | | Transferred (to line 195) | 5/21 | L | | |
| 2167. | | | | | Sold | 9/26 | J | | |
| 2168. -ROYAL DUTCH SHELL | | | | | Buy | 5/15 | M | | |
| 2169. | | | | | Transferred (to line 267) | 5/21 | L | | |
| 2170. -SABMILLER PLC | | | | | Buy | 5/15 | K | | |
| 2171. | | | | | Transferred (to line 616) | 5/21 | J | | |
| 2172. | | | | | Buy | 10/30 | J | | |
| 2173. | | | | | Sold (part) | 12/3 | J | | |
| 2174. -SAMSUNG ELEC GDS | | | | | Buy | 5/15 | K | | |
| 2175. | | | | | Transferred (to line 155) | 5/21 | J | | |
| 2176. -SANOFI-AVENTIS | | | | | Buy | 5/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2177. | | | | | Transferred (to line 179) | 5/21 | K | | |
| 2178. | | | | | Sold (part) | 6/30 | J | | |
| 2179. | | | | | Sold (part) | 7/1 | J | | |
| 2180. -SAP AG | | | | | Buy | 5/15 | K | | |
| 2181. | | | | | Transferred (to line 665) | 5/21 | J | | |
| 2182. | | | | | Sold (part) | 11/3 | J | | |
| 2183. -SARA LEE CORP | | | | | Buy | 5/15 | J | | |
| 2184. | | | | | Transferred (to line 583) | 5/21 | J | | |
| 2185. -SCHLUMBERGER LTD | | | | | Buy | 5/15 | L | | |
| 2186. | | | | | Transferred (to line 236) | 5/21 | K | | |
| 2187. | | | | | Buy | 10/17 | J | | |
| 2188. -SCHNEIDER ELECTRIC SA | | | | | Buy | 5/15 | J | | |
| 2189. | | | | | Transferred (to line 857) | 5/21 | J | | |
| 2190. -SCOTTISH & SOUTHERN ENERGY | | | | | Buy | 5/15 | K | | |
| 2191. | | | | | Transferred (to line 492) | 5/21 | J | | |
| 2192. -SEPRACOR INC | | | | | Buy | 7/31 | J | | |
| 2193. | | | | | Buy | 8/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2194. -SHOPPERS DRUG MART CORP | | | | | Buy | 5/15 | K | | |
| 2195. | | | | | Transferred (to line 861) | 5/21 | J | | |
| 2196. -SHANGRI-LA ASIA | | | | | Buy | 11/26 | J | | |
| 2197. -SINGAPORE EXCHANGE LTD | | | | | Buy | 5/15 | J | | |
| 2198. | | | | | Transferred (to line 886) | 5/21 | J | | |
| 2199. | | | | | Sold | 8/14 | J | | |
| 2200. -SINGAPORE TELECOMM | | | | | Buy | 5/15 | K | | |
| 2201. | | | | | Transferred (to line 410) | 5/21 | J | | |
| 2202. | | | | | Sold (part) | 9/16 | J | B | |
| 2203. -SMC CORP | | | | | Buy | 9/11 | J | | |
| 2204. -SOFTBANK CORP | | | | | Buy | 5/15 | K | | |
| 2205. | | | | | Transferred (to line 536) | 5/21 | K | | |
| 2206. | | | | | Buy | 9/17 | J | | |
| 2207. | | | | | Buy | 9/24 | J | | |
| 2208. | | | | | Sold (part) | 8/15 | J | | |
| 2209. -SOUTHWEST AIRLINES CO | | | | | Buy | 5/15 | J | | |
| 2210. | | | | | Transferred (to line 239) | 5/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2211. -SMITH & NEPHEW ASSOC | | | | | Buy | 11/6 | J | | |
| 2212. -SMITHS GROUP | | | | | Buy | 12/18 | J | | |
| 2213. -STANDARD CHARTERED | | | | | Buy | 5/15 | K | | |
| 2214. | | | | | Transferred (to line 192) | 5/21 | K | | |
| 2215. | | | | | Buy | 12/17 | J | | |
| 2216. -SUMITOMO REAL ESTATE SALES | | | | | Buy | 5/15 | J | | |
| 2217. | | | | | Sold | 9/8 | J | | |
| 2218. -SUN HUNG KAI PROP | | | | | Buy | 5/15 | K | | |
| 2219. -SUNCOR ENERGY INC C$ | | | | | Buy | 5/15 | K | | |
| 2220. | | | | | Transferred (to line 131) | 5/21 | K | | |
| 2221. | | | | | Buy | 7/9 | J | | |
| 2222. | | | | | Buy | 7/15 | J | | |
| 2223. | | | | | Buy | 10/30 | J | | |
| 2224. | | | | | Buy | 11/26 | J | | |
| 2225. | | | | | Sold (part) | 12/30 | J | | |
| 2226. | | | | | Sold (part) | 12/31 | J | | |
| 2227. -SUNTRUST BANKS INC | | | | | Buy | 5/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2228. | | | | | Transferred (to line 694) | 5/21 | J | | |
| 2229. | | | | | Sold (part) | 11/13 | J | | |
| 2230. | | | | | Sold | 11/18 | J | | |
| 2231. -SUZUKI MOTOR | | | | | Buy | 5/15 | K | | |
| 2232. | | | | | Transferred (to line 422) | 5/21 | K | | |
| 2233. | | | | | Buy | 10/29 | J | | |
| 2234. | | | | | Buy | 11/4 | J | | |
| 2235. | | | | | Sold (part) | 12/9 | J | | |
| 2236. | | | | | Sold (part) | 12/10 | J | | |
| 2237. -SWIRE PACIFIC LTD | | | | | Buy | 5/15 | J | | |
| 2238. -SYNTHES INC | | | | | Buy | 7/1 | J | | |
| 2239. | | | | | Buy | 7/3 | J | | |
| 2240. -TARGET CORP | | | | | Buy | 5/15 | K | | |
| 2241. | | | | | Transferred (to line 576) | 5/21 | K | | |
| 2242. -TELEFONOS DE MEXICO SAB | | | | | Buy | 5/15 | J | | |
| 2243. | | | | | Transferred (to line 878) | 5/21 | K | | |
| 2244. | | | | | Sold (part) | 7/9 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2245. | | | | | Sold (part) | 7/18 | J | A | |
| 2246. | | | | | Sold | 7/29 . | J | A | |
| 2247. -TELMEX INTERNATIONAL | | | | | Spinoff (from line 2242) | 6/10 | J | | |
| 2248. -TELENOR ASA | | | | | Buy | 5/15 | K | | |
| 2249. | | | | | Transferred (to line 659) | 5/21 | J | | |
| 2250. | | | | | Buy | 9/23 | J | | |
| 2251. | | | | | Buy | 9/25 | J | | |
| 2252. | | | | | Sold (part) | 8/15 | J | | |
| 2253. | | | | | Sold (part) | 8/19 | J | | |
| 2254. | | | | | Sold | 11/26 | J | | |
| 2255. -TESCO PLC | | | | | Buy | 5/15 | K | | |
| 2256. | | | | | Transferred (to line 413) | 5/21 | J | | |
| 2257. | | | | | Buy | 7/11 | J | | |
| 2258. | | | | | Buy | 7/23 | J | | |
| 2259. | | | | | Buy | 8/19 | J | | |
| 2260. | | | | | Sold (part) | 12/3 | J | | |
| 2261. -TIME WARNER INC | | | | | Buy | 5/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $ 50,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$ 5,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2262. | | | | | Transferred (to line 375) | 5/21 | J | | |
| 2263. -THE WALT DISNEY CO | | | | | Buy | 5/29 | J | | |
| 2264. | | | | | Buy | 12/2 | J | | |
| 2265. -TOSHIBA CORP | | | | | Buy | 6/30 | J | | |
| 2266. | | | | | Buy | 7/10 | J | | |
| 2267. | | | | | Sold (part) | 10/7 | J | | |
| 2268. | | | | | Sold | 10/31 | J | | |
| 2269. -TOLL HLDGS LTD | | | | | Buy | 5/15 | K | | |
| 2270. | | | | | Transferred (to line 451) | 5/21 | J | | |
| 2271. | | | | | Sold (part) | 7/4 | J | | |
| 2272. | | | | | Sold | 7/10 | J | | |
| 2273. -TORONTO-DOMINION BNAK | | | | | Buy | 5/15 | J | | |
| 2274. | | | | | Transferred (to line 591) | 5/21 | J | | |
| 2275. -TOTAL SA | | | | | Buy | 5/15 | K | | |
| 2276. | | | | | Transferred (to line 527) | 5/21 | K | | |
| 2277. -TREND MICRO INC | | | | | Buy | 5/15 | K | | |
| 2278. | | | | | Sold | 7/31 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2279. -UBS AG NAMEN | | | | | Buy | 5/15 | J | | |
| 2280. | | | | | Buy | 6/17 | J | | |
| 2281. | | | | | Sold (part) | 7/8 | J | | |
| 2282. | | | | | Sold | 7/15 | J | | |
| 2283. -UCB SA | | | | | Buy | 5/15 | J | | |
| 2284. | | | | | Transferred (to line 613) | 5/21 | J | | |
| 2285. | | | | | Sold | 7/22 | J | | |
| 2286. -UNILEVER NV | | | | | Buy | 5/15 | K | | |
| 2287. | | | | | Transferred (to line 636) | 5/21 | J | | |
| 2288. -UNILEVER PLC | | | | | Buy | 5/15 | K | | |
| 2289. | | | | | Transferred (to line 636) | 5/21 | K | | |
| 2290. | | | | | Sold (part) | 8/12 | J | | |
| 2291. -UNION PACIFIC CORP | | | | | Buy | 5/15 | K | | |
| 2292. | | | | | Transferred (to line 242) | 5/21 | K | | |
| 2293. -UNITED PARCEL SERVICE INC | | | | | Buy | 5/15 | J | | |
| 2294. -UNITED TECHNOLOGIES CORP | | | | | Buy | 5/15 | K | | |
| 2295. | | | | | Transferred (to line 272) | 5/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2296. -UNITEDHEALTH GROUP INC | | | | | Buy | 5/15 | K | | |
| 2297. | | | | | Transferred (to line 748) | 5/21 | K | | |
| 2298. | | | | | Sold (part) | 6/3 | J | | |
| 2299. | | | | | Sold (part) | 6/4 | J | | |
| 2300. | | | | | Sold | 6/5 | J | | |
| 2301. -URBAN OUTFITTERS INC | | | | | Buy | 11/17 | J | | |
| 2302. | | | | | Buy | 11/25 | J | | |
| 2303. -VALLOUREC SA | | | | | Buy | 8/22 | J | | |
| 2304. | | | | | Buy | 8/25 | J | | |
| 2305. | | | | | Buy | 10/29 | J | | |
| 2306. - VEOLIA ENVIRONNEMENT | | . | | | Buy | 5/15 | L | | |
| 2307. | | | | | Transferred (to line 485) | 5/21 | K | | ~ |
| 2308. | | | | | Buy | 7/15 | J | | |
| 2309. | | | | | Sold (part) | 9/30 | J | | |
| 2310. | | | | | Buy | 11/6 | J | | |
| 2311. -VULCAN MATERIALS CO | | | | | Buy | 5/15 | J | | |
| 2312. | | | | | Transferred (to line 845) | 5/21 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2313. | | | | | Buy | 10/14 | J | | |
| 2314. -WACHOVIA CORP | | | | | Buy | 5/15 | K | | |
| 2315. | | | | | Transferred (to line 572) | 5/21 | J | | |
| 2316. | | | | | Sold (part) | 6/25 | J | | |
| 2317. | | | | | Sold | 9/15 | J | | |
| 2318. -WAL MART DE MEXICO | | | | | Buy | 5/15 | L | | |
| 2319. | | | | | Transferred (to line 141) | 5/21 | K | | |
| 2320. | | | | | Sold (part) | 10/6 | J | B | |
| 2321. | | | | | Sold (part) | 10/8 | J | A | |
| 2322. -WALGREEN CO | | | | | Buy | 5/15 | J | | |
| 2323. | | | | | Transferred (to line 671) | 5/21 | J | | |
| 2324. | | | | | Sold (part) | 10/28 | J | | |
| 2325. -WEATHERFORD INTL LTD | | | | | Buy | 5/15 | J | | |
| 2326. | | | | | Sold | 10/28 | J | | |
| 2327. -WELLS FARGO & CO | | | | | Buy | 5/15 | K | | |
| 2328. | | | | | Transferred (to line 279) | 5/21 | J | | |
| 2329. | | | | | Buy | 11/6 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2330. | | | | | Sold (part) | 12/8 | J | A | |
| 2331. -WESTPAC BANKING CORP | | | | | Buy | 5/15 | J | | |
| 2332. | | | | | Transferred (to line 758) | 5/21 | J | | |
| 2333. -WILLIAMS-SONOMA INC | | | | | Buy | 5/15 | J | | |
| 2334. | | | | | Sold | 11/17 | J | | |
| 2335. -SSGA US GOV MM | | | | | Buy | 12/31 | J | | |
| 2336. -WOLSELEY PLC | | | | | Buy | 5/15 | J | | |
| 2337. | | | | | Transferred (to line 787) | 5/21 | J | | |
| 2338. | | | | | Sold | 7/9 | J | | |
| 2339. -WOOLWORTHS LTD | | | | | Buy | 5/15 | K | | |
| 2340. | | | | | Transferred (to line 417) | 5/21 | K | | |
| 2341. -WYETH | | | | | Buy | 5/15 | J | | |
| 2342. | | | | | Sold | 9/24 | J | | |
| 2343. -ZYMOGENETICS INC | | | | | Buy | 5/15 | J | | |
| 2344. | | | | | Transferred (to line 513) | 5/21 | J | | |
| 2345. | | | | | Sold (part) | 9/5 | J | | |
| 2346. | | | | | Sold (part) | 9/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2347. | | | | | Sold (part) | 9/11 | J | | |
| 2348. | | | | | Sold (part) | 9/15 | J | | |
| 2349. | | | | | Sold | 9/16 | J | | |
| 2350. -GOLDMAN SACHS FIN TREASURY | | | | | Buy | 12/31 | M | | |
| 2351. ▮▮▮ Trust #25 - List of Assets | G | Int./Div. | P2 | T | | | | | |
| 2352. -ABBOTT LAB | | | | | Transferred (from line 893) | 5/30 | K | | |
| 2353. | | | | | Buy | 7/1 | M | | |
| 2354. | | | | | Buy | 7/9 | K | | |
| 2355. -ABB LTD | | | | | Buy | 12/18 | K | | |
| 2356. -ACCOR | | | | | Transferred (from line 404) | 5/30 | K | | |
| 2357. -ADIDAS AG | | | | | Transferred (from line 720) | 5/30 | L | | |
| 2358. -AFLAC INC | | | | | Transferred (from line 628) | 5/30 | L | | |
| 2359. | | | | | Buy | 8/15 | K | | |
| 2360. -AGILENT TECHNOLOGIES | | | | | Transferred (from line 400) | 5/30 | M | | |
| 2361. -AIR PRODUCTS & CHEMICALS | | | | | Transferred (from line 250) | 5/30 | M | | |
| 2362. | | | | | Buy | 10/30 | K | | |
| 2363. -Allegheny Tech | | | | | Transferred (from line 755) | 5/30 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2364. | | | | | Buy | 8/13 | J | | |
| 2365. | | | | | Buy | 8/14 | K | | |
| 2366. | | | | | Buy | 8/15 | K | | |
| 2367. | | | | | Buy | 8/18 | K | | |
| 2368. | | | | | Buy | 8/19 | K | | |
| 2369. | | | | | Buy | 8/20 | J | | |
| 2370. | | | | | Buy | 8/21 | J | | |
| 2371. | | | | | Buy | 8/22 | J | | |
| 2372. | | | | | Sold (part) | 9/23 | J | | |
| 2373. | | | | | Sold (part) | 9/24 | L | | |
| 2374. | | | | | Sold (part) | 12/1 | K | | |
| 2375. | | | | | Sold (part) | 12/2 | J | | |
| 2376. -ALLERGAN INC | | | | | Transferred (from line 305) | 5/30 | M | | |
| 2377. | | | | | Buy | 10/23 | J | | |
| 2378. -ALLIANZ | | | | | Transferred (from line 474) | 5/30 | L | | |
| 2379. | | | | | Sold (part) | 9/24 | K | | |
| 2380. | | | | | Buy | 11/4 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | - | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2381. -AMAZON.COM | | | | | Transferred (from line 603) | 5/30 | K | | |
| 2382. -AMERICA MOVIL | | | | | Transferred (from line 184) | 5/30 | M | | |
| 2383. | | | | | Sold (part) | 7/16 | J | A | |
| 2384. | | | | | Sold (part) | 7/17 | K | D | |
| 2385. -AMERICAN INT'L GROUP | | | | | Transferred (from line 359) | 5/30 | M | | |
| 2386. | | | | | Sold (part) | 6/25 | L | | |
| 2387. | | | | | Sold (part) | 6/26 | L | | |
| 2388. | | | | | Sold | 7/1 | K | | |
| 2389. -AMERICAN MEDICAL SYS HLDGS | | | | | Transferred (from line 663) | 5/30 | K | | |
| 2390. -AMERICAN TOWER | | | | | Transferred (from line 903) | 5/30 | M | | |
| 2391. | | | | | Buy | 7/15 | J | | |
| 2392. | | | | | Buy | 11/26 | L | | |
| 2393. -AETNA INC | | | | | Buy | 7/30 | K | | |
| 2394. -APPLE INC | | | | | Buy | 10/24 | K | | |
| 2395. -AT&T | | | | | Transferred (from line 232) | 5/30 | M | | |
| 2396. | | | | | Sold (part) | 8/11 | L | | |
| 2397. -AUTONATION | | | | | Transferred (from line 353) | 5/30 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2398. | | | | | Sold (part) | 11/17 | J | | |
| 2399. | | | | | Sold | 11/18 | J | | |
| 2400. -AVON PRODUCTS | | | | | Transferred (from line 503) | 5/30 | K | | |
| 2401.          -- | | | | | Sold | 10/30 | K | | |
| 2402. -AXA | | | | | Transferred (from line 595) | 5/30 | M | | |
| 2403. | | | | | Buy | 10/29 | K | | |
| 2404. -BAE SYSTEMS PLC | | | | | Transferred (from line 569) | 5/30 | M | | |
| 2405. | | | | | Sold (part) | 12/9 | J | | |
| 2406. -BAKER HUGHES | | | | | Transferred (from line 276) | 5/30 | L | | |
| 2407. | | | | | Sold (part) | 11/6 | J | | |
| 2408. -Banco Bilbao Vizcaya Argentina SA | | | | | Transferred (from line 653) | 5/30 | L | | |
| 2409. | | | | | Sold (part) | 6/26 | K | | |
| 2410. | | | | | Sold | 6/27 | K | | |
| 2411. -Banco Santander S.A | | | | | Transferred (from line 775) | 5/30 | L | | |
| 2412. | | | | | Sold (part) | 9/23 | K | C | |
| 2413. | | | | | Sold (part) | 9/24 | J | | |
| 2414. | | | | | Sold | 9/25 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2415. -BARRICK GOLD CORP | | | | | Transferred (from line 525) | 5/30 | M | | |
| 2416. | | | | | Sold (part) | 7/30 | K | D | |
| 2417. | | | | | Sold (part) | 10/6 | K | A | |
| 2418. | | | | | Sold (part) | 10/7 | J | A | |
| 2419. -Baxter Int'l Inc | | | | | Transferred (from line 728) | 5/30 | L | | |
| 2420. -BAYER AG BEARER | | | | | Transferred (from line 478) | 5/30 | L | | |
| 2421. -BERKSHIRE HATHAWAY | | | | | Transferred (from line 283) | 5/30 | J | | |
| 2422. | | | | | Buy | 10/23 | K | | |
| 2423. -BEST BUY INC | | | | | Transferred (from line 801) | 5/30 | L | | |
| 2424. -BHP BILLITON | | | | | Transferred (from line 363) | 5/30 | L | | |
| 2425. | | | | | Buy | 12/18 | K | | |
| 2426. -Billabong Int'l LTD | | | | | Transferred (from line 641) | 5/30 | K | | |
| 2427. -BMW | | | | | Transferred (from line 480) | 5/30 | K | | |
| 2428. | | | | | Sold (part) | 8/15 | K | | |
| 2429. | | | | | Buy | 9/22 | K | | |
| 2430. -BNP PARIBAS | | | | | Transferred (from line 206) | 5/30 | N | | |
| 2431. | | | | | Sold (part) | 7/9 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2432. -Boeing Co | | | | | Transferred (from line 717) | 5/30 | M | | |
| 2433. | | | | | Sold (part) | 9/23 | J | | |
| 2434. | | | | | Sold (part) | 9/24 | L | | |
| 2435. | | | | | Buy | 10/28 | K | | |
| 2436. -Bouygues | | | | | Transferred (from line 159) | 5/30 | N | | |
| 2437. | | | | | Sold (part) | 9/29 | K | | |
| 2438. | | | | | Sold (part) | 9/30 | J | | |
| 2439. | | | | | Buy | 11/5 | K | | |
| 2440. | | | | | Buy | 11/6 | K | | |
| 2441. | | | | | Sold (part) | 10/1 | K | | |
| 2442. -BG GROUP PLC | | | | | Buy | 11/27 | J | | |
| 2443. -BP PLC | | | | | Buy | 10/7 | K | | |
| 2444. | | | | | Buy | 11/28 | J | | |
| 2445. | | | | | Buy | 12/1 | J | | |
| 2446. -BRAMBLES IND LTD | | | | | Transferred (from line 520) | 5/30 | L | | |
| 2447. | | | | | Sold | 8/15 | L | | |
| 2448. -CAMECO CORP | | | | | Transferred (from line 589) | 5/30 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2449. | | | | | Sold (part) | 10/6 | K | | |
| 2450. -CAMPBELL SOUP CO | | | | | Transferred (from line 265) | 5/30 | K | | |
| 2451. -CANADIAN NATURAL RESOURCES | | | | | Transferred (from line 472) | 5/30 | M | | |
| 2452. | | | | | Buy | 11/24 | K | | |
| 2453. -CANON | | | | | Transferred (from line 333) | 5/30 | M | | |
| 2454. -CARNIVAL CORP | | | | | Transferred (from line 841) | 5/30 | L | | |
| 2455. -CELGENE CORP | | | | | Buy | 7/30 | K | | |
| 2456. | | | | | Buy | 7/31 | K | | |
| 2457. | | | | | Buy | 9/4 | J | | |
| 2458. | | | | | Buy | 10/6 | K | | |
| 2459. | | | | | Buy | 12/16 | J | | |
| 2460. -CERNER CORP | | | | | Transferred (from line 606) | 5/30 | M | | |
| 2461. -CISCO | | | | | Transferred (from line 393) | 5/30 | M | | |
| 2462. | | | | | Buy | 10/16 | K | | |
| 2463. -COCA-COLA AMATIL | | | | | Transferred (from line 407) | 5/30 | K | | |
| 2464. -COCA-COLA CO | | | | | Transferred (from line 634) | 5/30 | L | | |
| 2465. | | | | | Buy | 7/24 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2466. -COMCAST | | | | | Transferred (from line 330) | 5/30 | L | | |
| 2467. -Conocophillips | | | | | Transferred (from line 722) | 5/30 | M | | |
| 2468. | | | | | Sold (part) | 7/30 | L | | |
| 2469. -COSTCO | | | | | Transferred (from line 286) | 5/30 | L | | |
| 2470. -CRH PLC | | | | | Transferred (from line 148) | 5/30 | L | | |
| 2471. | | | | | Buy | 10/29 | K | | |
| 2472. -DANAHER CORP | | | | | Transferred (from line 506) | 5/30 | L | | |
| 2473. -Dassault Systemes SA | | | | | Transferred (from line 650) | 5/30 | K | | |
| 2474. -DAVITA | | | | | Transferred (from line 373) | 5/30 | M | | |
| 2475. -DELL INC | | | | | Transferred (from line 580) | 5/30 | L | | |
| 2476. | | | | | Sold (part) | 8/23 | K | | |
| 2477. | | | | | Sold (part) | 11/13 | J | | |
| 2478. -DELTA PETROLEUM | | | | | Transferred (from line 511) | 5/30 | M | | |
| 2479. | | | | | Sold (part) | 10/30 | K | | |
| 2480. | | | | | Sold (part) | 10/31 | K | | |
| 2481. | | | | | Sold (part) | 11/4 | K | | |
| 2482. | | | | | Sold (part) | 11/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2483. | | | | | Sold (part) | 12/4 | J | | |
| 2484. | | | | | Sold (part) | 12/8 | J | | |
| 2485. -EAST WEST BANCORP INC | | | | | Transferred (from line 458) | 5/30 | K | | |
| 2486. -Ebay Inc | | | | | Transferred (from line 710) | 5/30 | L | | |
| 2487. | | | | | Buy | 10/17 | K | | |
| 2488. | | | | | Sold (part) | 11/28 | K | | |
| 2489. | | | | | Sold (part) | 12/1 | J | | |
| 2490. -ECOLAB INC | | | | | Buy | 11/12 | K | | |
| 2491. | | | | | Buy | 12/4 | J | | |
| 2492. | | | | | Buy | 12/5 | J | | |
| 2493. -ELECTRICITE DE FRANCE | | | | | Buy | 10/8 | K | | |
| 2494. | | | | | Buy | 10/29 | K | | |
| 2495. -EMERSON ELECTRIC | | | | | Transferred (from line 214) | 5/30 | L | | |
| 2496. -ENERGIZER HOLDING | | | | | Transferred (from line 924) | 5/30 | K | | |
| 2497. -ERICSSON | | | | | Transferred (from line 883) | 5/30 | K | | |
| 2498. | | | | | Buy | 7/17 | K | | |
| 2499. | | | | | Buy | 7/23 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2500. | | | | | Buy | 9/4 | K | | |
| 2501. | | | | | Buy | 10/21 | K | | |
| 2502. | | | | | Buy | 10/27 | J | | |
| 2503. | | | | | | | | | |
| 2504. -ESSILOR INTL | | | | | Transferred (from line 199) | 5/30 | M | | |
| 2505. -EXXON | | | | | Transferred (from line 296) | 5/30 | K | | |
| 2506. -FANUC CO | | | | | Transferred (from line 380) | 5/30 | M | | |
| 2507. | | | | | Buy | 12/9 | K | | |
| 2508. -FEDERAL NATION MORTGAGE | | | | | Transferred (from line 896) | 5/30 | K | | |
| 2509. | | | | | Sold | 7/8 | K | | |
| 2510. -FEDERAL HOME LOAN MORGAGE CORP | | | | | Buy | 7/8 | J | | |
| 2511. | | | | | Buy | 7/9 | K | | |
| 2512. | | | | | Buy | 7/10 | K | | |
| 2513. | | | | | Sold (part) | 8/18 | K | | |
| 2514. | | | | | Sold | 8/19 | J | | |
| 2515. -FEDEX CORP | | | | | Transferred (from line 299) | 5/30 | L | | |
| 2516. -FLUOR CORP | | | | | Transferred (from line 254) | 5/30 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2517. -FOREST LABS | | | | | Transferred (from line 383) | 5/30 | L | | |
| 2518. | | | | | Sold (part) | 9/12 | J | | |
| 2519. | | | | | Sold (part) | 9/16 | J | | |
| 2520. | | | | | Sold (part) | 9/19 | J | | |
| 2521. | | | | | Sold (part) | 9/22 | J | | |
| 2522. | | | | | Sold (part) | 9/24 | J | | |
| 2523. | | | | | Sold (part) | 9/30 | J | | |
| 2524. | | | | | Sold | 10/1 | J | | |
| 2525. -FORTIS | | | | | Transferred (from line 462) | 5/30 | L | | |
| 2526. | | | | | Sold (part) | 6/30 | K | | |
| 2527. | | | | | Sold (part) | 7/2 | K | | |
| 2528. | | | | | Sold | 7/3 | J | | |
| 2529. -Fujifilm Holding Corp | | | | | Transferred (from line 794) | 5/30 | M | | |
| 2530. | | | | | Buy | 12/5 | K | | |
| 2531. | | | | | Sold (part) | 10/29 | L | | |
| 2532. -GANNETT CO INC | | | | | Transferred (from line 806) | 5/30 | K | | |
| 2533. | | | | | Sold (part) | 9/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2534. | | | | | Sold | 9/5 | J | | |
| 2535. -GAZPROM OAO ADR | | | | | Transferred (from line 913) | 5/30 | L | | |
| 2536. | | | | | Buy | 10/29 | K | | |
| 2537. | | | | | Sold (part) | 11/28 | J | | |
| 2538. | | | | | Sold | 12/9 | K | | |
| 2539. -Genentech Inc | | | | | Transferred (from line 684) | 5/30 | M | | |
| 2540. | | | | | Sold (part) | 8/14 | L | E | |
| 2541. | | | | | Sold (part) | 8/15 | K | D | |
| 2542. -GENERAL ELECTRIC | | | | | Transferred (from line 217) | 5/30 | N | | |
| 2543. | | | | | Sold (part) | 7/30 | K | | |
| 2544. | | | | | Buy | 10/2 | K | | |
| 2545. -Genpact LTD | | | | | Transferred (from line 732) | 5/30 | K | | |
| 2546. -GOLDMAN SACHS GROUP INC | | | | | Transferred (from line 851) | 5/30 | M | | |
| 2547. | | | | | Buy | 9/24 | J | | |
| 2548. | | | | | Buy | 11/3 | L | | |
| 2549. | | | | | Buy | 11/18 | J | | |
| 2550. -GOOGLE INC | | | | | Transferred (from line 700) | 5/30 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2551. | | | | | Buy | 11/3 | M | | |
| 2552. -GIVAUDAN | | | | | Buy | 7/1 | K | | |
| 2553. | | | | | Buy | 7/2 | J | | |
| 2554. | | | | | Buy | 10/24 | J | | |
| 2555. -Groupe Danone | | . | | | Transferred (from line 784) | 5/30 | M | | |
| 2556. | | | | | Buy | 7/1 | K | | |
| 2557. -HANESBRANDS INC | | | | | Transferred (from line 608) | 5/30 | K | | |
| 2558. -Hankyu Hanshin Holdings Inc | | | | | Transferred (from line 650) | 5/30 | K | | |
| 2559. -HBOS PLC | | | | | Transferred (from line 350) | 5/30 | K | | |
| 2560. | | | | | Sold | 8/21 | K | | |
| 2561. -HBOS PLC RTS | | | | | Spinoff (from line 2559) | 5/30 | J | | |
| 2562. | | | | | Sold | 7/16 | J | A | |
| 2563. -HEINEKEN NV | | | | | Transferred (from line 126) | 5/30 | M | | |
| 2564. -HEWLETT-PACKARD CO | | | | | Buy | 11/14 | K | | |
| 2565. | | | | | Buy | 11/18 | K | | |
| 2566. -HOLCIM LTD | | | | | Transferred (from line 145) | 5/30 | M | | |
| 2567. | | | | | Sold (part) | 6/30 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2568. -HONG KONG/CHINA GAS | | | | | Transferred (from line 340) | 5/30 | M | | |
| 2569. -HOYA CORP | | | | | Transferred (from line 190) | 5/30 | M | | |
| 2570. | | | | | Sold (part) | 7/1 | K | | |
| 2571. | | | | | Sold (part) | 7/16 | K | | |
| 2572. | | | | | Sold (part) | 7/18 | K | | |
| 2573. | | | | | Sold (part) | 7/22 | J | | |
| 2574. | | | | | Sold | 9/5 | K | | |
| 2575. -HSBC HOLDINGS | | | | | Transferred (from line 168) | 5/30 | L | | |
| 2576. -HUDSON CITY | | | | | Buy | 11/13 | J | | |
| 2577. | | | | | Buy | 11/14 | J | | |
| 2578. | | | | | Buy | 11/24 | K | | |
| 2579. | | | | | Buy | 11/25 | J | | |
| 2580. -ICICI BANK LTD | | | | | Transferred (from line 599) | 5/30 | K | | |
| 2581. -ILLINOIS TOOL WORKS | | | | | Transferred (from line 221) | 5/30 | M | | |
| 2582. -IMCLONE SYS INC | | | | | Buy | 7/15 | J | | |
| 2583. | | | | | Buy | 7/16 | J | | |
| 2584. | | | | | Buy | 7/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2585. | | | | | Buy | 7/18 | J | | |
| 2586. | | | | | Buy | 7/21 | J | | |
| 2587. | | | | | Sold (part) | 9/11 | J | B | |
| 2588. | | | | | Sold (part) | 9/12 | J | B | |
| 2589. | | | | | Sold (part) | 9/15 | J | B | |
| 2590. | | | | | Sold | 10/31 | L | E | |
| 2591. -IMPERIAL TOBACCO PLC | | | | | Transferred (from line 875) | 5/30 | K | | |
| 2592. | | | | | Buy | 8/19 | K | | |
| 2593. | | | | | Buy | 10/29 | J | | |
| 2594. -INDITEX | | | | | Transferred (from line 467) | 5/30 | K | | |
| 2595. -ING GROUP NV CVA | | | | | Transferred (from line 565) | 5/30 | M | | |
| 2596. | | | | | Buy | 10/29 | K | | |
| 2597. | | | | | Sold (part) | 12/2 | K | | |
| 2598. | | | | | Sold (part) | 12/3 | K | | |
| 2599. -INTEL CORP | | | | | Transferred (from line 225) | 5/30 | M | | |
| 2600. | | | | | Sold (part) | 10/16 | L | | |
| 2601. -INT'L BUSINESS MACHINES | | | | | Transferred (from line 257) | 5/30 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2602. -IRON MOUNTAIN INC | | | | | Buy | 10/17 | J | | |
| 2603. | | | | | Buy | 10/20 | K | | |
| 2604. | | | | | Buy | 10/21 | J | | |
| 2605. | | | | | Buy | 10/22 | K | | |
| 2606. | | | | | Buy | 10/23 | J | | |
| 2607. | | | | | Buy | 10/24 | J | | |
| 2608. | | | | | Buy | 10/27 | J | | |
| 2609. | | | | | Buy | 10/28 | J | | |
| 2610. | | | | | Buy | 10/29 | J | | |
| 2611. | | | | | Buy | 10/30 | J | | |
| 2612. | | | | | Buy | 11/4 | K | | |
| 2613. -Jabil circuit | | | | | Transferred (from line 740) | 5/30 | K | | |
| 2614. -JARDEN CORP | | | | - | Transferred (from line 586) | 5/30 | L | | |
| 2615. | | | | | Sold (part) | 10/15 | J | | |
| 2616. | | | | | Sold (part) | 10/20 | J | | |
| 2617. | | | | | Sold (part) | 10/21 | J | | |
| 2618. | | | | | Sold (part) | 10/30 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2619. | | | | | Sold | 10/31 | J | | |
| 2620. -JC DECAUX INT'L | | | | | Transferred (from line 162) | 5/30 | L | | |
| 2621. | | | | | Sold (part) | 6/30 | K | | |
| 2622. | | | | | Sold (part) | 7/24 | J | | |
| 2623. | | | | | Sold (part) | 7/25 | J | | |
| 2624. | | | | | Sold (part) | 7/30 | J | | |
| 2625. | | | | | Sold (part) | 8/5 | J | | |
| 2626. | | | | | Sold (part) | 8/14 | J | | |
| 2627. | | | | | Sold (part) | 8/26 | J | | |
| 2628. | | | | | Sold | 9/2 | J | | |
| 2629. -JOHNSON CONTROLS LTD | | | | | Transferred (from line 625) | 5/30 | L | | |
| 2630. | | | | | Sold (part) | 11/6 | J | | |
| 2631. | | | | | Sold (part) | 11/7 | J | | |
| 2632. | | | | | Sold (part) | 11/10 | J | | |
| 2633. | | | | | Sold (part) | 11/11 | J | | |
| 2634. -JPMORGAN CHASE | | | | | Transferred (from line 346) | 5/30 | M | | |
| 2635. | | | | | Buy | 9/26 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2636. -KIMERLY-CLARK CORP | | | | | Buy | 8/12 | L | | |
| 2637. | | | | | Buy | 8/13 | J | | |
| 2638. | | | | | Buy | 9/12 | K | | |
| 2639. | | | | | Buy | 9/15 | J | | |
| 2640. -KINDER MORGAN | | | | | Transferred (from line 322) | 5/30 | L | | |
| 2641. | | | | | Sold (part) | 8/14 | J | | |
| 2642. | | | | | Sold (part) | 11/14 | J | | |
| 2643. -KINGFISHER PLC | | | | | Transferred (from line 489) | 5/30 | K | | |
| 2644. -KONINKLIJKE KPN NV | | | | | Transferred (from line 200) | 5/30 | M | | |
| 2645. -KRAFT FOODS | | | | | Transferred (from line 337) | 5/30 | M | | |
| 2646. -L'Air Liquide Bearer | | | | | Transferred (from line 165) | 5/30 | M | | |
| 2647. | | | | | Sold (part) | 8/1 | J | | |
| 2648. -LI & Fung | | | | | Transferred (from line 174) | 5/30 | J | | |
| 2649. | | | | | Buy | 7/15 | K | | |
| 2650. -L'OREAL | | | | | Transferred (from line 426) | 5/30 | M | | |
| 2651. | | | | | Buy | 8/19 | K | | |
| 2652. -LOWES COS | | | | | Transferred (from line 290) | 5/30 | N | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2653. | | | | | Sold (part) | 6/16 | K | | |
| 2654. | | | | | Sold (part) | 6/17 | K | | |
| 2655. -MCDONALDS CORP | | | | | Transferred (from line 499) | 5/30 | L | | |
| 2656. | | | | | Sold (part) | 7/1 | K | D | |
| 2657. -MEDTRONIC INC | | | | | Transferred (from line 545) | 5/30 | M | | |
| 2658. | | | | | Sold (part) | 9/26 | K | A | |
| 2659. | | | | | Sold (part) | 9/30 | K | | |
| 2660. -MICROCHIP TECHNOLOGY INC | | | | | Transferred (from line 834) | 5/30 | L | | |
| 2661. | | | | | Buy | 10/7 | J | | |
| 2662. -MICROSOFT CORP | | | | | Transferred (from line 260) | 5/30 | M | | |
| 2663. -MITSUBISHI CORP | | | | | Transferred (from line 327) | 5/30 | M | | |
| 2664. | | | | | Sold (part) | 8/19 | K | E | |
| 2665. | | | | | Sold (part) | 8/21 | J | A | |
| 2666. | | | | | Sold (part) | 8/26 | K | A | |
| 2667. | | | | | Sold (part) | 8/28 | K | | |
| 2668. | | | | | Sold | 11/27 | K | | |
| 2669. -MSCI INC CL A | | | | | Transferred (from line 920) | 5/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2670. | | | | | Sold (part) | 9/29 | J | | |
| 2671. | | | | | Sold (part) | 9/30 | J | | |
| 2672. | | | | | Sold (part) | 10/1 | J | | |
| 2673. | | | | | Sold (part) | 10/2 | J | | |
| 2674. | | | | | Sold | 10/3 | J | | |
| 2675. -MARATHON OIL CORP | | | | | Buy | 7/1 | L | | |
| 2676. | | | | | Buy | 7/2 | K | | |
| 2677. | | | | | Buy | 10/7 | J | | |
| 2678. -MUENCHENER RUECK NAMEN VINK | | | | | Buy | 12/5 | K | | |
| 2679. -NATIONAL INSTRUMENTS CORP | | | | | Transferred (from line 442) | 5/30 | K | | |
| 2680. -Nestle SA | | | | | Transferred (from line 139) | 5/30 | N | | |
| 2681. | | | | | Sold (part) | 7/2 | L | E | |
| 2682. -NEWCREST MINING | | | | | Transferred (from line 517) | 5/30 | L | | |
| 2683. | | | | | Buy | 12/17 | L | | |
| 2684. -NOKIA OYJ | | | | | Transferred (from line 532) | 5/30 | L | | |
| 2685. -NORDSTROM INC | | | | | Transferred (from line 826) | 5/30 | N | | |
| 2686. | | | | | Sold (part) | 10/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2687. | | | | | Sold (part) | 10/30 | K | | |
| 2688. -NINTENDO CO LD | | | | | Buy | 8/25 | L | | |
| 2689. | | | | | Buy | 12/2 | J | | |
| 2690. | | | | | Buy | 12/3 | J | | |
| 2691. | | | | | Buy | 12/4 | J | | |
| 2692. -NUCOR CORP | | | | | Buy | 10/14 | K | | |
| 2693. | | | | | Buy | 10/15 | K | | |
| 2694. -OLAM INT'L LTD | | | | | Buy | 10/22 | J | | |
| 2695. | | | | | Buy | 10/23 | J | | |
| 2696. | | | | | Buy | 10/24 | J | | |
| 2697. | | | | | Buy | 10/28 | J | | |
| 2698. | | | | | Buy | 10/29 | J | | |
| 2699. | | | | | Buy | 10/30 | J | | |
| 2700. | | | | | Sold (part) | 11/26 | K | | |
| 2701. | | | | | Sold (part) | 11/28 | J | | |
| 2702. | | | | | Sold | 12/1 | J | | |
| 2703. -OMEGA PHARMA | | | | | Transferred (from line 648) | 5/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2704. | | | | | Buy | 7/22 | J | | |
| 2705. | | | | | Buy | 7/23 | J | | |
| 2706. | | | | | Buy | 7/24 | J | | |
| 2707. | | | | | Buy | 7/25 | J | | |
| 2708. | | | | | Buy | 7/28 | J | | |
| 2709. | | | | | Buy | 7/29 | J | | |
| 2710. | | | | | Buy | 8/1 | J | | |
| 2711. | | | | | Buy | 8/4 | J | | |
| 2712. | | | | | Buy | 8/5 | J | | |
| 2713. | | | | | Buy | 8/20 | J | | |
| 2714. | | | | | Buy | 8/21 | J | | |
| 2715. | | | | | Buy | 8/22 | J | | |
| 2716. | | | | | Sold (part) | 9/25 | J | | |
| 2717. | | | | | Sold (part) | 10/2 | J | | |
| 2718. | | | | | Sold (part) | 10/17 | J | | |
| 2719. | | | | | Sold (part) | 10/21 | J | | |
| 2720. -OMNICOM GROUP | | | | | Transferred (from line 370) | 5/30 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2721. -Paychex Inc | | | | | Transferred (from line 706) | 5/30 | M | | |
| 2722. -PEPSICO | | | | | Transferred (from line 228) | 5/30 | M | | |
| 2723. -Pernod Ricard SA | | | | | Transferred (from line 780) | 5/30 | M | | |
| 2724. | | | | | Buy | 10/7 | J | | |
| 2725. | | | | | Buy | 10/8 | K | | |
| 2726. | | | | | Sold (part) | 12/2 | J | | |
| 2727. | | | | | Sold (part) | 12/4 | J | | |
| 2728. | | | | | Sold (part) | 12/8 | J | | |
| 2729. -PETROPLUS HOLDING AG | | | | | Transferred (from line 815) | 5/30 | K | | |
| 2730. -PEUGEOT SA | | | | | Transferred (from line 819) | 5/30 | K | | |
| 2731. | | | | | Sold (part) | 9/24 | K | | |
| 2732. | | | | | Buy | 11/5 | K | | |
| 2733. -PHILIP MORRIS INT'L | | | | | Transferred (from line 907) | 5/30 | L | | |
| 2734. -PINNACLE WEST | | | | | Transferred (from line 744) | 5/30 | L | | |
| 2735. -POLYCOM INC | | | | | Transferred (from line 798) | 5/30 | K | | |
| 2736. -POTASH CORP SK C$ | | | | | Transferred (from line 432) | 5/30 | M | | |
| 2737. | | | | | Transferred (from line 434) | 5/30 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2738. | | | | | Sold (part) | 12/12 | K | D | |
| 2739. -Progressive Corp Ohio | | | | | Transferred (from line 678) | 5/30 | L | | |
| 2740. | | | | | Buy | 10/13 | J | | |
| 2741. | | | | | Buy | 10/14 | J | | |
| 2742. | | | | | Buy | 10/15 | J | | |
| 2743. | | | | | Buy | 10/17 | J | | |
| 2744. -QUALCOMM INC | | | | | Buy | 7/16 | L | | |
| 2745. | | | | | Buy | 11/25 | K | | |
| 2746. -Raiffeisen Intl Bank Holding | | | | | Transferred (from line 771) | 5/30 | L | | |
| 2747. | | | | | Sold (part) | 9/17 | J | | |
| 2748. | | | | | Sold (part) | 9/19 | J | | |
| 2749. | | | | | Sold (part) | 10/7 | J | | |
| 2750. | | | | | Sold (part) | 12/16 | J | | |
| 2751. | | | | | Sold | 12/22 | J | | |
| 2752. -RECKITT BENCKISER | | | | | Transferred (from line 177) | 5/30 | M | | |
| 2753. -Richemont | | | | | Transferred (from line 151) | 5/30 | M | | |
| 2754. | | | | | Sold (part) | 10/27 | K | | |

1. Income Gain Codes:     A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2755. -REINET INVESTMENTS | | | | | Spinoff (from line 2753) | 10/21 | K | | |
| 2756. | | | | | Sold | 11/7 | J | | |
| 2757. -BRITISH AMERICAN TOBACCO | | | | | Spinoff (from line 2755) | 11/3 | K | | |
| 2758. | | | | | Sold | 11/13 | K | | |
| 2759. -RIO TINTO | | | | | Transferred (from line 314) | 5/30 | M | | |
| 2760. -Roche Holding AG | | | | J | Transferred (from line 691) | 5/30 | M | | |
| 2761. | | | | | Buy | 8/19 | L | | |
| 2762. | | | | | Buy | 9/4 | K | | |
| 2763. -ROYAL BANK SCOTLAND | | | | | Transferred (from line 196) | 5/30 | K | | |
| 2764. | | | | | Sold (part) | 9/26 | K | | |
| 2765. | | | | | Sold | 9/15 | J | | |
| 2766. -ROYAL BANK SCOT GRP ORD RTS | | | | | Transferred (from line 939) | 5/30 | J | | |
| 2767. | | | | | Sold | 6/2 | J | | |
| 2768. -ROYAL DUTCH SHELL | | | | | Transferred (from line 268) | 5/30 | O | | |
| 2769. | | | | | Sold (part) | 7/30 | L | D | |
| 2770. -SABMILLER PLC | | | | | Transferred (from line 617) | 5/30 | M | | |
| 2771. | | | | | Buy | 10/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2772. | | | | | Buy | 10/30 | J | | |
| 2773. | | | | | Sold (part) | 12/3 | K | | |
| 2774. -Samsung Elec Gds | | | | | Transferred (from line 156) | 5/30 | M | | |
| 2775. | | | | | Buy | 12/19 | J | | |
| 2776. -SANOFI-AVENTIS | | | | | Transferred (from line 180) | 5/30 | N | | |
| 2777. | | | | | Sold (part) | 6/30 | M | | |
| 2778. | | | | | Sold (part) | 7/1 | L | | |
| 2779. -SAP | | | | | Transferred (from line 316) | 5/30 | N | | |
| 2780. | | | | | Sold (part) | 11/3 | M | | |
| 2781. -SAP AG Spon ADR | | | | | Transferred (from line 666) | 5/30 | L | | |
| 2782. -SARA LEE | | | | | Transferred (from line 584) | 5/30 | K | | |
| 2783. -SCHLUMBERGER LTD | | | | | Transferred (from line 237) | 5/30 | M | | |
| 2784. | | | | | Buy | 10/17 | K | | |
| 2785. | | | | | Buy | 10/27 | J | | |
| 2786. -SCHNEIDER ELECTRIC SA | | | | | Transferred (from line 858) | 5/30 | K | | |
| 2787. -SCOTTISH AND SOUTHERN ENERGY | | | | | Transferred (from line 493) | 5/30 | M | | |
| 2788. -SEPRACOR INC | | | | | Buy | 7/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,601 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2789. | | | | | Buy | 8/1 | J | | |
| 2790. -SHOPPERS DRUG MART CORP | | | | | Transferred (from line 862) | 5/30 | L | | |
| 2791. -SHANGRI-LA ASIA | | | | | Buy | 11/20 | J | | |
| 2792. | | | | | Buy | 11/21 | J | | |
| 2793. | | | | | Buy | 11/26 | J | | |
| 2794. -SINGAPORE EXCHANGE LTD | | | | | Transferred (from line 887) | 5/30 | L | | |
| 2795. | | | | | Sold | 8/14 | K | | |
| 2796. - SINGAPORE TELECOMM | | | | | Transferred (from line 411) | 5/30 | M | | |
| 2797. | | | | | Sold (part) | 8/16 | L | E | |
| 2798. -SOFTBANK CORP | | | | | Transferred (from line 537) | 5/30 | M | | |
| 2799. | | | | | Buy | 9/17 | L | | |
| 2800. | | | | | Buy | 9/24 | K | | |
| 2801. | | | | | Sold (part) | 8/15 | M | | |
| 2802. -SOUTHWEST AIRLINES | | | | | Transferred (from line 240) | 5/30 | K | | |
| 2803. -SPECTRA ENERGY CORP | | | | | Transferred (from line 809) | 5/30 | K | | |
| 2804. -SMC CORP | | | | | Buy | 8/18 | J | | |
| 2805. | | | | | Buy | 8/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2806. | | | | | Buy | 8/22 | J | | |
| 2807. | | | | | Buy | 8/25 | J | | |
| 2808. | | | | | Buy | 9/4 | J | | |
| 2809. | | | | | Buy | 9/5 | J | | |
| 2810. | | | | | Buy | 9/8 | J | | |
| 2811. | | | | | Buy | 9/9 | J | | |
| 2812. | | | | | Buy | 9/12 | J | | |
| 2813. -SMITHS GROUP PLC | | | | | Buy | 12/15 | J | | |
| 2814. | | | | | Buy | 12/16 | J | | |
| 2815. | | | | | Buy | 12/17 | J | | |
| 2816. | | | | | Buy | 12/18 | K | | |
| 2817. | | | | | Buy | 12/19 | J | | |
| 2818. -SMITH & NEPHEW ASSOC | | | | | Buy | 10/30 | J | | |
| 2819. | | | | | Buy | 11/5 | J | | |
| 2820. | | | | | Buy | 11/6 | J | | |
| 2821. -STANDARD CHARTERED | | | | | Transferred (from line 193) | 5/30 | M | | |
| 2822. | | | | | Buy | 12/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2823. -SUMITOMO REAL ESTATE SALES | | | | | Transferred (from line 464) | 5/30 | K | | |
| 2824. | | | | | Sold (part) | 9/5 | J | | |
| 2825. | | | | | Sold | 9/8 | J | | |
| 2826. -Sun Hung Kai Prop | | | | | Transferred (from line 136) | 5/30 | K | | |
| 2827. -SUNCOR ENERGY | | | | | Transferred (from line 132) | 5/30 | M | | |
| 2828. | | | | | Buy | 7/15 | L | | |
| 2829. | | | | | Buy | 10/29 | K | | |
| 2830. | | | | | Buy | 10/30 | K | | |
| 2831. | | | | | Buy | 11/26 | L | | |
| 2832. | | | | | Sold (part) | 12/30 | K | | |
| 2833. | | | | | Sold (part) | 12/31 | M | | |
| 2834. -Suntrust Banks Inc | | | | | Transferred (from line 695) | 5/30 | M | | |
| 2835. | | | | | Sold (part) | 11/13 | K | | |
| 2836. | | | | | Sold (part) | 11/14 | K | | |
| 2837. | | | | | Sold | 11/18 | K | | |
| 2838. -SUZUKI MOTOR | | | | | Transferred (from line 423) | 5/30 | M | | |
| 2839. | | | | | Buy | 10/29 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2840. | | | | | Buy | 10/30 | J | | |
| 2841. | | | | | Buy | 10/31 | J | | |
| 2842. | | | | | Buy | 11/4 | J | | |
| 2843. | | | | | Sold (part) | 12/10 | K | | |
| 2844. -SWIRE PACIFIC LTD | | | | | Transferred (from line 619) | 5/30 | L | | |
| 2845. -SYNTHES INC | | | | | Buy | 6/30 | K | | |
| 2846. | | | | | Buy | 7/1 | K | | |
| 2847. | | | | | Buy | 7/2 | K | | |
| 2848. | | | | | Buy | 7/3 | J | | |
| 2849. -TARGET CORP | | | | | Transferred (from line 577) | 5/30 | M | | |
| 2850. -TELEFONOS DE MEXICO SAB DE | | | | | Transferred (from line 879) | 5/30 | M | | |
| 2851. | | | | | Sold (part) | 6/10 | J | A | |
| 2852. | | | | | Sold (part) | 6/11 | J | B | |
| 2853. | | | | | Sold (part) | 6/12 | K | B | |
| 2854. | | | | | Sold (part) | 7/7 | J | A | |
| 2855. | | | | | Sold (part) | 7/8 | J | A | |
| 2856. | | | | | Sold (part) | 7/9 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2857. | | | | | Sold (part) | 7/16 | J | B | |
| 2858. | | | | | Sold (part) | 7/18 | J | B | |
| 2859. | | | | | Sold (part) | 7/21 | J | A | |
| 2860. | | | | | Sold | 7/29 | J | A | |
| 2861. - TELMEX INT'L | | | | | Spinoff (from line 2850) | 6/10 | L | | |
| 2862. -Telenor ASA | | | | | Transferred (from line 660) | 5/30 | L | | |
| 2863. | | | | | Buy | 9/23 | K | | |
| 2864. | | | | | Buy | 9/25 | K | | |
| 2865. | | | | | Buy | 9/26 | K | | |
| 2866. | | | | | Sold (part) | 8/15 | K | | |
| 2867. | | | | | Sold (part) | 8/18 | J | | |
| 2868. | | | | | Sold (part) | 8/19 | K | | |
| 2869. | | | | | Sold | 11/26 | K | | |
| 2870. -TELSTRA CORP | | | | | Buy | 12/18 | K | | |
| 2871. -TESCO | | | | | Transferred (from line 414) | 5/30 | L | | |
| 2872. | | | | | Buy | 7/9 | K | | |
| 2873. | | | | | Buy | 7/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2874. | | | | | Buy | 7/11 | J | | |
| 2875. | | | | | Buy | 7/23 | K | | |
| 2876. | | | | | Buy | 8/19 | K | | |
| 2877. | | | | | Sold (part) | 12/3 | J | | |
| 2878. -The Walt Disney Co | | | | | Transferred (from line 539) | 5/30 | L | | |
| 2879. | | | | | Buy | 12/2 | K | | |
| 2880. -TIME WARNER | | | | | Transferred (from line 376) | 5/30 | K | | |
| 2881. -TOLL HLDGS LTD | | | | | Transferred (from line 452) | 5/30 | L | | |
| 2882. | | | | | Sold (part) | 7/4 | J | B | |
| 2883. | | | | | Sold (part) | 7/9 | J | C | |
| 2884. | | | | | Sold | 7/10 | K | | |
| 2885. -TORONTO-DOMINION BANK | | | | | Transferred (from line 592) | 5/30 | L | | |
| 2886. -TOTAL SA | | | | | Transferred (from line 528) | 5/30 | M | | |
| 2887. -TOSHIBA CORP | | | | | Buy | 6/30 | K | | |
| 2888. | | | | | Buy | 7/10 | L | | |
| 2889. | | | | | Sold (part) | 10/7 | J | | |
| 2890. | | | | | Sold (part) | 10/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2891. | | | | | Sold (part) | 10/24 | J | | |
| 2892. | | | | | Sold | 10/31 | K | | |
| 2893. -TREND MICRO | | | | | Transferred (from line 496) | 5/30 | L | | |
| 2894. -UBS AG NAMEN | | | | | Transferred (from line 867) | 5/30 | K | | |
| 2895. | | | | | Buy | 6/17 | J | | |
| 2896. | | | | | Sold (part) | 6/17 | J | | |
| 2897. | | | | | Sold | 7/8 | K | | |
| 2898. -UCB SA | | | | | Transferred (from line 614) | 5/30 | K | | |
| 2899. | | | | | Sold (part) | 7/18 | J | | |
| 2900. | | | | | Sold (part) | 7/21 | J | | |
| 2901. | | | | | Sold | 7/22 | K | | |
| 2902. -Unilever NV NY SHRS | | | | | Transferred (from line 129) | 5/30 | L | | |
| 2903. -UNILEVER PLC | | | | | Transferred (from line 637) | 5/30 | M | | |
| 2904. | | | | | Sold (part) | 8/12 | K | | |
| 2905. -UNION PACIFIC CORP | | | | | Transferred (from line 243) | 5/30 | M | | |
| 2906. -UNITED PARCEL SERVICE | | | | | Transferred (from line 293) | 5/30 | M | | |
| 2907. -UNITED TECHNOLOGIES | | | | | Transferred (from line 273) | 5/30 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2908. -UnitedHealth Group | | | | | Transferred (from line 749) | 5/30 | M | | |
| 2909. | | | | | Sold | 7/30 | M | | |
| 2910. -URBAN OUFITTERS INC | | | | | Buy | 11/17 | J | | |
| 2911. | | | | | Buy | 11/18 | J | | |
| 2912. | | | | | Buy | 11/24 | J | | |
| 2913. | | | | | Buy | 11/25 | J | | |
| 2914. -VALLOUREC SA | | | | | Buy | 8/22 | K | | |
| 2915. | | | | | Buy | 8/25 | K | | |
| 2916. | | | | | Buy | 10/29 | K | | |
| 2917. -VEOLIA ENVIRONMENT | | | | | Transferred (from line 486) | 5/30 | N | | |
| 2918. | | | | | Buy | 7/15 | J | | |
| 2919. | | | | | Sold (part) | 9/30 | L | | |
| 2920. | | | | | Buy | 11/6 | L | | |
| 2921. -VULCAN MATERIALS CO | | | | | Transferred (from line 846) | 5/30 | K | | |
| 2922. | | | | | Buy | 10/17 | J | | |
| 2923. | | | | | Buy | 10/20 | J | | |
| 2924. -WACHOVIA CORP | | | | | Transferred (from line 573) | 5/30 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | HI =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2925. | | | | | Sold (part) | 6/25 | K | | |
| 2926. | | | | | Sold | 9/15 | K | | |
| 2927. -Wal Mart De Mexico | | | | | Transferred (to line 142) | 5/30 | M | | |
| 2928. | | | | | Sold (part) | 9/26 | J | B | |
| 2929. | | | | | Sold (part) | 9/29 | K | D | |
| 2930. | | | | | Sold (part) | 9/30 | J | D | |
| 2931. | | | | | Sold (part) | 10/1 | J | D | |
| 2932. | | | | | Sold (part) | 10/2 | J | D | |
| 2933. | | | | | Sold (part) | 10/3 | J | C | |
| 2934. | | | | | Sold (part) | 10/6 | J | C | |
| 2935. | | | | | Sold (part) | 10/8 | J | A | |
| 2936. -Walgreen Co | | | | | Transferred (from line 672) | 5/30 | L | | |
| 2937. | | | | | Sold (part) | 10/28 | K | | |
| 2938. -WEATHERFORD INTL | | | | | Transferred (from line 309) | 5/30 | L | | |
| 2939. | | | | | Sold (part) | 9/26 | J | A | |
| 2940. | | | | | Sold (part) | 9/30 | J | B | |
| 2941. | | | | | Sold | 10/2 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2942. -WELLS FARGO & CO | | | | | Transferred (from line 280) | 5/30 | L | | |
| 2943. | | | | | Buy | 11/6 | K | | |
| 2944. | | | | | Sold (part) | 12/8 | K | B | |
| 2945. -Westpac Banking Corp | | | | | Transferred (from line 759) | 5/30 | K | | |
| 2946. -WILLIAMS SONOMA | | | | | Transferred (from line 247) | 5/30 | J | | |
| 2947. | | | | | Sold (part) | 11/17 | J | | |
| 2948. | | | | | Sold | 11/18 | J | | |
| 2949. -Wolseley Plc | | | | | Transferred (from line 788) | 5/30 | K | | |
| 2950. | | | | | Sold | 7/9 | J | | |
| 2951. -WOOLWORTHS | | | | | Transferred (from line 418) | 5/30 | L | | |
| 2952. -GOLDMAN SACHS FIN TREASURY | | | | | Buy | 12/31 | N | | |
| 2953. -WYETH | | | | | Transferred (from line 712) | 5/30 | K | | |
| 2954. | | | | | Sold | 9/24 | K | | |
| 2955. -SSGA VT GOVT MM | | | | | Buy | 12/31 | J | | |
| 2956. -ZYMOGENETICS INC | | | | | Transferred (from line 514) | 5/30 | K | | |
| 2957. | | | | | Sold (part) | 9/5 | J | | |
| 2958. | | | | | Sold (part) | 9/9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2959. | | | | | Sold (part) | 9/10 | J | | |
| 2960. | | | | | Sold (part) | 9/11 | J | | |
| 2961. | | | | | Sold (part) | 9/12 | J | | |
| 2962. | | | | | Sold (part) | 9/15 | J | | |
| 2963. | | | | | Sold | 9/17 | J | | |
| 2964. ▇ Trust #26 - List of Assets | G | Int./Div. | P2 | T | | | | | |
| 2965. -ABBOTT LAB | | | | | Transferred (from line 894) | 5/30 | K | | |
| 2966. | | | | | Buy | 7/1 | M | | |
| 2967. | | | | | Buy | 7/9 | K | | |
| 2968. -ABB LTD | | | | | Buy | 12/18 | K | | |
| 2969. -ACCOR | | | | | Transferred (from line 405) | 5/30 | K | | |
| 2970. -ADIDAS | | | | | Transferred (from line 721) | 5/30 | K | | |
| 2971. -AETNA INC | | | | | Buy | 7/30 | K | | |
| 2972. -AFLAC INC | | | | | Transferred (from line 629) | 5/30 | K | | |
| 2973. | | | | | Buy | 8/15 | K | | |
| 2974. -AGILENT TECHNOLOGIES | | | | | Transferred (from line 401) | 5/30 | M | | |
| 2975. -AIR PRODUCTS & CHEMICALS | | | | | Transferred (from line 251) | 5/30 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000.000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2976. | | | | | Buy | 10/30 | K | | |
| 2977. -Allegheny Tech | | | | | Transferred (from line 756) | 5/30 | M | | |
| 2978. | | | | | Buy | 8/13 | J | | |
| 2979. | | | | | Buy | 8/14 | K | | |
| 2980. | | | | | Buy | 8/15 | K | | |
| 2981. | | | | | Buy | 8/18 | K | | |
| 2982. | | | | | Buy | 8/19 | K | | |
| 2983. | | | | | Buy | 8/20 | J | | |
| 2984. | | | | | Buy | 8/21 | J | | |
| 2985. | | | | | Buy | 8/22 | J | | |
| 2986. | | | | | Sold (part) | 9/23 | J | | |
| 2987. | | | | | Sold (part) | 9/24 | L | | |
| 2988. | | | | | Sold (part) | 12/2 | K | | |
| 2989. -ALLERGAN INC | | | | | Transferred (from line 306) | 5/30 | M | | |
| 2990. | | | | | Buy | 10/23 | J | | |
| 2991. -ALLIANZ | | | | | Transferred (from line 475) | 5/30 | K | | |
| 2992. | | | | | Sold (part) | 9/24 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2993. | | | | | Buy | 11/4 | K | | |
| 2994. -AMAZON.COM | | | | | Transferred (from line 604) | 5/30 | K | | |
| 2995. -AMERICA MOVIL | | | | | Transferred (from line 185) | 5/30 | M | | |
| 2996. | | | | | Sold (part) | 7/16 | J | A | |
| 2997. | | | | | Sold (part) | 7/17 | K | D | |
| 2998. -AMERICAN INT'L GROUP | | | | | Transferred (from line 360) | 5/30 | M | | |
| 2999. | | | | | Sold (part) | 6/25 | L | | |
| 3000. | | | | | Sold (part) | 6/26 | L | | |
| 3001. | | | | | Sold (part) | 6/27 | K | | |
| 3002. | | | | | Sold | 7/1 | K | | |
| 3003. -AMERICAN MEDICAL SYS HLDGS | | | | | Transferred (from line 664) | 5/30 | K | | |
| 3004. -AMERICAN TOWER | | | | | Transferred (from line 904) | 5/30 | M | | |
| 3005. | | | | | Buy | 7/15 | J | | |
| 3006. | | | | | Buy | 10/30 | J | | |
| 3007. | | | | | Buy | 11/26 | L | | |
| 3008. -APPLE INC | | | | | Buy | 10/24 | K | | |
| 3009. -AT&T | | | | | Transferred (from line 233) | 5/30 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3010. | | | | | Sold (part) | 8/11 | L | | |
| 3011. -AUTONATION | | | | | Transferred (from line 354) | 5/30 | K | | |
| 3012. | | | | | Sold | 11/18 | J | | |
| 3013. -AVON PRODUCTS | | | | | Transferred (from line 504) | 5/30 | K | | |
| 3014. | | | | | Sold | 10/30 | K | | |
| 3015. -AXA | | | | | Transferred (from line 596) | 5/30 | M | | |
| 3016. | | | | | Buy | 10/29 | K | | |
| 3017. -BAE SYSTEMS PLC | | | | | Transferred (from line 570) | 5/30 | M | | |
| 3018. | | | | | Sold (part) | 12/9 | J | | |
| 3019. -BAKER HUGHES | | | | | Transferred (from line 277) | 5/30 | L | | |
| 3020. | | | | | Sold (part) | 11/6 | J | | |
| 3021. -Banco Bilbao Vizcaya Argentina SA | | | | | Transferred (from line 654) | 5/30 | L | | |
| 3022. | | | | | Sold (part) | 6/26 | K | | |
| 3023. | | | | | Sold | 6/27 | K | | |
| 3024. -Banco Santander S.A | | | | | Transferred (from line 776) | 5/30 | L | | |
| 3025. | | | | | Sold (part) | 9/23 | K | B | |
| 3026. | | | | | Sold | 9/25 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) "Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3027. -BARRICK GOLD CORP | | | | | Transferred (from line 526) | 5/30 | M | | |
| 3028. | | | | | Sold (part) | 7/30 | K | D | |
| 3029. | | | | | Buy | 11/14 | K | | |
| 3030. | | | | | Sold (part) | 10/7 | K | A | |
| 3031. -Baxter Int'l Inc | | | | | Transferred (from line 729) | 5/30 | L | | |
| 3032. -BAYER AG BEARER | | | | | Transferred (from line 479) | 5/30 | L | | |
| 3033. -BERKSHIRE HATHAWAY | | | | | Transferred (from line 284) | 5/30 | J | | |
| 3034. | | | | | Buy | 10/23 | K | | |
| 3035. -BEST BUY INC | | | | | Transferred (from line 802) | 5/30 | L | | |
| 3036. -BHP BILLITON | | | | | Transferred (from line 364) | 5/30 | L | | |
| 3037. | | | | | Buy | 12/18 | K | | |
| 3038. -Billabong Int'l LTD | | | | | Transferred (from line 645) | 5/30 | K | | |
| 3039. -BMW | | | | | Transferred (from line 481) | 5/30 | K | | |
| 3040. | | | | | Buy | 9/22 | K | | |
| 3041. | | | | | Sold (part) | 8/15 | K | | |
| 3042. -BNP PARIBAS | | | | | Transferred (from line 207) | 5/30 | N | | |
| 3043. | | | | | Sold (part) | 7/9 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3044. -Boeing Co | | | | | Transferred (from line 718) | 5/30 | M | | |
| 3045. | | | | | Sold (part) | 9/23 | J | | |
| 3046. | | | | | Sold (part) | 9/24 | L | | |
| 3047. | | | | | Buy | 10/28 | K | | |
| 3048. -Bouygues | | | | | Transferred (from line 160) | 5/30 | N | | |
| 3049. | | | | | Sold (part) | 9/29 | K | | |
| 3050. | | | | | Sold (part) | 9/30 | J | | |
| 3051. | | | | | Sold (part) | 10/1 | K | | |
| 3052. | | | | | Buy | 11/6 | L | | |
| 3053. -BP PLC | | | | | Buy | 10/7 | K | | |
| 3054. -BG GROUP PLC | | | | | Buy | 11/28 | K | | |
| 3055. | | | | | Buy | 12/1 | J | | |
| 3056. -BRAMBLES IND LTD | | | | | Transferred (from line 521) | 5/30 | L | | |
| 3057. | | | | | Sold | 8/15 | L | | |
| 3058. -CAMECO CORP | | | | | Transferred (from line 590) | 5/30 | L | | |
| 3059. | | | | | Sold (part) | 10/6 | K | | |
| 3060. -CAMPBELL SOUP CO | | | | | Transferred (from line 266) | 5/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3061. -CANADIAN NATURAL RESOURCES | | | | | Transferred (from line 473) | 5/30 | M | | |
| 3062. | | | | | Buy | 11/24 | K | | |
| 3063. -CANON | | | | | Transferred (from line 334) | 5/30 | M | | |
| 3064. -CARNIVAL CORP | | | | | Transferred (from line 842) | 5/30 | L | | |
| 3065. -CELGENE CORP | | | | | Buy | 7/30 | K | | |
| 3066. | | | | | Buy | 7/31 | K | | |
| 3067. | | | | | Buy | 9/3 | J | | |
| 3068. | | | | | Buy | 9/4 | J | | |
| 3069. | | | | | Buy | 10/6 | K | | |
| 3070. | | | | | Buy | 12/16 | J | | |
| 3071. -CERNER CORP | | | | | Transferred (from line 607) | 5/30 | M | | |
| 3072. -CISCO | | | | | Transferred (from line 394) | 5/30 | M | | |
| 3073. | | | | | Buy | 10/16 | K | | |
| 3074. -COCA-COLA AMATIL | | | | | Transferred (from line 408) | 5/30 | K | | |
| 3075. -COCA-COLA CO | | | | | Transferred (from line 635) | 5/30 | L | | |
| 3076. | | | | | Buy | 7/24 | K | | |
| 3077. -COMCAST | | | | | Transferred (from line 331) | 5/30 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3078. -Conocophillips | | | | | Transferred (from line 723) | 5/30 | M | | |
| 3079. | | | | | Sold (part) | 7/30 | L | | |
| 3080. -COSTCO | | | | | Transferred (from line 287) | 5/30 | L | | |
| 3081. -CRH PLC | | | | | Transferred (from line 149) | 5/30 | L | | |
| 3082. | | | | | Buy | 10/29 | K | | |
| 3083. -DANAHER CORP | | | | | Transferred (from line 507) | 5/30 | L | | |
| 3084. -Dassault Systemes SA | | | | | Transferred (from line 651) | 5/30 | K | | |
| 3085. -DAVITA | | | | | Transferred (from line 375) | 5/30 | M | | |
| 3086. -DELL INC | | | | | Transferred (from line 581) | 5/30 | L | | |
| 3087. | | | | | Sold (part) | 9/23 | J | | |
| 3088. | | | | | Sold (part) | 11/13 | J | | |
| 3089. -DELTA PETROLEUM | | | | | Transferred (from line 512) | 5/30 | M | | |
| 3090. | | | | | Sold (part) | 10/30 | K | | |
| 3091. | | | | | Sold (part) | 10/31 | K | | |
| 3092. | | | | | Sold (part) | 11/4 | K | | |
| 3093. | | | | | Sold (part) | 11/26 | J | | |
| 3094. | | | | | Sold (part) | 12/4 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3095. | | | | | Sold (part) | 12/8 | J | | |
| 3096. -EAST WEST BANCORP INC | | | | | Transferred (from line 459) | 5/30 | K | | |
| 3097. -Ebay Inc | | | | | Transferred (from line 711) | 5/30 | L | | |
| 3098. | | | | | Buy | 10/17 | J | | |
| 3099. | | | | | Sold (part) | 11/28 | K | | |
| 3100. | | | | | Sold (part) | 12/1 | J | | |
| 3101. -ECOLAB INC | | | | | Buy | 11/12 | K | | |
| 3102. | | | | | Buy | 12/4 | J | | |
| 3103. | | | | | Buy | 12/5 | J | | |
| 3104. -EMERGING MARKETS | | | | | Transferred (from line 745) | 5/30 | N | | |
| 3105. | | | | | Buy | 12/19 | M | | |
| 3106. | | | | | Sold (part) | 11/7 | M | | |
| 3107. -EMERSON ELECTRIC | | | | | Transferred (from line 215) | 5/30 | L | | |
| 3108. -ENERGIZER HOLDING | | | | | Transferred (from line 925) | 5/30 | K | | |
| 3109. -ELECTRICITE DE FRANCE | | | | | Buy | 10/8 | K | | |
| 3110. | | | | | Buy | 10/29 | K | | |
| 3111. -ERICSSON | | | | | Transferred (from line 884) | 5/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller -- (if private transaction) |
| 3112. | | | | | Buy | 7/17 | K | | |
| 3113. | | | | | Buy | 7/22 | L | | |
| 3114. | | | | | Buy | 7/23 | L | | |
| 3115. | | | | | Buy | 9/4 | K | | |
| 3116. | | | | | Buy | 10/21 | K | | |
| 3117. | | | | | Buy | 11/27 | J | | |
| 3118. -ESSILOR INTL | | | | | Transferred (from line 200) | 5/30 | M | | |
| 3119. -EXXON | | | | | Transferred (from line 297) | 5/30 | K | | |
| 3120. -FANUC CO | | | | | Transferred (from line 381) | 5/30 | M | | |
| 3121. | | | | | Sold (part) | 11/4 | L | | |
| 3122. | | | | | Buy | 12/10 | L | | |
| 3123. -FEDERAL HOME LOAN MORTGAGE CORP | | | | | Buy | 7/8 | J | | |
| 3124. | | | | | Buy | 7/9 | K | | |
| 3125. | | | | | Buy | 7/10 | K | | |
| 3126. | | | | | Sold (part) | 8/18 | K | | |
| 3127. | | | | | Sold | 8/19 | J | | |
| 3128. -FEDERAL NATION MORTGAGE | | | | | Transferred (from line 897) | 5/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3129. | | | | | Sold | 7/8 | K | | |
| 3130. -FEDEX CORP | | | | | Transferred (from line 300) | 5/30 | L | | |
| 3131. -FLUOR CORP | | | | | Transferred (from line 255) | 5/30 | L | | |
| 3132. -FOREST LABS | | | | | Transferred (from line 384) | 5/30 | L | | |
| 3133. | | | | | Sold (part) | 9/12 | J | | |
| 3134. | | | | | Sold (part) | 9/16 | J | | |
| 3135. | | | | | Sold (part) | 9/19 | J | | |
| 3136. | | | | | Sold (part) | 9/23 | J | | |
| 3137. | | | | | Sold (part) | 9/30 | J | | |
| 3138. | | | | | Sold | 10/1 | J | | |
| 3139. -FORTIS | | | | | Transferred (from line 463) | 5/30 | L | | |
| 3140. | | | | | Sold (part) | 6/30 | K | | |
| 3141. | | | | | Sold | 7/3 | K | | |
| 3142. -Fujifilm Holding Corp | | | | | Transferred (from line 795) | 5/30 | M | | |
| 3143. | | | | | Buy | 12/5 | K | | |
| 3144. | | | | | Sold (part) | 10/29 | L | | |
| 3145. -GANNETT CO INC | | | | | Transferred (from line 807) | 5/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3146. | | | | | Sold (part) | 9/3 | J | | |
| 3147. | | | | | Sold | 9/5 | J | | |
| 3148. -GAZPROM OAO ADR | | | | | Transferred (from line 914) | 5/30 | L | | |
| 3149. | | | | | Buy | 10/29 | K | | |
| 3150. | | | | | Sold (part) | 11/28 | J | | |
| 3151. | | | | | Sold | 12/9 | K | | |
| 3152. -Genentech Inc | | | | | Transferred (from line 685) | 5/30 | M | | |
| 3153. | | | | | Sold (part) | 8/14 | L | E | |
| 3154. | | | | | Sold (part) | 8/15 | L | D | |
| 3155. -GENERAL ELECTRIC | | | | | Transferred (from line 218) | 5/30 | N | | |
| 3156. | | | | | Sold (part) | 7/30 | J | | |
| 3157. | | | | | Buy | 10/2 | K | | |
| 3158. -Genpact LTD | | | | | Transferred (from line 733) | 5/30 | K | | |
| 3159. -GIVAUDAN | | | | | Buy | 7/1 | K | | |
| 3160. | | | | | Buy | 7/2 | J | | |
| 3161. | | | | | Buy | 10/24 | J | | |
| 3162. -GOLDMAN SACHS GROUP INC | | | | | Transferred (from line 852) | 5/30 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3163. | | | | | Buy | 9/17 | J | | |
| 3164. | | | | | Buy | 9/24 | K | | |
| 3165. | | | | | Buy | 11/3 | L | | |
| 3166. | | | | | Buy | 11/18 | K | | |
| 3167. -GOOGLE INC | | | | | Transferred (from line 701) | 5/30 | M | | |
| 3168. | | | | | Buy | 11/3 | M | | |
| 3169. -Groupe Danone | | | | | Transferred (from line 785) | 5/30 | M | | |
| 3170. | | | | | Buy | 7/1 | K | | |
| 3171. -HANESBRANDS INC | | | | | Transferred (from line 609) | 5/30 | K | | |
| 3172. -Hankyu Hanshin Holdings Inc | | | | | Transferred (from line 657) | 5/30 | K | | |
| 3173. -HBOS PLC | | | | | Transferred (from line 351) | 5/30 | K | | |
| 3174. | | | | | Sold | 8/21 | K | | |
| 3175. -HBOS PLC RTS | | | | | Spinoff (from line 3173) | 6/27 | J | | |
| 3176. | | | | | Sold | 7/16 | J | A | |
| 3177. -HEINEKEN NV | | | | | Transferred (from line 127) | 5/30 | L | | |
| 3178. -HEWLETT-PACKARD CO | | | | | Buy | 11/14 | K | | |
| 3179. | | | | | Buy | 11/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 . | | P4 =More than $50,000,000 | - | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3180. -HOLCIM LTD | | | | | Transferred (from line 147) | 5/30 | M | | |
| 3181. | | | | | Sold (part) | 6/30 | K | | |
| 3182. -HONG KONG/CHINA GAS | | | | | Transferred (from line 341) | 5/30 | M | | |
| 3183. -HOYA CORP | | | | | Transferred (from line 3183) | 5/30 | M | | |
| 3184. | | | | | Sold (part) | 7/1 | K | | |
| 3185. | | | | | Sold (part) | 7/15 | K | | |
| 3186. | | | | | Sold (part) | 7/16 | J | | |
| 3187. | | | | | Sold (part) | 7/18 | J | | |
| 3188. | | | | | Sold (part) | 7/22 | J | | |
| 3189. | | | | | Sold | 8/5 | K | | |
| 3190. -HUDSON CITY BANCORP | | | | | Buy | 11/13 | J | | |
| 3191. | | | | | Buy | 11/14 | J | | |
| 3192. | | | | | Buy | 11/24 | K | | |
| 3193. | | | | | Buy | 11/25 | J | | |
| 3194. -HSBC HOLDINGS | | | | | Transferred (from line 169) | 5/30 | L | | |
| 3195. -ICICI BANK LTD | | | | | Transferred (from line 560) | 5/30 | K | | |
| 3196. -ILLINOIS TOOL WORKS | | | | | Transferred (from line 222) | 5/30 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3197. -IMCLONE SYS INC | | | | | Buy | 7/15 | J | | |
| 3198. | | | | | Buy | 7/16 | J | | |
| 3199. | | | | | Buy | 7/17 | K | | |
| 3200. | | | | | Buy | 7/18 | J | | |
| 3201. | | | | | Buy | 7/21 | J | | |
| 3202. | | | | | Sold (part) | 9/11 | J | B | |
| 3203. | | | | | Sold (part) | 9/12 | J | B | |
| 3204. | | | | | Sold (part) | 9/15 | J | B | |
| 3205. | | | | | Sold | 10/31 | L | E | |
| 3206. -IMPERIAL TOBACCO PLC | | | | | Transferred (from line 876) | 5/30 | K | | |
| 3207. | | | | | Buy | 8/19 | K | | |
| 3208. | | | | | Buy | 10/29 | J | | |
| 3209. -INDITEX | | | | | Transferred (from line 468) | 5/30 | K | | |
| 3210. -ING GROUP NV CVA | | | | | Transferred (from line 566) | 5/30 | M | | |
| 3211. | | | | | Buy | 10/29 | K | | |
| 3212. | | | | | Sold (part) | 12/2 | K | | |
| 3213. | | | | | Sold (part) | 12/3 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3214. -INTEL CORP | | | | | Transferred (from line 226) | 5/30 | M | | |
| 3215. | | | | | Sold (part) | 10/16 | L | | |
| 3216. | | | | | Sold (part) | 4//9 | K | | |
| 3217. Kinder morgan Management LLC | | None | | | Sold (part) | 2/14 | J | A | |
| 3218. | | | | | Sold (part) | 5/15 | J | A | |
| 3219. -INT'L BUSINESS MACHINES | | | | | Transferred (from line 258) | 5/30 | M | | |
| 3220. -IRON MOUNTAIN INC | | | | | Buy | 10/17 | J | | |
| 3221. | | | | | Buy | 10/20 | K | | |
| 3222. | | | | | Buy | 10/21 | J | | |
| 3223. | | | | | Buy | 10/22 | K | | |
| 3224. | | | | | Buy | 10/23 | J | | |
| 3225. | | | | | Buy | 10/24 | J | | |
| 3226. | | | | | Buy | 10/27 | J | | |
| 3227. | | | | | Buy | 10/28 | J | | |
| 3228. | | | | | Buy | 10/29 | J | | |
| 3229. | | | | | Buy | 10/30 | J | | |
| 3230. | | | | | Buy | 11/4 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3231. -ISHARES TR MSCI EMERGING | | | | | Buy | 11/11 | M | | |
| 3232. | | | | | Sold | 12/17 | M | E | |
| 3233. -Jabil circuit | | | | | Transferred (from line 741) | 5/30 | K | | |
| 3234. -JARDEN CORP | | | | | Transferred (from line 587) | 5/30 | L | | |
| 3235. | | | | | Sold (part) | 10/15 | J | | |
| 3236. | | | | | Sold (part) | 10/20 | J | | |
| 3237. | | | | | Sold (part) | 10/21 | J | - | |
| 3238. | | | | | Sold (part) | 10/30 | K | | |
| 3239. | | | | | Sold | 10/31 | J | | |
| 3240. -JC DECAUX INTL | | | | | Transferred (from line 163) | 5/30 | L | | |
| 3241. | | | | | Sold (part) | 6/30 | K | C | |
| 3242. | | | | | Sold (part) | 7/23 | J | B | |
| 3243. | | | | | Sold (part) | 7/25 | J | B | |
| 3244. | | | | | Sold (part) | 7/30 | J | B | |
| 3245. | | | | | Sold (part) | 8/5 | J | B | |
| 3246. | | | | | Sold (part) | 8/14 | J | B | |
| 3247. | | | | | Sold (part) | 8/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3248. | | | | | Sold | 9/2 | J | | |
| 3249. -JOHNSON CONTROLS LTD | | | | | Transferred (from line 626) | 5/30 | L | | |
| 3250. | | | | | Sold (part) | 11/6 | J | | |
| 3251. | | | | | Sold (part) | 11/7 | J | | |
| 3252. | | | | | Sold (part) | 11/10 | J | | |
| 3253. | | | | | Sold (part) | 11/11 | J | | |
| 3254. -JPMORGAN CHASE | | | | | Transferred (from line 347) | 5/30 | M | | |
| 3255. | | | | | Buy | 9/26 | K | | |
| 3256. -KIMERLY-CLARK CORP | | | | | Buy | 8/12 | L | | |
| 3257. | | | | | Buy | 8/13 | J | | |
| 3258. | | | | | Buy | 9/12 | K | | |
| 3259. | | | | | Buy | 9/15 | J | | |
| 3260. -KINDER MORGAN | | | | | Transferred (from line 323) | 5/30 | L | | |
| 3261. | | | | | Sold (part) | 8/14 | J | A | |
| 3262. | | | | | Sold (part) | 11/14 | J | | |
| 3263. -KINGFISHER PLC | | | | | Transferred (from line 490) | 5/30 | K | | |
| 3264. -KONINKLIJKE KPN NV | | | | | Transferred (from line 202) | 5/30 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3265. -KRAFT FOODS | | | | | Transferred (from line 338) | 5/30 | M | | |
| 3266. -L'Air Liquide Bearer | | | | | Transferred (from line 166) | 5/30 | M | | |
| 3267. | | | | | Sold (part) | 8/1 | J | A | |
| 3268. -LI & Fung | | | | | Transferred (from line 175) | 5/30 | J | | |
| 3269. | | | | | Buy | 7/15 | K | | |
| 3270. -L'OREAL | | | | | Transferred (from line 427) | 5/30 | M | | |
| 3271. | | | | | Buy | 8/19 | K | | |
| 3272. -LOWES COS | | | | | Transferred (from line 291) | 5/30 | N | | |
| 3273. | | | | | Sold (part) | 6/16 | L | | |
| 3274. | | | | | Sold (part) | 6/17 | L | | |
| 3275. -MARATHON OIL CORP COM | | | | | Buy | 7/1 | L | | |
| 3276. | | | | | Buy | 7/2 | K | | |
| 3277. | | | | | Buy | 10/7 | J | | |
| 3278. -MCDONALDS CORP | | | | | Transferred (from line 500) | 5/30 | L | | |
| 3279. | | | | | Sold (part) | 8/1 | K | D | |
| 3280. -MEDTRONIC INC | | | | | Transferred (from line 546) | 5/30 | M | | |
| 3281. | | | | | Sold (part) | 9/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3282. | | | | | Sold (part) | 9/30 | K | | |
| 3283. -MICROCHIP TECHNOLOGY INC | | | | | Transferred (from line 835) | 5/30 | L | | |
| 3284. | | | | | Buy | 10/7 | J | | |
| 3285. -MICROSOFT CORP | | | | | Transferred (from line 261) | 5/30 | M | | |
| 3286. -MITSUBISHI CORP | | | | | Transferred (from line 329) | 5/30 | M | | |
| 3287. | | | | | Sold (part) | 8/19 | K | B | |
| 3288. | | | | | Sold (part) | 8/21 | K | D | |
| 3289. | | | | | Sold (part) | 8/26 | K | D | |
| 3290. | | | | | Sold (part) | 8/28 | K | D | |
| 3291. | | | | | Sold | 11/27 | K | B | |
| 3292. -MSCI INC CL A | | | | | Transferred (from line 921) | 5/30 | K | | |
| 3293. | | | | | Sold (part) | 9/29 | J | | |
| 3294. | | | | | Sold (part) | 9/30 | J | | |
| 3295. | | | | | Sold | 10/3 | J | | |
| 3296. -MUENCHENER RUECK NAMEN | | | | | Buy | 12/5 | K | | |
| 3297. -NATIONAL INSTRUMENTS CORP | | | | | Transferred (from line 443) | 5/30 | K | | |
| 3298. -Nestle SA | | | | | Transferred (from line 140) | 5/30 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3299. | | | | | Sold (part) | 7/2 | L | D | |
| 3300. -NEWCREST MINING | | | | | Transferred (from line 518) | 5/30 | L | | |
| 3301. | | | | | Buy | 12/17 | L | | |
| 3302. -NINTENDO CO LTD | | | | | Buy | 8/25 | L | | |
| 3303. | | | | | Buy | 12/2 | J | | |
| 3304. | | | | | Buy | 12/3 | J | | |
| 3305. | | | | | Buy | 12/4 | J | | |
| 3306. -NOKIA OYJ | | | | | Transferred (from line 533) | 5/30 | L | | |
| 3307. -NORDSTROM INC | | | | | Transferred (from line 827) | 5/30 | M | | |
| 3308. | | | | | Sold (part) | 10/29 | K | | |
| 3309. | | | | | Sold (part) | 10/30 | K | | |
| 3310. -NUCOR CORP | | | | | Buy | 10/14 | K | | |
| 3311. | | | | | Buy | 10/15 | J | | |
| 3312. -OLAM INT'L LTD | | | | | Buy | 10/22 | J | | |
| 3313. | | | | | Buy | 10/23 | J | | |
| 3314. | | | | | Buy | 10/24 | J | | |
| 3315. | | | | | Buy | 10/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 = | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3316. | | | | | Buy | 10/30 | J | | |
| 3317. | | | | | Sold (part) | 11/26 | K | | |
| 3318. | | | | | Sold (part) | 11/28 | J | | |
| 3319. | | | | | Sold | 12/1 | J | | |
| 3320. -OMEGA PHARMA | | | | | Transferred (from line 649) | 5/30 | K | | |
| 3321. | | | | | Buy | 7/22 | J | | |
| 3322. | | | | | Buy | 7/23 | J | | |
| 3323. | | | | | Buy | 7/24 | J | | |
| 3324. | | | | | Buy | 7/25 | J | | |
| 3325. | | | | | Buy | 7/28 | J | | |
| 3326. | | | | | Buy | 7/29 | J | | |
| 3327. | | | | | Buy | 8/1 | J | | |
| 3328. | | | | | Buy | 8/4 | J | | |
| 3329. | | | | | Buy | 8/5 | J | | |
| 3330. | | | | | Buy | 8/21 | J | | |
| 3331. | | | | | Buy | 8/22 | J | | |
| 3332. | | | | | Sold (part) | 9/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3333. | | | | | Sold (part) | 10/2 | J | | |
| 3334. | | | | | Sold (part) | 10/17 | J | | |
| 3335. | | | | | Sold (part) | 10/20 | J | | |
| 3336. | | | | | Sold (part) | 10/21 | J | | |
| 3337. -OMNICOM GROUP | | | | | Transferred (from line 371) | 5/30 | L | | |
| 3338. -Paychex Inc | | | | | Transferred (from line 707) | 5/30 | M | | |
| 3339. -PEPSICO | | | | | Transferred (from line 229) | 5/30 | M | | |
| 3340. -Pernod Ricard SA | | | | | Transferred (from line 781) | 5/30 | M | | |
| 3341. | | | | | Buy | 10/7 | J | | |
| 3342. | | | | | Buy | 10/8 | K | | |
| 3343. | | | | | Sold (part) | 12/2 | J | | |
| 3344. | | | | | Sold (part) | 12/4 | J | | |
| 3345. | | | | | Sold (part) | 12/8 | J | | |
| 3346. -PETROPLUS HOLDING AG | | | | | Transferred (from line 816) | 5/30 | K | | |
| 3347. -PEUGEOT SA | | | | | Transferred (from line 820) | 5/30 | K | | |
| 3348. | | | | | Sold (part) | 9/24 | J | | |
| 3349. | | | | | Buy | 11/5 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3350. -PHILIP MORRIS INT'L | | | | | Transferred (from line 908) | 5/30 | L | | |
| 3351. -Pinnacle West Capital Corp | | | | | Transferred (from line 745) | 5/30 | L | | |
| 3352. -POLYCOM INC | | | | | Transferred (from line 799) | 5/30 | K | | |
| 3353. -POTASH GORP SK C$ | | | | | Transferred (from line 433) | 5/30 | M | | |
| 3354. -POTASH CORP SK US$ | | | | | Transferred (from line 435) | 5/30 | L | | |
| 3355. | | | | | Sold (part) | 12/12 | K | D | |
| 3356. -Progressive Corp Ohio | | | | | Transferred (from line 679) | 5/30 | L | | |
| 3357. | | | | | Buy | 10/13 | J | | |
| 3358. | | | | | Buy | 10/14 | J | | |
| 3359. | | | | | Buy | 10/15 | J | | |
| 3360. | | | | | Buy | 10/17 | J | | |
| 3361. -QUALCOMM INC | | | | | Buy | 7/16 | L | | |
| 3362. | | | | | Buy | 11/25 | K | | |
| 3363. -Raiffeisen Intl Bank Holding | | | | | Transferred (from line 772) | 5/30 | L | | |
| 3364. | | | | | Sold (part) | 9/19 | J | | |
| 3365. | | | | | Sold (part) | 10/7 | J | | |
| 3366. | | | | | Sold (part) | 12/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3367. | | | | | Sold | 12/22 | J | | |
| 3368. -RECKITT BENCKISER | | | | | Transferred (from line 178) | 5/30 | M | | |
| 3369. -Richemont | | | | | Transferred (from line 152) | 5/30 | M | | |
| 3370. | | | | | Sold (part) | 10/27 | K | C | |
| 3371. -REINET INVESTMENTS | | | | | Spinoff (from line 3369) | 10/21 | K | | |
| 3372. | | | | | Sold | 11/7 | J | | |
| 3373. -BRITISH AMERICAN TOBACCO | | | | | Spinoff (from line 3371) | 11/3 | K | | |
| 3374. | | | | | Sold | 11/13 | K | | |
| 3375. -RIO TINTO | | | | | Transferred (from line 315) | 5/30 | M | | |
| 3376. -Roche Holding AG | | | | | Transferred (from line 692) | 5/30 | M | | |
| 3377. | | | | | Buy | 8/19 | L | | |
| 3378. | | | | | Buy | 9/4 | K | | |
| 3379. -ROYAL BANK SCOTLAND | | | | | Transferred (from line 197) | 5/30 | K | | |
| 3380. | | | | | Sold | 9/26 | K | | |
| 3381. -ROYAL BANK SCOT GRP ORD RTS | | | | | Spinoff (from line 3379) | 6/2 | J | | |
| 3382. | | | | | Sold | 6/2 | J | | |
| 3383. -ROYAL DUTCH SHELL | | | | | Transferred (from line 269) | 5/30 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,800 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3384. | | | | | Sold (part) | 7/30 | L | A | |
| 3385. -SABMILLER PLC | | | | | Transferred (from line 618) | 5/30 | M | | |
| 3386. | | | | | Buy | 10/29 | J | | |
| 3387. | | | | | Buy | 10/30 | J | | |
| 3388. | | | | | Sold (part) | 12/3 | J | A | |
| 3389. -Samsung Elec Gds | | | | | Transferred (from line 157) | 5/30 | M | | |
| 3390. | | | | | Buy | 12/19 | J | | |
| 3391. -SANOFI-AVENTIS | | | | | Transferred (from line 181) | 5/30 | N | | |
| 3392. | | | | | Sold (part) | 6/30 | M | | |
| 3393. | | | | | Sold (part) | 7/1 | L | | |
| 3394. -SAP | | | | | Transferred (from line 317) | 5/30 | N | | |
| 3395. -SAP AG Spon ADR | | | | | Transferred (from line 667) | 5/30 | K | | |
| 3396. | | | | | Sold (part) | 11/3 | M | | |
| 3397. -SARA LEE CORP | | | | | Transferred (from line 585) | 5/30 | K | | |
| 3398. -SCHLUMBERGER LTD | | | | | Transferred (from line 238) | 5/30 | M | | |
| 3399. | | | | | Buy | 10/17 | K | | |
| 3400. | | | | | Buy | 10/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3401. -SCHNEIDER ELECTRIC SA | | | | | Transferred (from line 859) | 5/30 | K | | |
| 3402. -SCOTTISH AND SOUTHERN ENERGY | | | | | Transferred (from line 494) | 5/30 | M | | |
| 3403. -SEPRACOR INC | | | | | Buy | 7/31 | J | | |
| 3404. | | | | | Buy | 8/1 | J | | |
| 3405. -SHOPPERS DRUG MART CORP | | | | | Transferred (from line 863) | 5/30 | L | | |
| 3406. -SHANGRI-LA ASIA | | | | | Buy | 11/20 | J | | |
| 3407. | | | | | Buy | 11/21 | J | | |
| 3408. | | | | | Buy | 11/26 | J | | |
| 3409. -SINGAPORE EXCHANGE LTD | | | | | Transferred (from line 888) | 5/30 | K | | |
| 3410. | | | | | Sold | 8/14 | K | | |
| 3411. - SINGAPORE TELECOMM | | | | | Transferred (from line 412) | 5/30 | M | | |
| 3412. | | | | | Sold (part) | 9/16 | L | D | |
| 3413. -SMC CORP | | | | | Buy | 8/18 | J | | |
| 3414. | | | | | Buy | 8/19 | J | | |
| 3415. | | | | | Buy | 8/22 | J | | |
| 3416. | | | | | Buy | 8/25 | J | | |
| 3417. | | | | | Buy | 8/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =C sh Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3418. | | | | | Buy | 9/4 | J | | |
| 3419. | | | | | Buy | 9/5 | J | | |
| 3420. | | | | | Buy | 9/9 | J | | |
| 3421. | | | | | Buy | 9/10 | J | | |
| 3422. -SMITH & NEPHEW ASSOC | | | | | Buy | 10/30 | J | | |
| 3423. | | | | | Buy | 10/31 | J | | |
| 3424. | | | | | Buy | 11/6 | K | | |
| 3425. -SMITH GROUP PLC | | | | | Buy | 12/15 | J | | |
| 3426. | | | | | Buy | 12/17 | J | | |
| 3427. | | | | | Buy | 12/19 | K | | |
| 3428. -SOFTBANK CORP | | | | | Transferred (from line 538) | 5/30 | M | | |
| 3429. | | | | | Sold (part) | 8/15 | M | | |
| 3430. | | | | | Buy | 9/17 | L | | |
| 3431. | | | | | Buy | 9/24 | K | | |
| 3432. -SOUTHWEST AIRLINES | | | | | Transferred (from line 241) | 5/30 | K | | |
| 3433. -SPECTRA ENERGY CORP | | | | | Transferred (from line 810) | 5/30 | K | | |
| 3434. -STANDARD CHARTERED | | | | | Transferred (from line 194) | 5/30 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3435. | | | | | Buy | 12/17 | J | | |
| 3436. -SUMITOMO REAL ESTATE SALES | | | | | Transferred (from line 465) | 5/30 | K | | |
| 3437. | | | | | Sold (part) | 9/5 | J | | - |
| 3438. | | | | | Sold | 9/8 | J | | |
| 3439. -Sun Hung Kai Prop | | | | | Transferred (from line 137) | 5/30 | K | | |
| 3440. -Suncor Energy Inc | | | | | Transferred (from line 133) | 5/30 | M | | |
| 3441. | | | | | Buy | 7/15 | K | | |
| 3442. | | | | | Buy | 10/29 | K | | |
| 3443. | | | | | Buy | 10/30 | K | | |
| 3444. | | | | | Buy | 11/26 | L | | |
| 3445. | | | | | Sold (part) | 12/31 | M | | |
| 3446. -Suntrust Banks Inc | | | | | Transferred (from line 696) | 5/30 | M | | |
| 3447. | | | | | Sold (part) | 11/13 | K | | |
| 3448. | | | | | Sold (part) | 11/14 | K | | |
| 3449. | | | | | Sold | 11/18 | K | | |
| 3450. -SUZUKI MOTOR | | | | | Transferred (from line 424) | 5/30 | M | | |
| 3451. | | | | | Buy | 10/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3452. | | | | | Buy | 10/31 | J | | |
| 3453. | | | | | Buy | 11/4 | J | | |
| 3454. | | | | | Sold (part) | 12/10 | K | | |
| 3455. -SWIRE PACIFIC LTD | | | | | Transferred (from line 620) | 5/30 | L | | |
| 3456. -SYNTHES INC | | | | | Buy | 6/30 | K | | |
| 3457. | | | | | Buy | 7/1 | K | | |
| 3458. | | | | | Buy | 7/2 | K | | |
| 3459. | | | | | Buy | 7/3 | J | | |
| 3460. -TARGET CORP | | | | | Transferred (from line 578) | 5/30 | M | | |
| 3461. -TELEFONOS DE MEXICO SAB DE | | | | | Transferred (from line 880) | 5/30 | M | | |
| 3462. | | | | | Sold (part) | 6/10 | J | A | |
| 3463. | | | | | Sold (part) | 6/11 | J | B | |
| 3464. | | | | | Sold (part) | 6/12 | K | B | |
| 3465. | | | | | Sold (part) | 7/8 | K | B | |
| 3466. | | | | | Sold (part) | 7/16 | K | B | |
| 3467. | | | | | Sold (part) | 7/18 | J | B | |
| 3468. | | | | | Sold (part) | 7/21 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3469. | | | | | Sold | 7/29 | J | A | |
| 3470. -TELMEX INT'L | | | | | Spinoff (from line 3461) | 6/10 | L | | |
| 3471. -Telenor ASA | | | | | Transferred (from line 661) | 5/30 | L | | |
| 3472. | | | | | Buy | 9/23 | K | | |
| 3473. | | | | | Buy | 9/24 | K | | |
| 3474. | | | | | Buy | 9/25 | K | | |
| 3475. | | | | | Sold (part) | 8/15 | K | | |
| 3476. | | | | | Sold (part) | 8/19 | K | | |
| 3477. | | | | | Sold | 11/26 | K | | |
| 3478. -TELSTRA CORP | | | | | Buy | 12/18 | K | | |
| 3479. -TESCO | | | | | Transferred (from line 415) | 5/30 | L | | |
| 3480. | | | | | Buy | 7/9 | K | | |
| 3481. | | | | | Buy | 7/10 | J | | |
| 3482. | | | | | Buy | 7/11 | J | | |
| 3483. | | | | | Buy | 7/23 | K | | |
| 3484. | | | | | Buy | 8/19 | K | | |
| 3485. | | | | | Sold (part) | 12/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3486. -The Walt Disney | | | | | Transferred (from line 540) | 5/30 | L | | |
| 3487. | | | | | Buy | 12/2 | K | | |
| 3488. -TIME WARNER | | | | | Transferred (from line 377) | 5/30 | K | | |
| 3489. -TOLL HLDGS LTD | | | | | Transferred (from line 453) | 5/30 | L | | |
| 3490. | | | | | Sold (part) | 7/4 | K | | |
| 3491. | | | | | Sold (part) | 7/9 | J | A | |
| 3492. | | | | | Sold | 7/10 | K | | |
| 3493. -TOSHIBA | | | | | Buy | 6/30 | K | | |
| 3494. | | | | | Buy | 7/10 | L | | |
| 3495. | | | | | Sold (part) | 10/7 | J | | |
| 3496. | | | | | Sold (part) | 10/21 | J | | |
| 3497. | | | | | Sold (part) | 10/24 | J | | |
| 3498. | | | | | Sold | 10/31 | K | | |
| 3499. -TORONTO-DOMINION BANK | | | | | Transferred (from line 593) | 5/30 | L | | |
| 3500. -TOTAL SA | | | | | Transferred (from line 529) | 5/30 | M | | |
| 3501. -TREND MICRO | | | | | Transferred (from line 497) | 5/30 | L | | |
| 3502. -UBS AG NAMEN | | | | | Transferred (from line 868) | 5/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3503. | | | | | Buy | 6/17 | J | | |
| 3504. | | | | | Sold (part) | 6/17 | J | | |
| 3505. | | | | | Sold | 7/8 | K | | |
| 3506. -UCB SA | | | | | Transferred (from line 615) | 5/30 | K | | |
| 3507. | | | | | Sold (part) | 7/18 | J | | |
| 3508. | | | | | Sold (part) | 7/21 | J | | |
| 3509. | | | | | Sold | 7/22 | K | | |
| 3510. -Unilever NV NY SHRS | | | | | Transferred (from line 130) | 5/30 | L | | |
| 3511. -UNILEVER PLC | | | | | Transferred (from line 638) | 5/30 | M | | |
| 3512. | | | | | Sold (part) | 8/12 | K | | |
| 3513. -UNION PACIFIC CORP | | | | | Transferred (from line 244) | 5/30 | M | | |
| 3514. -UNITED PARCEL SERVICE | | | | | Transferred (from line 294) | 5/30 | L | | |
| 3515. -UNITED TECHNOLOGIES | | | | | Transferred (from line 274) | 5/30 | M | | |
| 3516. -UnitedHealth Group | | | | | Transferred (from line 750) | 5/30 | M | | |
| 3517. | | | | | Sold | 7/30 | M | | |
| 3518. -URBAN OUFITTERS INC | | | | | Buy | 11/17 | J | | |
| 3519. | | | | | Buy | 11/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3520. | | | | | Buy | 11/24 | J | | |
| 3521. | | | | | Buy | 11/25 | J | | |
| 3522. -VALLOUREC SA | | | | | Buy | 8/22 | K | | |
| 3523. | | | | | Buy | 10/29 | K | | |
| 3524. | | | | | Buy | 8/25 | J | | |
| 3525. -VEOLIA ENVIRONMENT | | | | | Transferred (from line 487) | 5/30 | N | | |
| 3526. | | | | | Buy | 7/15 | J | | |
| 3527. | | | | | Sold (part) | 9/30 | L | | |
| 3528. | | | | | Buy | 11/6 | L | | |
| 3529. -VULCAN MATERIALS CO | | | | | Transferred (from line 847) | 5/30 | K | | |
| 3530. | | | | | Buy | 10/14 | K | | |
| 3531. | | | | | Buy | 10/15 | J | | |
| 3532. -WACHOVIA CORP | | | | | Transferred (from line 574) | 5/30 | L | | |
| 3533. | | | | | Sold (part) | 6/25 | K | | |
| 3534. | | | | | Sold | 9/15 | K | | |
| 3535. -Wal Mart De Mexico | | | | | Transferred (from line 143) | 5/30 | M | | |
| 3536. | | | | | Sold (part) | 9/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3537. | | | | | Sold (part) | 9/29 | K | D | |
| 3538. | | | | | Sold (part) | 9/30 | J | D | |
| 3539. | | | | | Sold (part) | 10/2 | K | D | |
| 3540. | | | | | Sold (part) | 10/3 | J | C | |
| 3541. | | | | | Sold (part) | 10/6 | J | C | |
| 3542. | | | | | Sold (part) | 10/8 | J | A | |
| 3543. -Walgreen Co | | | | | Transferred (from line 673) | 5/30 | L | | |
| 3544. | | | | | Sold (part) | 10/27 | J | | |
| 3545. | | | | | Sold (part) | 10/28 | K | | |
| 3546. -WEATHERFORD INTL | | | | | Transferred (from line 310) | 5/30 | L | | |
| 3547. | | | | | Sold (part) | 9/26 | J | A | |
| 3548. | | | | | Sold (part) | 9/30 | J | B | |
| 3549. | | | | | Sold | 10/2 | K | | |
| 3550. -WELLS FARGO & CO | | | | | Transferred (from line 281) | 5/30 | L | | |
| 3551. | | | | | Buy | 11/6 | K | | |
| 3552. | | | | | Sold (part) | 12/8 | K | | |
| 3553. -Westpac Banking Corp | | | | | Transferred (from line 760) | 5/30 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3554. -WILLIAMS SONOMA | | | | | Transferred (from line 248) | 5/30 | J | | |
| 3555. | | | | | Sold | 11/18 | J | | |
| 3556. -GOLDMAN SACHS FIN SQ TREASURY | | | | | Buy | 12/31 | M | | |
| 3557. -Wolseley Plc | | | | | Transferred (from line 789) | 5/30 | K | | |
| 3558. | | | | | Sold | 7/9 | J | A | |
| 3559. -WOOLWORTHS | | | | | Transferred (from line 419) | 5/30 | L | | |
| 3560. -WYETH | | | | | Transferred (from line 713) | 5/30 | K | | |
| 3561. | | | | | Sold | 9/24 | K | | |
| 3562. -ZYMOGENETICS INC | | | | | Transferred (from line 515) | 5/30 | K | . | |
| 3563. | | | | | Sold (part) | 9/5 | J | | |
| 3564. | | | | | Sold (part) | 9/8 | J | | |
| 3565. | | | | | Sold (part) | 9/10 | J | | |
| 3566. | | | | | Sold (part) | 9/11 | J | | |
| 3567. | | | | | Sold (part) | 9/12 | J | | |
| 3568. | | | | | Sold | 9/17 | J | | . |
| 3569. -SSGA VT GOVT MMR | | | | | Buy | 12/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

During 2004, the following entities holding real estate sold all of their respective rental properties. To avoid confusion, we will continue to list these entities by their current names(ie. Rental Property #1)
These entities will eventually be liquidated as they wind up their affairs:

Rental Property #2
Rental Property # 16
Rental Property #17
Rental Property # 22
Rental Property #24
Rental Property #25

On April 22, 2008, the ▬▬ trust #24 sold its property to a related party.

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 8/24/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544